# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# CORPUS CHRISTI DIVISION

| | |
|---|---|
| Mark Veasey, Jane Hamilton, Segio DeLeon, Floyd Carrier, Anna Burns, Michael Montez, Penny Pope, Oscar Ortiz, Koby Ozias, John Mellor-Crumley, Jane Doe, John Doe, League of United Latin American Citizens and Dallas County, Texas,<br>    *Plaintiffs*<br><br>v.<br><br>Rick Perry, In his Official Capacity as Governor of Texas, John Steen, In his Official Capacity as Texas Secretary of State,<br>    *Defendants* | Consolidated Action<br>No 2:13-CV-00193 |

## TRUE THE VOTE'S NOTICE OF APPEAL

TO THE HONORABLE COURT:

    Please take notice that True the Vote, proposed intervenor in member case 2:13-CV-00263, *United States et al v. Texas et al*, hereby appeals to the United States Court of Appeals for the Fifth Circuit from this Court's December 11, 2013 Order Denying Intervention of True the Vote. (Doc. 113). *See City of Houston v. Am. Traffic Solutions, Inc.*, 668 F.3d 291, 293 (5th Cir. 2012) (permitting appeal of order denying intervention); *Edwards v. Houston,* 78 F.3d 983, 992 (5th Cir.1996) (en banc) (same).

True the Vote moved to intervene as a defendant in case number 2:13-CV-00263, *United States et al v. Texas et al*, one of three cases in the consolidated action reflecting *Veasey v. Perry*, No 2:13-CV-00193 as lead case. (Doc. 38). The Court's December 11, 2013 Order Denying Intervention of True the Vote bears the case-style and cause number of the lead case, *Veasey v. Perry*. (Doc. 113). This is because all of the filings in the three consolidated cases are collected under the lead case of *Veasey v. Perry.*

Accordingly, this Notice of Appeal by True the Vote from the December 11, 2013 Order Denying Intervention of True the Vote (Doc. 113) pertains to case number 2:13-CV-00263, *United States et al v. Texas et al.* True the Vote has tendered to the district court all required fees for docketing its appeal.

                    Respectfully submitted,

                    */s/ Joseph M. Nixon*
                    Joseph M. Nixon – attorney-in-charge
                      State Bar No. 15244899
                      jnixon@bmpllp.com
                    James E. ("Trey") Trainor, III
                      State Bar No. 24042052
                      ttrainor@bmpllp.com
                    N. Terry Adams, Jr.
                      State Bar No. 00874010
                      tadams@bmpllp.com
                    Kelly H. Leonard
                      State Bar No. 24078703
                      kleonard@bmpllp.com
                    **BEIRNE, MAYNARD & PARSONS, L.L.P.**
                    1300 Post Oak Boulevard, Suite 2500
                    Houston, Texas 77056
                    Telephone: (713) 623-0887

Facsimile: (713) 960-1527

-and-

J. Christian Adams
South Carolina Bar No. 7136
**ELECTION LAW CENTER, PLLC**
300 N. Washington Street
Suite 405
Alexandria, Virginia 22314
Telephone: (703) 963-8611
Email: adams@electionlawcenter.com
(*Pro Hac Vice application to be filed*)

## CERTIFICATE OF SERVICE

I hereby certify that I did serve a copy of this Notice of Appeal on all counsel who have made appearance in this case and consented to service by electronic means through the Electronic Case Filing system on this 20th day of December 2013.

/s/ *Kelly H. Leonard*
Kelly H. Leonard