# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

January 15, 2014

Ms. Anna Baldwin
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
NWB 7273
Washington, DC 20530-0000

Mr. David J. Bradley
Southern District of Texas, Corpus Christi
United States District Court
1133 N. Shoreline Boulevard
Corpus Christi, TX 78401-0000

Mr. Chad Wilson Dunn
Brazil & Dunn
4201 Cypress Creek Parkway
Suite 530
Houston, TX 77068-0000

Ms. Diana Katherine Flynn
U.S. Department of Justice
Civil Rights Div - Appellate Section
P.O. Box 14403
Ben Franklin Station
Washington, DC 20044-4403

Ms. Erin Helene Flynn
U.S. Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Avenue, N.W.
RFK Room 3742
Washington, DC 20530-0001

Mr. Joseph M. Nixon
Beirne, Maynard & Parsons, L.L.P.
1300 Post Oak Boulevard
Suite 2500
Houston, TX 77056-0000

Mr. Gerard J. Sinzdak
Wilmer, Cutler, Pickering, Hale & Dorr, L.L.P.
1875 Pennsylvania Avenue, N.W.
Washington, DC 20006

Mr. John Albert Smith III
U.S. Attorney's Office
Southern District of Texas

800 N. Shoreline Boulevard
Suite 500
Corpus Christi, TX 78401-0000

Ms. Christina Swarns
NAACP
Legal Defense & Educational Fund, Inc.
40 Rector Street
5th Floor
New York, NY 10006

     No. 14-40003    Marc Veasey, et al v. Rick Perry
               USDC No. 2:13-CV-193
               USDC No. 2:13-CV-263

Dear all,

Please use this updated caption for all future filings:

MARC VEASEY; JANE HAMILTON; SERGIO DELEON; FLOYD CARRIER; ANNA
BURNS; MICHAEL MONTEZ; PENNY POPE; OSCAR ORTIZ; KOBY OZIAS;
LEAGUE OF UNITED LATIN AMERICAN CITIZENS; JOHN MELLOR-CRUMLEY;
DALLAS COUNTY, TEXAS,

               Plaintiffs - Appellees

v.

RICK PERRY, et al

               Defendants

_____

UNITED STATES OF AMERICA,

               Plaintiff - Appellee

IMANI CLARK; TEXAS LEAGUE OF YOUNG VOTERS EDUCTION FUND,

               Intervenor Plaintiffs - Appellees

v.

State of Texas, et al

               Defendants

TRUE THE VOTE,

               Intervenor Defendant - Appellant

               Sincerely,

               LYLE W. CAYCE, Clerk

               *Christina Gardner*

               By: _____
               Christina A. Gardner, Deputy Clerk
               504-310-7684