**READ INSTRUCTIONS ON BACK OF LAST PAGE BEFORE COMPLETING**

# TRANSCRIPT ORDER

| District Court | District Court Docket Number |
|---|---|
| Southern District of Texas, Corpus Christi Division | 2:13-CV-00263 consolidated in 2:13-CV-00193 |

Short Case Title  United States et al v. Texas et al, consolidated in Veasey v. Perry.    Court Reporter _____

Date Notice of Appeal Filed by Clerk of District Court  Dec 20, 2013    Court of Appeals # _____

(If Available)

---

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)

A. Complete one of the following:

☐ No hearings

☐ Transcript is unnecessary for appeal purposes

☐ Transcript is already on file in Clerk's office

☒ This is to order a transcript of the following proceedings: (check appropriate box)

United States Courts
Southern District of Texas
FILED

JAN 03 2014

David J. Bradley, Clerk of Court

Voir dire ☐ ; Opening statement of plaintiff ☐ ; defendant ☐ ;
Closing argument of plaintiff ☐ ; defendant ☐ ; Opinion of court ☐ ;
Jury instructions ☐ ; Sentencing ☐ ; Bail hearing ☐ ;

HEARING DATE(S) ☐    PROCEEDING    JUDGE/MAGISTRATE

November 15, 2013 Telephonic Hearing Transcript already on file, Doc. 131, Judge Nelva Gonzales Ramos

November 22, 2013 Telephonic Hearing Transcript already on file, Doc. 126, Judge Nelva Gonzales Ramos

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE**

B. This is to certify **TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANGEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR** that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be: **DISMISSAL OF THE APPEAL.**

☐ Private funds;    ☐ Criminal Justice Act Funds (Attach copy of CJA Form 24 to court reporter's copy);

☒ Other IFP Funds;  ☐ Advance Payment waived by reporter;    ☐ U.S. Government Funds;

☐ Other

| Signature | /s/ Kelly Hunsaker Leonard | Date Transcript Ordered | Dec 30, 2013 |
|---|---|---|---|
| Print Name | Kelly Hunsaker Leonard | Counsel for | True the Vote |
| Address | 1300 Post Oak Blvd., 25th Floor, Houston, TX 77056 | Phone Number | +1 (713) 623-0887 |

**ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL
DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.**

---

**PART II.  COURT REPORTER ACKNOWLEDGEMENT** (To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instruction on reverse side of copy 4 before completing.)

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
| | | | |

☐ Satisfactory Arrangements for payment were made on _____

☐ Arrangements for payment have not been made. Reason: ☐ Deposit not received  ☐ Unable to contact ordering party  ☐ Other (Specify) _____

_____                    _____                    _____
Date                    Signature of Court Reporter                    Telephone

Address of Court Reporter: _____

**\* Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.**

---

**PART III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date.)

This is to certify that the transcript has been completed and filed with the District Court today.

_____ Actual Number of Pages    _____ Actual Number of Volumes

_____                    _____
Date                    Signature of Court Reporter

DKT-13 (5/96) modified 01/05 WDTX