# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

April 24, 2014

Mr. Noel Terry Adams Jr.
Ms. Kelly Hunsaker Leonard
Mr. Joseph M. Nixon
Mr. James Edwin Trainor III
Beirne, Maynard & Parsons, L.L.P.
1300 Post Oak Boulevard
Suite 2500
Houston, TX 77056

Ms. Erin Helene Flynn
Ms. Diana Katherine Flynn
U.S. Department of Justice
Civil Rights Div - Appellate Section
P.O. Box 14403
Ben Franklin Station
Washington, DC 20044-4403

Mr. Chad Wilson Dunn
Brazil & Dunn
4201 Cypress Creek Parkway
Suite 530
Houston, TX 77068-0000

Mr. Ryan Paul Haygood
Ms. Leah Camille Aden
Ms. Natasha M. Korgaonkar
NAACP
Legal Defense & Educational Fund, Inc.
40 Rector Street
5th Floor
New York, NY 10006

Mr. Rolando Leo Rios I
Law Office of Rolando L. Rios
115 E. Travis Street
Suite 1645
San Antonio, TX 78205-0000

    No. 14-40003   Marc Veasey, et al v. Rick Perry
                   USDC No. 2:13-CV-193 cons w/
                   USA v. State of Texas, et al.
                   USDC No. 2:13-CV-263

Dear all,

Texas Association of Hispanic County Judges and County Commissioners, Aurica Washington, Crystal Owens, Michelle Bessiake, and Maria Longoria Benavides are added as appellees in this case. Please see the attached caption and use this caption for all future filings in this case.

For judicial economy, we ask that those parties that are not expecting to file a brief in this case, to notify the court promptly, but no sooner than the filing of the appellant's brief, by filing a letter with our court or sending an e-mail to the following address: Christina_Gardner@ca5.uscourts.gov.

    Sincerely,

    LYLE W. CAYCE, Clerk

    *Christina Gardner*

    By: _____
    Christina A. Gardner, Deputy Clerk

Encl    504-310-7684