## Case No. 14-40003

## IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

MARC VEASEY; JANE HAMILTON; SERGIO DELEON; FLOYD CARRIER; ANNA BURNS; MICHAEL MONTEZ; PENNY POPE; OSCAR ORTIZ; KOBY OZIAS; LEAGUE OF UNITED LATIN AMERICAN CITIZENS; JOHN MELLOR-CRUMLEY; DALLAS COUNTY, TEXAS,

*Plaintiffs – Appellees,*

v.

RICK PERRY, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF TEXAS; ET AL,

*Defendants,*

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

UNITED STATES OF AMERICA,

*Plaintiff – Appellee,*

TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND; IMANI CLARK; TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS; AURICA WASHINGTON; CRYSTAL OWENS; MICHELLE BESSIAKE; MARIA LONGORIA BENEVIDES,

*Intervenor Plaintiffs – Appellees,*

v.

STATE OF TEXAS; ET AL,

*Defendants,*

TRUE THE VOTE,

*Movant – Appellant.*

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

On Appeal from the U.S. District Court for the Southern District of Texas, Corpus Christi Division — USDC No. 2:13-cv-00263 cons w/ USDC No. 2:13-cv 00193

## MOVANT-APPELLANT'S RECORD EXCERPTS

Joseph M. Nixon
N. Terry Adams, Jr.
Kelly H. Leonard
BEIRNE, MAYNARD & PARSONS, LLP
1300 Post Oak Blvd, Suite 2500
Houston, Texas 77056
(713) 623-0887  Tel.
(713) 960-1527  Fax

Trey Trainor
BEIRNE, MAYNARD & PARSONS, LLP
401 W. 15th Street, Suite 845
Austin, Texas 78701
(512) 623-6700  Tel.
(512) 623-6701  Fax

**Counsel for Movant-Appellant**

# RECORD EXCERPTS

| TAB | DOCUMENT | ROA PAGE # |
|-----|----------|-----------|
| 1 | Docket Sheet, *Veasey v. Perry* (No. 2:13-cv-193). | (ROA.1). |
| 2 | Docket Sheet, *United States v. Texas* (No. 2:13-cv-263). | (ROA.6050). |
| 3 | Notice of Appeal, filed December 13, 2013. | (ROA.1380). |
| 4 | Notice of Appeal, filed December 20, 2013. | (ROA.1447). |
| 5 | Order Denying Intervention, entered December 11, 2013. | (ROA.1357). |
| 6 | Order Denying Intervention in *United States v. State of Florida*; No 4:12-cv-285, Slip Op., (N.D. Fla. Nov. 6, 2012). | (ROA. 630). |
| 7 | Excerpts from United States' Proposed Findings of Fact and Conclusions of Law filed in *Texas v. Holder*, 888 F. Supp. 2d 113 (D.C.D.C. 2012). | *See* footnote 4 at page 3 of Movant-Appellant's Brief. |
| 8 | Excerpts from Attachment 2 to Joint Appendix filed in *Texas v. Holder*, 888 F. Supp. 2d 113 (D.C.D.C. 2012)-(Testimony of True the Vote's Founder, Catherine Engelbrecht, to the Texas Legislature in Support of SB 14). | *See* footnote 4 at page 3 of Movant-Appellant's Brief. |
| 9 | Excerpts from Attachment 10 to Joint Appendix filed in *Texas v. Holder*, 888 F. Supp. 2d 113 (D.C.D.C. 2012)-(Testimony of True the Vote poll-watcher, Alan Vera, to the Texas Legislature in Support of SB 14). | *See* footnote 4 at page 3 of Movant-Appellant's Brief. |

| 10 | Excerpts from Attachment 11 to Joint Appendix filed in *Texas v. Holder*, 888 F. Supp. 2d 113 (D.C.D.C. 2012)-(Testimony of Representative Veasey to the Texas Legislature Regarding SB 14). | *See* footnote 4 at page 3 of Movant-Appellant's Brief. |
|---|---|---|
| 11 | Excerpts from United States' Trial Exhibit List filed in *Texas v. Holder*, 888 F. Supp. 2d 113 (D.C.D.C. 2012). | *See* footnote 4 at page 3 of Movant-Appellant's Brief. |
| 12 | United States' Trial Exhibit No. 97 (Proposal for Texas Voter ID Law to the Texas Legislature by King Street Patriots and True the Vote) filed in *Texas v. Holder*, 888 F. Supp. 2d 113 (D.C.D.C. 2012). | *See* footnote 4 at page 3 of Movant-Appellant's Brief. |
| 13 | United States' Trial Exhibit No. 388 (Email from True the Vote's Founder, Catherine Engelbrecht, to Texas State Senator Fraser regarding SB 14) filed in *Texas v. Holder*, 888 F. Supp. 2d 113 (D.C.D.C. 2012). | *See* footnote 4 at page 3 of Movant-Appellant's Brief. |

Respectfully submitted,

/s/    *Joseph M. Nixon*

Joseph M. Nixon
Texas State Bar No. 15244800
jnixon@bmpllp.com
N. Terry Adams, Jr.
Texas State Bar No. 00874010
tadams@bmpllp.com
Kelly H. Leonard
Texas State Bar No. 24078703
kleonard@bmpllp.com
BEIRNE, MAYNARD & PARSONS, LLP
1300 Post Oak Blvd, Suite 2500
Houston, Texas  77056
(713) 623-0887   Tel.
(713) 960-1527   Fax

Trey Trainor
Texas State Bar No. 24042052
ttrainor@bmpllp.com
BEIRNE, MAYNARD & PARSONS, LLP
401 W. 15th Street, Suite 845
Austin, TX 78701
(512) 623-6700   Tel.
(512) 623-6701   Fax

**Counsel for Movant-Appellant
True the Vote**

## CERTIFICATE OF SERVICE

By filing electronically, I certify that service was accomplished through the Notice of Electronic Filing for parties and counsel who are Filing Users and that service was accomplished on any party who is not a Filing User in accordance with the Federal Rules and the Local Rules on April 30, 2014.

*/s/  N. Terry Adams, Jr.*
N. Terry Adams, Jr.

Anna Baldwin
Erin Helene Flynn
Diana Katherine Flynn
U.S. Department of Justice
NWB 7273
950 Pennsylvania Avenue NW
Washington, DC 20530
F: 202-514-8490
Anna.baldwin@usdoj.gov

Christina A. Swarns
NAACP Legal Defense Fund
40 Rector Street, 5th Floor
New York, NY 10006
F: 212-229-7592
cswarns@naacpldf.org

Erin Flynn
U.S. Department of Justice
RFK Room 3742
950 Pennsylvania Avenue NW
Washington, DC 20530
F: 202-514-8490
Erin.flynn@usdoj.gov

Chad W. Dunn
Brazil & Dunn
4201 Cypress Creek
Suite 530
Houston, TX 77068
F: 281-580-6310
chad@brazilanddunn.com

Diana Flynn
U.S. Department of Justice
PO Box 14403
Ben Franklin Station
Washington, DC 20044
F: 202-514-8490
Diana.k.flynn@usdoj.gov

Gerard J. Sinzdak
Wilmer, Cutler, Pickering, Hale & Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Gerard.sinzdak@wilmerhalte.com

John Albert Smith, III
U.S. Attorney's Office
800 N. Shoreline Boulevard
Suite 500
Corpus Christi, Texas 78401
F: 361-888-3200
John.a.smith@usdoj.gov

Rolando Leo Rios, I
Law Office of Rolando L. Rios
115 E. Travis Street
Suite 1645
San Antonio, TX 78202
rrios@rolandorioslaw.com

                    Dated:  April 30, 2014

# RECORD EXCERPT 1

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Corpus Christi)
# CIVIL DOCKET FOR CASE #: 2:13-cv-00193
# Internal Use Only

Veasey et al v. Perry et al
Assigned to: Judge Nelva Gonzales Ramos
Cause: 42:1973 Voting Rights Act

Date Filed: 06/26/2013
Jury Demand: None
Nature of Suit: 441 Civil Rights: Voting
Jurisdiction: Federal Question

**Plaintiff**

**Marc Veasey**                    represented by **Armand Derfner**
P O Box 600
Charleston, SC 29402
843-723-9804
Email: aderfner@dawlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chad W Dunn**
Brazil & Dunn
4201 Cypress Creek Pkwy
Ste 530
Houston, TX 77068
281-580-6310
Fax: 281-580-6362
Email: chad@brazilanddunn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Emma P Simson**
Campaign Legal Center
215 E St NE
Washington, DC 20002
202-736-2200
Email: esimson@campaignlegalcenter.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J Gerald Hebert**
Attorney at Law
191 Somervelle Street
#405
Alexandria, VA 22304
703-628-4673
Email: ghebert@campaignlegalcenter.org
*ATTORNEY TO BE NOTICED*

**Kembel Scott Brazil**
Brazil & Dunn

4201 Cypress Creek Parkway
Suite 530
Houston, TX 77068
281-580-6310
Fax: 281-580-6362
Email: scott@brazilanddunn.com
*ATTORNEY TO BE NOTICED*

**Neil G Baron**
Attorney at Law
914 FM 517 Rd W
Suite 242
Dickinson, TX 77539
281-534-2748
Fax: 281-534-4309
Email: neil@ngbaronlaw.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jane Hamilton**                    represented by  **Armand Derfner**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Chad W Dunn**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **J Gerald Hebert**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Kembel Scott Brazil**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Neil G Baron**
                                                    (See above for address)
                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sergio DeLeon**                    represented by  **Armand Derfner**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

                                                    **Chad W Dunn**
                                                    (See above for address)
                                                    *LEAD ATTORNEY*
                                                    *ATTORNEY TO BE NOTICED*

**J Gerald Hebert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kembel Scott Brazil**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Neil G Baron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Floyd Carrier**                            represented by   **Armand Derfner**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Chad W Dunn**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **J Gerald Hebert**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Kembel Scott Brazil**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Neil G Baron**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anna Burns**                               represented by   **Armand Derfner**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Chad W Dunn**
                                                              (See above for address)
                                                              *LEAD ATTORNEY*
                                                              *ATTORNEY TO BE NOTICED*

                                                              **J Gerald Hebert**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

                                                              **Kembel Scott Brazil**
                                                              (See above for address)

*ATTORNEY TO BE NOTICED*

**Neil G Baron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Montez**                    represented by    **Armand Derfner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chad W Dunn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J Gerald Hebert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kembel Scott Brazil**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Neil G Baron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Penny Pope**                    represented by    **Armand Derfner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Chad W Dunn**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J Gerald Hebert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Kembel Scott Brazil**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Neil G Baron**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Oscar Ortiz**                                    represented by   **Armand Derfner**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Chad W Dunn**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **J Gerald Hebert**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Kembel Scott Brazil**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Neil G Baron**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Koby Ozias**                                     represented by   **Armand Derfner**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **J Gerald Hebert**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Chad W Dunn**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**JOHN DOE**                                       represented by   **Armand Derfner**
                                                                    (See above for address)
                                                                    *LEAD ATTORNEY*
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **J Gerald Hebert**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

                                                                    **Chad W Dunn**
                                                                    (See above for address)
                                                                    *ATTORNEY TO BE NOTICED*

**Plaintiff**

**League Of United Latin American Citizens**

represented by **Armand Derfner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J Gerald Hebert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Luis Roberto Vera , Jr**
Attorney at Law
111 Soledad
Ste 1325
San Antonio, TX 78205
210-225-3300
Fax: 210-225-2060
Email: lrvlaw@sbcglobal.net
*ATTORNEY TO BE NOTICED*

**Chad W Dunn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Mellor-Crumley**

represented by **Armand Derfner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J Gerald Hebert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Chad W Dunn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Dallas County, Texas**

represented by **Armand Derfner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J Gerald Hebert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Chad W Dunn**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

14-40003.6

**JANE DOE**                                    represented by    **Armand Derfner**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**J Gerald Hebert**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Chad W Dunn**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Consol Plaintiff**

**United States Of America**                   represented by    **Anna Baldwin**
U.S. Dept. of Justice
950 Pennsylvania Ave NW
NWB 7273
Washington, DC 20530
202-305-4278
Email: anna.baldwin@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth S Westfall**
US Department of Justice
950 Pennsylvania Ave
NW NWB Rm 7125
Washington, DC 20530
202-305-7766
Email: elizabeth.westfall@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert S Berman**
US Department of Justice
Civil Rights Division
950 Pennsylvania Ave NW, 7243NWB
Washington, DC 20530
2025148690
Email: robert.berman@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Avner Michael Shapiro**
U.S. Justice Department, Civil RIghts
Division
950 Pennsylvania Ave., NW
(NWB-7200--Voting Section)
Washington, DC 20530

202-305-1840
Email: avner.shapiro@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Bruce I Gear**
Department of Justice
1800 G St NW
Washington, DC 20006
202-353-0419
Email: bruce.gear@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Daniel J Freeman**
US Department of Justice
950 Pennsylvania Ave NW
NWB 7123
Washington, DC 20009
202-305-4355
Fax: 202-307-3961
Email: daniel.freeman@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Jennifer L Maranzano**
US Department of Justice
Civil Rights Division - Voting Section
950 Pennsylvania Ave, NW - NWB
Washington, DC 20530
800-253-3931
Email: jennifer.maranzano@usdoj.gov
*ATTORNEY TO BE NOTICED*

**John Albert Smith , III**
Office of the US Attorney
800 N Shoreline Blvd
Ste 500
Corpus Christi, TX 78401
361-888-3111
Fax: 361-888-3200
Email: john.a.smith@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Meredith Bell-Platts**
US Department of Justice
Voting Section - Civil Rights Division
950 Pennsylvania Ave, NW
NWB 7259
Washington, DC 20530
202-305-8051
Email: meredith.bell-platts@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

represented by

**Mexican American Legislative Caucus,
Texas House of Representatives**

**Ezra D Rosenberg**
Dechert LLP
902 Carnegie Ctr
Ste 500
Princeton, NJ 08540-6531
609-955-3222
Email: ezra.rosenberg@dechert.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy L Rudd**
Dechert LLP
300 W 6th St
Suite 2010
Austin, TX 78701
512-394-3000
Email: amy.rudd@dechert.com
*ATTORNEY TO BE NOTICED*

**Jennifer Clark**
Brennan Ctr for Justice
NYU School of Law
161 Avenue of the Americas
12th Fl
New York, NY 10013
646-292-8310
Email: jenniferl.clark@nyu.edu
*ATTORNEY TO BE NOTICED*

**Michelle Yeary**
Dechert LLP
902 Carnegie Ctr
Ste 500
Princeton, NJ 08540-6531
609-955-3277
Email: michelle.yeary@dechert.com
*ATTORNEY TO BE NOTICED*

**Myrna Perez**
Brennan Ctr for Justice at NYU School of
Law
161 Ave of the Americas, 12th Fl
New York, NY 10013
646-292-8329
Email: myrna.perez@nyu.edu
*ATTORNEY TO BE NOTICED*

**Vishal Agraharkar**
Brennan Ctr for Justice
NYU School of Law
161 Avenue of the Americas
12th Fl.
New York, NY 10013

646-292-8310
Email: vishal.agraharkar@nyu.edu
*ATTORNEY TO BE NOTICED*

**Wendy Weiser**
Brennan Ctr for Justice
NYU School of Law
161 Avenue of the Americas
12th Fl
New York, NY 10013
646-292-8310
Email: wendy.weiser@nyu.edu
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Texas State Conference of NAACP Branches**                    represented by    **Erandi Zamora**
Lawyers' Committee of Civil Rights Under Law
1401 New York Ave
Ste 400
Washington, DC 20005
202-662-8345
Email: ezamora@lawyerscommittee.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ezra D Rosenberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mark A Posner**
Lawyers' Committee for Civil Rights
1401 New York Ave NW
Ste 400
Washington, DC 20005
202-662-8389
Email: mposner@lawyerscommittee.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sonia Kaur Gill**
Lawyers' Committee for Civil Rights Under Law
1401 New York Ave NW
Ste 400
Washington, DC 20005
202-662-8356
Email: sgill@lawyerscommittee.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amy L Rudd**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Jennifer Clark**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle Yeary**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Myrna Perez**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Vishal Agraharkar**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Wendy Weiser**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Estela Garcia Espinosa**                    represented by   **Jose Garza**
                                                               Law Office of Jose Garza
                                                               7414 Robin Rest Dr.
                                                               San Antonio, TX 78209
                                                               210-392-2856
                                                               Email: garzpalm@aol.com
                                                               *LEAD ATTORNEY*
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Marinda Van Dalen**
                                                               Texas RioGrande Legal Aid Inc
                                                               531 E St Francis
                                                               Brownsville, TX 78520
                                                               956-982-5543
                                                               Fax: 956-541-1410
                                                               Email: mvandalen@trla.org
                                                               *ATTORNEY TO BE NOTICED*

                                                               **Robert W Doggett**
                                                               Texas Rio Grande Legal Aid Inc
                                                               4920 North IH 35
                                                               Austin, TX 78751
                                                               512-374-2725
                                                               Fax: 512-447-3940
                                                               Email: rdoggett@trla.org
                                                               *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Lionel Estrada**                                       represented by  **Jose Garza**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Marinda Van Dalen**
                                                                        (See above for address)
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Robert W Doggett**
                                                                        (See above for address)
                                                                        *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Roxanne Hernandez**                                    represented by  **Jose Garza**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Marinda Van Dalen**
                                                                        (See above for address)
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Robert W Doggett**
                                                                        (See above for address)
                                                                        *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**La Union Del Pueblo Entero, Inc.**                     represented by  **Jose Garza**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Marinda Van Dalen**
                                                                        (See above for address)
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Robert W Doggett**
                                                                        (See above for address)
                                                                        *ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Lydia Lara**                                           represented by  **Jose Garza**
                                                                        (See above for address)
                                                                        *LEAD ATTORNEY*
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Marinda Van Dalen**
                                                                        (See above for address)
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Robert W Doggett**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Margarito Martinez Lara**                    represented by   **Jose Garza**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marinda Van Dalen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert W Doggett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Maximina Martinez Lara**                    represented by   **Jose Garza**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marinda Van Dalen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert W Doggett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Eulalio Mendez, Jr.**                    represented by   **Jose Garza**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marinda Van Dalen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert W Doggett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Belinda Ortiz**                    represented by   **Jose Garza**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marinda Van Dalen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert W Doggett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Sgt Lenard Taylor**                 represented by   **Jose Garza**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Marinda Van Dalen**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert W Doggett**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Rick Perry**                        represented by   **John Barret Scott**
*in his Official Capacity as Governor of*                Office of the Attorney General
*Texas*                                                   209 West 14th Street
8th Floor
Austin, TX 78701
512-475-0131
Fax: 512-936-0545
Email: john.scott@texasattorneygeneral.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory David Whitley**
Office of the Attorney General
P.O. Box 12548
Austin, TX 78711-2548
512-475-3281
Email:
david.whitley@texasattorneygeneral.gov
*ATTORNEY TO BE NOTICED*

**John Reed Clay , Jr**
Office Of The Attorney General
PO Box 12548
MC001
Austin, TX 78711-2548
512-936-2541
Fax: 512-936-0545

Email: reed.clay@texasattorneygeneral.gov
*ATTORNEY TO BE NOTICED*

**Jonathan F. Mitchell**
Office of the Texas Attorney General
209 West 14th St (MC 059)
7th Floor
Austin, TX 78701
512-936-1695
Email:
jonathan.mitchell@texasattorneygeneral.gov
*ATTORNEY TO BE NOTICED*

**Sean Flammer**
Mail Stop 017-6
P.O. Box 12548
Austin, TX 78711-2548
512-475-4866
Fax: (512) 477-2348
Email:
sean.flammer@texasattorneygeneral.gov
*ATTORNEY TO BE NOTICED*

**Stephen Ronald Keister**
Texas Attorney General
P O Box 12548
Capitol Station
Austin, TX 78711-2548
512-463-2197
Email:
Ronny.Keister@texasattorneygeneral.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Steen**
*in his Official Capacity as Texas Secretary
of State*

represented by **John Barret Scott**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory David Whitley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Reed Clay , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan F. Mitchell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Flammer**
(See above for address)

14-40003.15

*ATTORNEY TO BE NOTICED*

**Stephen Ronald Keister**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**State Of Texas**                              represented by    **John Barret Scott**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gregory David Whitley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Reed Clay , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan F. Mitchell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Flammer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Stephen Ronald Keister**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Steve McGraw**                              represented by    **Gregory David Whitley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Reed Clay , Jr**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Barret Scott**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jonathan F. Mitchell**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Sean Flammer**
(See above for address)
*ATTORNEY TO BE NOTICED*

                                                              **Stephen Ronald Keister**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*


V.

**Consol Defendant**

**State Of Texas**                        represented by  **John Barret Scott**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Jonathan F. Mitchell**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*


**Consol Defendant**

**Steve McCraw**                          represented by  **John Barret Scott**
*In His Official Capacity as Director of the*            (See above for address)
*Texas Department of Public Safety*                       *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Jonathan F. Mitchell**
                                                          (See above for address)
                                                          *ATTORNEY TO BE NOTICED*


**Intervenor Plaintiff**

**TEXAS LEAGUE OF YOUNG**                 represented by  **Christina A Swarns**
**VOTERS EDUCATION FUND**                                NAACP Legal Defense Fund
                                                          40 Rector Street, 5th Floor
                                                          New York, NY 10006
                                                          212-965-2200
                                                          Fax: 212-229-7592
                                                          Email: cswarns@naacpldf.org
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Danielle Conley**
                                                          Wilmer Cutler Pickering, et al
                                                          1875 Pennsylvania Avenue, NW
                                                          Washington, DC 20006
                                                          202-663-6006
                                                          Email: danielle.conley@wilmerhale.com
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Jonathan E Paikin**
                                                          Wilmer Cutler et al
                                                          1875 Pennsylvania Avenue NW
                                                          Washington, DC 20006

202-663-6703
Email: jonathan.paikin@wilmerhale.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Kelly Dunbar**
Wilmer Cutler Pickering, et al
1875 Pennsylvania Avenue, NW
Washington, DC 20006
202-663-6262
Email: kelly.dunbar@wilmerhale.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leah Aden**
NAACP Legal Defense and Educational Fund,
Inc.
40 Rector St
5th Floor
New York, NY 10006
212-965-2200
Email: laden@naacpldf.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Natasha Korgaonkar**
NAACP Legal Def and Educational Funds,
Inc.
40 Rector St
5th Floor
New York, NY 10006
212-965-2200
Email: nkorgaonkar@naacpldf.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ryan Haygood**
NAACP Legal Def and Educational Fund, Inc.
40 Rector Street
5th Floor
New York, NY 10006
212-965-2200
Email: rhaygood@naacpldf.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sonya Lebsack**
Wilmer Cutler Pickering, et al
1875 Pennsylvania Avenue, NW
Washington, DC 20006
202-663-6063
Email: sonya.lebsack@wilmerhale.com

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**IMANI CLARK**                    represented by    **Christina A Swarns**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Danielle Conley**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Jonathan E Paikin**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *PRO HAC VICE*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Kelly Dunbar**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Leah Aden**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Natasha Korgaonkar**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Ryan Haygood**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Sonya Lebsack**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

**Imani Clark**                    represented by    **Christina A Swarns**
                                                     (See above for address)
                                                     *LEAD ATTORNEY*
                                                     *ATTORNEY TO BE NOTICED*

                                                     **Deuel Ross**

14-40003.19

NAACP Legal Defense and Educational Fund
Inc
40 Rector St
5th Fl
New York, NY 10006
212-965-2200
Email: dross@naacpldf.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

| **Texas League of Young Voters Eduction Fund** | represented by | **Christina A Swarns**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
|---|---|---|

**Deuel Ross**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Gerard J Sinzdak**
Wilmer Cutler Pickering Hale & Dorr, LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
202-663-6220
Email: gerard.sinzdak@wilmerhale.com
*ATTORNEY TO BE NOTICED*

**Lynn Eisenberg**
Wilmer Cutler et al
1875 Pennsylvania Ave NW
Washington, DC 20006
202-663-6809
Email: lynn.eisenberg@wilmerhale.com
*ATTORNEY TO BE NOTICED*

**M Hasan Ali**
Wilmer Cutler Pickering Hale & Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
202-663-6671
Email: hasan.ali@wilmerhale.com
*ATTORNEY TO BE NOTICED*

**Richard F. Shordt**
Wilmer Cutler et al
1875 Pennsylvania Ave NW
Washington, DC 20006
202-663-6693
Email: richard.shordt@wilmerhale.com
*ATTORNEY TO BE NOTICED*

**Intervenor Plaintiff**

| **Texas Association of Hispanic County Judges and County Commissioners** | represented by | **Rolando L Rios**<br>Attorney at Law<br>115 E Travis<br>Ste 1645<br>San Antonio, TX 78205<br>210-222-2102<br>Fax: 210-222-2898<br>Email: rrios@rolandorioslaw.com<br>*ATTORNEY TO BE NOTICED* |

**Intervenor Plaintiff**

| **Aurica Washington** | represented by | **Aurica Washington**<br>PRO SE |

**Intervenor Plaintiff**

| **Crystal Owens** | represented by | **Crystal Owens**<br>PRO SE |

**Intervenor Plaintiff**

| **Michelle Bessiake** | represented by | **Michelle Bessiake**<br>PRO SE |

**Intervenor Plaintiff**

| **Maria Longoria Benavides** | represented by | **Rolando L Rios**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Intervenor Plaintiff**

| **Hidalgo County** | represented by | **Preston Edward Henrichson**<br>Attorney at Law<br>222 W Cano<br>Edinburg, TX 78539<br>956-383-3535<br>Fax: 956-383-3585<br>Email: preston@henrichsonlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Rolando L Rios**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Intervenor Defendant**

| **True the Vote**<br>*TERMINATED: 12/11/2013* | represented by | **Joseph M Nixon**<br>Bierne Maynard & Parsons<br>1300 Post Oak Blvd<br>Ste 2500<br>Houston, TX 77056 |

713-871-6809
Fax: 713-960-1527
Email: jnixon@bmpllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James Edwin Trainor , III**
Beirne, Maynard & Parsons, L.L.P.
401 W 15th St
Ste 845
Austin, TX 78701
512-623-6700
Fax: 512-623-6701
Email: ttrainor@bmpllp.com
*ATTORNEY TO BE NOTICED*

**Interested Party**

Robert M Allensworth                    represented by    **Robert M Allensworth**
                                                          B14522
                                                          BMRCC 251 N IL 37 S
                                                          Ina, IL 62846-2419
                                                          PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 06/26/2013 | 1 (p.41) | COMPLAINT against Rick Perry, John Steen (Filing fee $ 400 receipt number 0541-11624407) filed by Michael Montez, Sergio DeLeon, Penny Pope, Jane Hamilton, Oscar Ortiz, Floyd Carrier, Marc Veasey, Anna Burns. (Attachments: # 1 (p.41) Exhibit Exhibit A, # 2 (p.111) Civil Cover Sheet)(Dunn, Chad) (Entered: 06/26/2013) |
| 06/27/2013 | 2 (p.111) | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 9/27/2013 at 09:00 AM before Judge Nelva Gonzales Ramos Parties notified.(dterrell, ) (Entered: 06/27/2013) |
| 07/11/2013 | 3 (p.119) | CERTIFICATE OF INTERESTED PARTIES by Marc Veasey, filed.(Dunn, Chad) (Entered: 07/11/2013) |
| 08/22/2013 | 4 (p.122) | First AMENDED Complaint against All Defendants filed by Michael Montez, Sergio DeLeon, Penny Pope, Jane Hamilton, Oscar Ortiz, Floyd Carrier, Marc Veasey, Anna Burns, Koby Ozias, JOHN DOE, League Of United Latin American Citizens, John Mellor-Crumley, Dallas County, Texas, JANE DOE.(Dunn, Chad) (Entered: 08/22/2013) |
| 08/22/2013 | 5 (p.147) | MOTION for Armand Derfner to Appear Pro Hac Vice by Anna Burns, Floyd Carrier, JANE DOE, JOHN DOE, Dallas County, Texas, Sergio DeLeon, Jane Hamilton, League Of United Latin American Citizens, John Mellor-Crumley, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Marc Veasey, filed. Motion Docket Date 9/12/2013. (Dunn, Chad) (Entered: 08/22/2013) |
| 08/23/2013 | 6 (p.148) | ORDER granting 5 (p.147) Motion to Appear Pro Hac Vice.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, ) (Entered: 08/23/2013) |
| 08/26/2013 | 7 (p.149) | |

| | | |
|---|---|---|
| | | MOTION for J. Gerald Hebert to Appear Pro Hac Vice by Marc Veasey, filed. Motion Docket Date 9/16/2013. (Dunn, Chad) (Entered: 08/26/2013) |
| 08/26/2013 | 15 (p.167) | MOTION to Intervene by TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, filed. Motion Docket Date 9/16/2013. (Attachments: # 1 (p.41) Memorandum of Law in Support of Motion to Intervene, # 2 (p.111) Complaint, # 3 (p.119) Exhibit A to Complaint, # 4 (p.122) Exhibit B to Complaint, # 5 (p.147) Corporate Disclosure Statement, # 6 (p.148) Proposed Order, # 7 (p.149) Certificate of Service) (Clerk's Notes: Motion was originally filed in member case 2:13cv263.)(bcortez, 2) (Entered: 09/06/2013) |
| 08/28/2013 | 8 (p.150) | WAIVER OF SERVICE Returned Executed as to Rick Perry served on 8/26/2013, answer due 10/25/2013, filed.(Dunn, Chad) (Entered: 08/28/2013) |
| 08/28/2013 | 9 (p.151) | WAIVER OF SERVICE Returned Executed as to John Steen served on 8/26/2013, answer due 10/25/2013, filed.(Dunn, Chad) (Entered: 08/28/2013) |
| 08/28/2013 | 10 (p.152) | NOTICE of Appearance by J. Gerald Hebert on behalf of Anna Burns, Floyd Carrier, JANE DOE, JOHN DOE, Dallas County, Texas, Sergio DeLeon, Jane Hamilton, League Of United Latin American Citizens, John Mellor-Crumley, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Marc Veasey, filed. (Dunn, Chad) (Entered: 08/28/2013) |
| 08/28/2013 | 11 (p.155) | NOTICE of Appearance by Armand G. Derfner on behalf of Anna Burns, Floyd Carrier, JANE DOE, JOHN DOE, Dallas County, Texas, Sergio DeLeon, Jane Hamilton, League Of United Latin American Citizens, John Mellor-Crumley, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Marc Veasey, filed. (Dunn, Chad) (Entered: 08/28/2013) |
| 08/29/2013 | 13 (p.164) | ORDER granting 7 (p.149) Motion to Appear Pro Hac Vice.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(lcayce, ) (Entered: 08/30/2013) |
| 08/30/2013 | 12 (p.158) | Unopposed MOTION to Consolidate Lead Case No. 2:13-cv-193 and Member Case No. 2:13-cv-263 by United States Of America, filed. Motion Docket Date 9/20/2013. (Attachments: # 1 (p.41) Proposed Order)(Freeman, Daniel) (Entered: 08/30/2013) |
| 08/30/2013 | 14 (p.165) | ORDER granting 12 (p.158) Motion to Consolidate Cases: Lead Case No. 2:13cv193 and Member Case No. 2:13cv263.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(lcayce, ) (Entered: 09/03/2013) |
| 09/06/2013 | 16 (p.294) | ORDER FOR ADMISSION PRO HAC VICE, granted. Attorney Leah C. Aden is admitted to represent Plaintiff-Intervenors for Texas League of Young Voters Education Fund and Imani Clark.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(jalvarez, 2) (Entered: 09/06/2013) |
| 09/06/2013 | 17 (p.295) | ORDER granting Admission Pro Hac Vice. Attorney Natasha M. Korgaonkar is representing Plaintiff-Intervenors for Texas League of Young Voters Education Fund and Imani Clark.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(jalvarez, 2) (Entered: 09/06/2013) |
| 09/06/2013 | 18 (p.296) | ORDER granting Admission Pro Hac Vice. Attorney Ryan P. Haygood is admitted to represent Plaintiff-Intervenors for Texas League of Young Voters Education Fund and Imani Clark.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(jalvarez, 2) (Entered: 09/06/2013) |
| 09/06/2013 | 19 | ORDER granting Admission Pro Hac Vice. Attorney Jonathan E. Paikin is admitted |

| | (p.297) | to represent Plaintiff-Intervenor Texas League of Young Voters and Imani Clark. (Signed by Judge Nelva Gonzales Ramos) Parties notified.(jalvarez, 2) (Entered: 09/06/2013) |
|---|---|---|
| 09/06/2013 | 20 (p.298) | ORDER granting Admision Pro Hac Vice. Attorney Sonya L. Lebsack represents Plaintiff-Intervenor Texas League of Young Voters and Imani Clark.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(jalvarez, 2) (Entered: 09/06/2013) |
| 09/06/2013 | 21 (p.299) | ORDER granting Admission Pro Hac Vice. Attorney Kelly Dunbar represents Plaintiff-Intervenor Texas League of Young Voters and Imani Clark.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(jalvarez, 2) (Entered: 09/06/2013) |
| 09/06/2013 | 22 (p.300) | ORDER granting Admission Pro Hac Vice. Attorney Danielle Conley represents Plaintiff-Intervenor Texas League of Young Voters and Imani Clark. (Signed by Judge Nelva Gonzales Ramos) Parties notified.(jalvarez, 2) (Entered: 09/06/2013) |
| 09/10/2013 | 23 (p.301) | Letter from Robert M. Allensworth, filed. (Per Houston - no fees were included with this letter) (mserpa, 2) (Entered: 09/13/2013) |
| 09/16/2013 | 24 (p.307) | RESPONSE to 15 (p.167) MOTION to Intervene filed by United States Of America. (Attachments: # 1 (p.41) Exhibit)(Maranzano, Jennifer) (Entered: 09/16/2013) |
| 09/16/2013 | 26 (p.360) | Mail Returned Undeliverable as to All Plaintiffs re: 13 (p.164) Order on Motion to Appear Pro Hac Vice, filed. (vrios, 2) (Entered: 09/17/2013) |
| 09/17/2013 | 25 (p.358) | NOTICE of Appearance by John A. Smith III on behalf of United States Of America, filed. (Smith, John) (Entered: 09/17/2013) |
| 09/18/2013 | 27 (p.361) | MOTION to Consolidate Lead Case No. 2:13-cv-193 and Member Case No. 2:13-cv-263 and 2:13-cv-291 by Mexican American Legislative Caucus, Texas House of Representatives, Texas State Conference of NAACP Branches, filed. Motion Docket Date 10/9/2013. (Attachments: # 1 (p.41) Proposed Order)(Rudd, Amy) (Entered: 09/18/2013) |
| 09/19/2013 | 28 (p.368) | NOTICE of Resetting. Parties notified. Initial Conference set for 10/25/2013 at 09:00 AM before Judge Nelva Gonzales Ramos, filed. (See order entered at DE 14.) (bcortez, 2) (Entered: 09/19/2013) |
| 09/19/2013 | 29 (p.369) | ORDER granting 15 (p.167) Motion to Intervene of Texas League of Young Voters Eduction Fund and Imani Clark.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(vrios, 2) (Entered: 09/20/2013) |
| 09/19/2013 | 31 (p.453) | Consent Order of Consolidation re 27 (p.361) Motion to Consolidate Cases: Lead Case No. 2:13cv193 and Member Case No. 2:13cv263 and 2:13cv291.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(amireles, 2) (Entered: 09/20/2013) |
| 09/20/2013 | 30 (p.370) | INTERVENOR COMPLAINT against Imani Clark, Texas League of Young Voters Eduction Fund, State Of Texas, Steve McGraw filed by Imani Clark, Texas League of Young Voters Eduction Fund.(vrios, 2) (Entered: 09/20/2013) |
| 09/20/2013 | 32 (p.455) | ORDER GRANTING MOTION TO APPEAR PRO HAC VICE. Ezra D. Rosenberg granted leave to appear for Texas State Conference of NAACP Brances and MALC. (Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 09/23/2013) |
| 09/20/2013 | 33 (p.456) | ORDER GRANTING MOTION TO APPEAR PRO HAC VICE. Mark A. Posner granted leave to appear for Texas State Conference of NAACP Branches, et al. |

| | | |
|---|---|---|
| | | (Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 09/23/2013) |
| 09/20/2013 | 34 (p.457) | ORDER GRANTING LEAVE TO APPEAR PRO HAC VICE. Erandi Zamora granted leave to appear for Texas State Conference of NAACP Branches, et al. (Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 09/23/2013) |
| 09/20/2013 | 35 (p.458) | ORDER GRANTING MOTION TO APPEAR PRO HAC VICE. Sonia Kaur Gill granted leave to appear for Texas State Conference of NAACP Branches, et al. (Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 09/23/2013) |
| 09/23/2013 | 36 (p.459) | Letter from Robert M. Allensworth re: Polk County Enterprise, filed. (jtabares, 1) (Entered: 09/23/2013) |
| 09/23/2013 | 37 (p.461) | Mail Returned Undeliverable as to attorney J Gerald Hebert re: 14 (p.165) Order on Motion to Consolidate Cases, filed. (vrios, 2) (Entered: 09/24/2013) |
| 09/24/2013 | | DE # 14 Re-Noticed to attorney, J. Gerald Hebert ***, filed. (vrios, 2) (Entered: 09/24/2013) |
| 09/25/2013 | 38 (p.462) | MOTION to Intervene by True the Vote, filed. Motion Docket Date 10/16/2013. (Attachments: # 1 (p.41) Exhibit 1)(Nixon, Joseph) (Entered: 09/25/2013) |
| 09/26/2013 | 39 (p.486) | PROPOSED ORDER re: 38 (p.462) MOTION to Intervene, filed.(Nixon, Joseph) (Entered: 09/26/2013) |
| 09/27/2013 | 40 (p.487) | Request for Issuance of Summons as to Steve McGraw, State Of Texas, John Steen, filed. (Attachments: # 1 (p.41) 1, # 2 (p.111) 2)(Korgaonkar, Natasha) (Entered: 09/27/2013) |
| 09/27/2013 | | Summons Issued as to Rick Perry, State Of Texas, John Steen, filed.(ntirado, 2) (Entered: 09/27/2013) |
| 09/27/2013 | 41 (p.493) | MOTION to Intervene by Texas Association of Hispanic County Judges and County Commissioners, filed. Motion Docket Date 10/18/2013. (Attachments: # 1 (p.41) Complaint, # 2 (p.111) Exhibit, # 3 (p.119) Proposed Order)(Rios, Rolando) (Entered: 09/27/2013) |
| 09/30/2013 | 42 (p.522) | MOTION for Anna M. Baldwin to Appear Pro Hac Vice by United States Of America, filed. Motion Docket Date 10/21/2013. (Maranzano, Jennifer) (Entered: 09/30/2013) |
| 10/01/2013 | 43 (p.523) | MOTION to Stay by United States Of America, filed. Motion Docket Date 10/22/2013. (Attachments: # 1 (p.41) Proposed Order)(Freeman, Daniel) (Entered: 10/01/2013) |
| 10/02/2013 | 44 (p.531) | RESPONSE to 43 (p.523) MOTION to Stay filed by Marc Veasey. (Dunn, Chad) (Entered: 10/02/2013) |
| 10/03/2013 | 45 (p.535) | NOTICE of Setting as to 43 (p.523) MOTION to Stay . Parties notified. Telephonic Motion Hearing set for 10/4/2013 at 01:30 PM before Judge Nelva Gonzales Ramos, filed. (bcortez, 2) (Entered: 10/03/2013) |
| 10/03/2013 | 46 (p.536) | Joint RESPONSE to 43 (p.523) MOTION to Stay filed by IMANI CLARK, Mexican American Legislative Caucus, Texas House of Representatives, TEXAS LEAGUE |

| | | |
|---|---|---|
| | | OF YOUNG VOTERS EDUCATION FUND, Texas State Conference of NAACP Branches. (Rudd, Amy) (Entered: 10/03/2013) |
| 10/04/2013 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. Proceedings held on 10/4/2013. Weekly status hearing discussed if the Governemnt has a shut down. Status conference is set for Friday, October 11, 2013 art 1:30. Parties excused. Appearances: Chad W Dunn, Natasha Korgaonkar, Kelly Dunbar, Danielle Conley, Luis Roberto Vera, Jr, Jennifer Clark, Vishal Agraharkar, Ezra D Rosenberg, Rolando L Rios, Joseph M Nixon, Meredith Bell-Platts, John Albert Smith, III.(Digital # 1:35 to 1:50)(ERO:G. Rogan), filed.(lrivera, 2) (Entered: 10/04/2013) |
| 10/04/2013 | 47 (p.541) | NOTICE of Setting. Parties notified. Status Conference set for 10/11/2013 at 01:30 PM before Judge Nelva Gonzales Ramos, filed. (lrivera, 2) (Entered: 10/04/2013) |
| 10/08/2013 | 48 (p.542) | ORDER granting 42 (p.522) Motion to Appear Pro Hac Vice. Anna M. Baldwin granted leave to appear for the United States.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 10/08/2013) |
| 10/11/2013 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. STATUS CONFERENCE held on 10/11/2013. Discussion held re: status of case and government shutdown. Status Conference set for 10/18/2013 at 08:30 AM before Judge Nelva Gonzales Ramos Appearances:John Scott. Chad W Dunn, Ryan Haygood, Danielle Conley, Jennifer Clark, Ezra D Rosenberg, Rolando L Rios, Joseph M Nixon, Elizabeth S Westfall, Meredith Bell-Platts, J Gerald Hebert.(Digital # 1:28-1:36)(ERO:G. Rogan), filed.(bcortez, 2) (Entered: 10/11/2013) |
| 10/17/2013 | 49 (p.543) | NOTICE *Regarding Restoration of Appropriations* by United States Of America, filed. (Maranzano, Jennifer) (Entered: 10/17/2013) |
| 10/18/2013 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. STATUS CONFERENCE held on 10/18/2013. Discussion held regarding status of case. Case can proceed. Responses to 38 (p.462) , 41 (p.493) due by 10/30/2013 by agreement. Joint Plan due by 11/4/2013. Initial Conference set for 11/15/2013 at 09:00 AM before Judge Nelva Gonzales Ramos. Parties have agreed to a briefing schedule regarding state's motion to dismiss that will be filed on 10/25/13. Responses due by 11/22/13. Replies due by 12/6/13. Parties to confer on scheduling order to be entered in case. Appearances:Chad Dunn, Gerry Hebert, Neil Baron, John Smith, Elizabeth Westfall, Daniel Freeman, Jennifer Maranzano, Robert Berman, Rolando Rios, Joseph Nixon, Natasha Korgaonkar, Leah Aden, Ryan Haygood, Danielle Conley, Kelly Dunbar, Ezra Rosenberg, Jennifer Clarke, John Scott, David Whitley, Reed Clay.(Digital # 8:31-8:42)(ERO:G. Rogan), filed.(bcortez, 2) (Entered: 10/18/2013) |
| 10/21/2013 | 50 (p.548) | Letter from Robert Allensworth re: ballots for Texas State house members, filed. (lcayce, 2) (Entered: 10/21/2013) |
| 10/21/2013 | 51 (p.550) | Letter from Robert Allensworth re: ballots Texas State bar members, filed. (Clerk's note: A letter was sent to Mr. Allensworth re: cost for copies requested) (lcayce, 2) (Entered: 10/22/2013) |
| 10/25/2013 | 52 (p.552) | MOTION to Dismiss 30 (p.370) Intervenor Complaint, 1 (p.41) Complaint, 4 (p.122) Amended Complaint/Counterclaim/Crossclaim etc., by Steve McCraw, Rick Perry, State Of Texas, John Steen, filed. Motion Docket Date 11/15/2013. (Attachments: # 1 (p.41) Proposed Order)(Scott, John) (Entered: 10/25/2013) |
| 10/25/2013 | | |

| | | |
|---|---|---|
| | 53 (p.603) | NOTICE of Appearance by James E. Trainor, III on behalf of True the Vote, filed. (Trainor, James) (Entered: 10/25/2013) |
| 10/28/2013 | 54 (p.604) | MOTION for M. Hasan Ali to Appear Pro Hac Vice by TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, Texas League of Young Voters Eduction Fund, filed. Motion Docket Date 11/18/2013. (dterrell, 2) (Entered: 10/29/2013) |
| 10/28/2013 | 55 (p.605) | MOTION for Gerard J. Sinzdak to Appear Pro Hac Vice by Texas League of Young Voters Eduction Fund, filed. Motion Docket Date 11/18/2013. (dterrell, 2) (Entered: 10/29/2013) |
| 10/30/2013 | 56 (p.606) | ORDER granting 54 (p.604) Motion to Appear Pro Hac Vice of M. Hasan Ali.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(vrios, 2) (Entered: 10/30/2013) |
| 10/30/2013 | 57 (p.607) | ORDER granting 55 (p.605) Motion to Appear Pro Hac Vice of Gerard J. Sinzdak.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(vrios, 2) (Entered: 10/30/2013) |
| 10/30/2013 | 58 (p.608) | RESPONSE to 41 (p.493) MOTION to Intervene filed by United States Of America. (Maranzano, Jennifer) (Entered: 10/30/2013) |
| 10/30/2013 | 59 (p.615) | RESPONSE to 38 (p.462) MOTION to Intervene filed by United States Of America. (Attachments: # 1 (p.41) Exhibit, # 2 (p.111) Exhibit, # 3 (p.119) Exhibit, # 4 (p.122) Exhibit, # 5 (p.147) Exhibit, # 6 (p.148) Exhibit, # 7 (p.149) Exhibit, # 8 (p.150) Exhibit, # 9 (p.151) Proposed Order)(Maranzano, Jennifer) (Entered: 10/30/2013) |
| 11/01/2013 | 60 (p.710) | NOTICE of Appearance by Myrna Perez on behalf of Mexican American Legislative Caucus, Texas House of Representatives, Texas State Conference of NAACP Branches, filed. (Rudd, Amy) (Entered: 11/01/2013) |
| 11/04/2013 | 61 (p.712) | JOINT DISCOVERY/CASE MANAGEMENT PLAN by United States Of America, filed. (Attachments: # 1 (p.41) Exhibit, # 2 (p.111) Exhibit, # 3 (p.119) Exhibit, # 4 (p.122) Exhibit, # 5 (p.147) Exhibit, # 6 (p.148) Exhibit)(Maranzano, Jennifer) (Entered: 11/04/2013) |
| 11/04/2013 | 63 (p.774) | Letter from Robert Allensworth, filed. (amireles, 2) (Entered: 11/05/2013) |
| 11/05/2013 | 62 (p.770) | CORPORATE DISCLOSURE STATEMENT by Mexican American Legislative Caucus, Texas House of Representatives, Texas State Conference of NAACP Branches, filed.(Rudd, Amy) (Entered: 11/05/2013) |
| 11/07/2013 | 64 (p.777) | CERTIFICATE OF INTERESTED PARTIES by Plaintiff-Intervenors Texas League of Young Voters Education Fund and Imani Clark, filed.(bcortez, 2) (Entered: 11/07/2013) |
| 11/12/2013 | 65 (p.780) | NOTICE of Appearance by JOHN REED CLAY on behalf of Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Clay, John) (Entered: 11/12/2013) |
| 11/12/2013 | 66 (p.787) | MOTION for Robert S. Berman to Appear Pro Hac Vice by United States Of America, filed. Motion Docket Date 12/3/2013. (Maranzano, Jennifer) (Entered: 11/12/2013) |
| 11/12/2013 | 68 (p.795) | Letter from Robert M. Allensworth re: ballots for Texas State house members, filed. (lcayce, 2) (Entered: 11/13/2013) |

| | | |
|---|---|---|
| 11/12/2013 | 71 (p.812) | Letter from Robert M. Allensworth re: BMRCC Library assistance, filed. (Attachments: # 1 (p.41) Exhibit, # 2 (p.111) Envelope) (avleal, 1) (Entered: 11/14/2013) |
| 11/12/2013 | 72 (p.818) | Mail Returned Undeliverable as to attorney Anna Baldwin as to United States Of America re: 56 (p.606) Order on Motion to Appear Pro Hac Vice, 57 (p.607) Order on Motion to Appear Pro Hac Vice, filed. (amireles, 2) (Entered: 11/14/2013) |
| 11/13/2013 | 67 (p.788) | NOTICE of Appearance by S. RONALD KEISTER on behalf of Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Keister, Stephen) (Entered: 11/13/2013) |
| 11/13/2013 | 69 (p.802) | NOTICE of Erratum by United States Of America, filed. (Attachments: # 1 (p.41) Exhibit)(Maranzano, Jennifer) (Entered: 11/13/2013) |
| 11/13/2013 | 70 (p.811) | ORDER granting 66 (p.787) Motion for Robert S. Berman to Appear Pro Hac Vice.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(amireles, 2) (Entered: 11/14/2013) |
| 11/14/2013 | 73 (p.819) | AMENDED INTERVENOR COMPLAINT against Steve McGraw, State Of Texas, John Steen filed by Texas League of Young Voters Eduction Fund, Imani Clark, Aurica Washington, Crystal Owens, Michelle Bessiake. (Attachments: # 1 (p.41) Exhibit A, # 2 (p.111) Exhibit B)(Haygood, Ryan) (Entered: 11/14/2013) |
| 11/15/2013 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. INITAL PRETRIAL CONFERENCE held on 11/15/2013. Court grants 41 (p.493) Motion to Intervene by Texas Association of Hispanic County Judges and County Commissioners. Court takes 38 (p.462) Motion to Intervene by True the Vote under advisement. Trial date September 2, 2014. Court enters scheduling order. Appearances: Chad W Dunn, Kembel Scott Brazil, Neil G Baron, Natasha Korgaonkar, Ryan Haygood, Kelly Dunbar, John Barret Scott, Vishal Agraharkar, Ezra D Rosenberg, Rolando L Rios, M Hasan Ali, Mark A Posner, Joseph M Nixon, James Edwin Trainor, III, Elizabeth S Westfall, John Albert Smith, III, Anna Baldwin, J Gerald Hebert.(Digital # 9:32-10:19)(ERO:G. Rogan), filed.(bcortez, 2) (Entered: 11/15/2013) |
| 11/15/2013 | 74 (p.911) | INTERVENOR COMPLAINT against All Defendants filed by Texas Association of Hispanic County Judges and County Commissioners, Maria Longoria Benavides.(vrios, 2) (Entered: 11/15/2013) |
| 11/18/2013 | 75 (p.928) | MOTION for Myrna Perez to Appear Pro Hac Vice by Mexican American Legislative Caucus, Texas House of Representatives, Texas State Conference of NAACP Branches, filed. Motion Docket Date 12/9/2013. (Rudd, Amy) (Entered: 11/18/2013) |
| 11/18/2013 | 80 (p.952) | Letter to Court regarding ballots from Robert M. Allensworth, filed. (Attachments: # 1 (p.41) Envelope, # 2 (p.111) Exhibit) (vrios, 2) (Entered: 11/21/2013) |
| 11/19/2013 | 76 (p.929) | ADVISORY by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 (p.41) Exhibit A - Declaration of B. Keith Ingram)(Scott, John) (Entered: 11/19/2013) |
| 11/20/2013 | 77 (p.947) | NOTICE of Setting as to 76 (p.929) Advisory. Parties notified. Status Conference set for 11/21/2013 at 01:00 PM before Judge Nelva Gonzales Ramos, filed. (bcortez, 2) (Entered: 11/20/2013) |

| | | |
|---|---|---|
| 11/20/2013 | <u>78</u><br>(p.948) | NOTICE of Resetting as to <u>76 (p.929)</u> Advisory. Parties notified. Miscellaneous Hearing set for 11/22/2013 at 11:30 AM before Judge Nelva Gonzales Ramos, filed. (bcortez, 2) (Entered: 11/20/2013) |
| 11/21/2013 | <u>79</u><br>(p.949) | INITIAL DISCLOSURES by Maria Longoria Benavides, Texas Association of Hispanic County Judges and County Commissioners, filed.(Rios, Rolando) (Entered: 11/21/2013) |
| 11/21/2013 | <u>81</u><br>(p.959) | Joint RESPONSE to <u>76 (p.929)</u> Advisory *of Defendants*, filed by Anna Burns, Floyd Carrier, JANE DOE, JOHN DOE, Dallas County, Texas, Sergio DeLeon, Jane Hamilton, League Of United Latin American Citizens, John Mellor-Crumley, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Texas Association of Hispanic County Judges and County Commissioners, Marc Veasey. (Attachments: # <u>1 (p.41)</u> Exhibit Declaration of Toni Pippins-Poole, # <u>2 (p.111)</u> Exhibit Affidavit of Keith Ingram, # <u>3 (p.119)</u> Exhibit Affidavit of provisional voter, # <u>4 (p.122)</u> Exhibit Notice to Voter who must provide Identification)(Hebert, J) (Entered: 11/21/2013) |
| 11/21/2013 | <u>82</u><br>(p.984) | NOTICE *of Initial Disclosures* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Scott, John) (Entered: 11/21/2013) |
| 11/21/2013 | <u>83</u><br>(p.987) | INITIAL DISCLOSURES by Penny Pope, filed. (Attachments: # <u>1 (p.41)</u> Exhibit Declaration, # <u>2 (p.111)</u> Exhibit Declaration, # <u>3 (p.119)</u> Exhibit Declaration, # <u>4 (p.122)</u> Exhibit Declaration, # <u>5 (p.147)</u> Exhibit Declaration)(Baron, Neil) (Entered: 11/21/2013) |
| 11/21/2013 | <u>84</u><br>(p.1013) | NOTICE *of Initial Disclosures* by Mexican American Legislative Caucus, Texas House of Representatives, Texas State Conference of NAACP Branches, filed. (Rudd, Amy) (Entered: 11/21/2013) |
| 11/21/2013 | <u>85</u><br>(p.1017) | RESPONSE to <u>76 (p.929)</u> Advisory *Regarding September 2014 Trial Date*, filed by United States Of America. (Westfall, Elizabeth) (Entered: 11/21/2013) |
| 11/22/2013 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. HEARING held on 11/22/2013. Arguments heard re: <u>76 (p.929)</u> Advisory. Court keeps current trial setting of September 2, 2014. Scheduling order to be entered. Parties agree there is no need for a three judge panel. Appearances:Chad Dunn, Meredith Bell-Platts, Elizabeth Westfall, Rolando Rios, Joseph Nixon, Leah Aden, Ryan Haygood, Ezra Rosenberg, John Scott.(Digital # 1:36-1:56)(ERO:L. Cayce), filed.(bcortez, 2) (Entered: 11/22/2013) |
| 11/22/2013 | <u>86</u><br>(p.1024) | SCHEDULING ORDER. Bench trial. Amended Pleadings due by 3/2/2014. Joinder of Parties due by 12/6/2013 Pltf Expert Report due by 5/9/2014. State's Expert Rebuttal Reports due 6/6/14. Plaintiff's Expert Reply Reports due 6/30/14. Fact Discovery shall end on 5/2/14. Expert Witness Discovery shall end on 7/15/14. Dispositive Motion Filing due by 7/22/2014. Responses due by 8/4/2014. Replies to Dispositive Motions due 8/11/14. Status Conference will be held on 2/12/14 at 9:00 AM. Joint Pretrial Order due by 8/7/2014. Final Pretrial Conference set for 8/21/14 at 9:00 AM. **Bench Trial set for 9/2/2014 at 09:00 AM** before Judge Nelva Gonzales Ramos(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 11/22/2013) |
| 11/22/2013 | | ***Set Hearings: Final Pretrial Conference set for 8/21/2014 at 09:00 AM before Judge Nelva Gonzales Ramos Status Conference set for 2/12/2014 at 09:00 AM before Judge Nelva Gonzales Ramos (mserpa, 2) (Entered: 11/22/2013) |
| 11/22/2013 | | |

| | 87 (p.1027) | Letter from Robert M. Allensworth re: ballots for Texas State house members, filed. Copy of current docket sheet mailed to Allensworth. (lcayce, 2) (Entered: 11/22/2013) |
|---|---|---|
| 11/22/2013 | 88 (p.1035) | RESPONSE in Opposition to 52 (p.552) MOTION to Dismiss 30 (p.370) Intervenor Complaint, 1 (p.41) Complaint, 4 (p.122) Amended Complaint/Counterclaim/Crossclaim etc., filed by Mexican American Legislative Caucus, Texas House of Representatives, Texas State Conference of NAACP Branches. (Rudd, Amy) (Entered: 11/22/2013) |
| 11/22/2013 | 89 (p.1074) | Unopposed MOTION for Leave to File Excess Pages by Anna Burns, Floyd Carrier, JANE DOE, JOHN DOE, Dallas County, Texas, Sergio DeLeon, Jane Hamilton, League Of United Latin American Citizens, John Mellor-Crumley, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Marc Veasey, filed. Motion Docket Date 12/13/2013. (Attachments: # 1 (p.41) Proposed Order)(Hebert, J) (Entered: 11/22/2013) |
| 11/22/2013 | 90 (p.1082) | RESPONSE in Opposition to 52 (p.552) MOTION to Dismiss 30 (p.370) Intervenor Complaint, 1 (p.41) Complaint, 4 (p.122) Amended Complaint/Counterclaim/Crossclaim etc., , filed by Anna Burns, Floyd Carrier, JANE DOE, JOHN DOE, Dallas County, Texas, Sergio DeLeon, Jane Hamilton, League Of United Latin American Citizens, John Mellor-Crumley, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Marc Veasey. (Attachments: # 1 (p.41) Proposed Order)(Hebert, J) (Entered: 11/22/2013) |
| 11/22/2013 | 91 (p.1126) | Corrected RESPONSE in Opposition to 52 (p.552) MOTION to Dismiss 30 (p.370) Intervenor Complaint, 1 (p.41) Complaint, 4 (p.122) Amended Complaint/Counterclaim/Crossclaim etc., , filed by Anna Burns, Floyd Carrier, JANE DOE, JOHN DOE, Dallas County, Texas, Sergio DeLeon, Jane Hamilton, League Of United Latin American Citizens, John Mellor-Crumley, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Marc Veasey. (Attachments: # 1 (p.41) Proposed Order)(Hebert, J) (Entered: 11/22/2013) |
| 11/22/2013 | 92 (p.1170) | RESPONSE in Opposition to 52 (p.552) MOTION to Dismiss 30 (p.370) Intervenor Complaint, 1 (p.41) Complaint, 4 (p.122) Amended Complaint/Counterclaim/Crossclaim etc., , filed by United States Of America. (Attachments: # 1 (p.41) Proposed Order)(Baldwin, Anna) (Entered: 11/22/2013) |
| 11/22/2013 | 94 (p.1211) | ORDER GRANTING VEASEY-LULAC PLAINTIFFS' UNOPPOSED MOTION TO EXCEED PAGE LIMITS granting 89 (p.1074) Motion for Leave to File Excess Pages.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 11/25/2013) |
| 11/22/2013 | | ***Set Deadlines: Findings of Fact and Conclusions of Law due by 8/7/2014 (bcortez, 2) (Entered: 01/03/2014) |
| 11/25/2013 | 93 (p.1207) | NOTICE of Appearance by SEAN PATRICK FLAMMER on behalf of Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Flammer, Sean) (Entered: 11/25/2013) |
| 11/25/2013 | 95 (p.1213) | NOTICE of Appearance by G. David Whitley on behalf of Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Whitley, Gregory) (Entered: 11/25/2013) |
| 11/25/2013 | 96 (p.1217) | Letter from Robert M Allensworth re: 2nd ballot, filed. (amireles, 2) (Entered: 11/26/2013) |

| | | |
|---|---|---|
| 11/26/2013 | 97 (p.1221) | MOTION for Michelle Yeary to Appear Pro Hac Vice by Mexican American Legislative Caucus, Texas House of Representatives, Texas State Conference of NAACP Branches, filed. Motion Docket Date 12/17/2013. (Rudd, Amy) (Entered: 11/26/2013) |
| 11/29/2013 | 98 (p.1222) | Letter from Robert M. Allensworth re: suggestion for a 2nd limited voting ballot, filed. (mserpa, 2) (Entered: 11/29/2013) |
| 11/29/2013 | 99 (p.1225) | Letter from Robert M. Allensworth, filed. (dmorales, 5) (Entered: 11/29/2013) |
| 12/02/2013 | 100 (p.1227) | AO 435 TRANSCRIPT ORDER FORM by Chad W. Dunn. This is to order a transcript of Initial Conference held on November 15, 2013 before Judge Nelva Gonzales Ramos (original). Court Reporter/Transcriber: Exceptional Reporting, filed. (grogan, 2) Electronically forwarded to Exceptional Reporting on 12-2-13. Modified on 12/2/2013 (grogan, 2). (Entered: 12/02/2013) |
| 12/02/2013 | 101 (p.1228) | ORDER granting 97 (p.1221) Motion for Michelle Yeary to Appear Pro Hac Vice.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(amireles, 2) (Entered: 12/03/2013) |
| 12/03/2013 | 102 (p.1229) | ORDER granting 75 (p.928) Motion for Myrna Perez to Appear Pro Hac Vice.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(amireles, 2) (Entered: 12/03/2013) |
| 12/03/2013 | 103 (p.1230) | Unopposed MOTION for Protective Order by United States Of America, filed. Motion Docket Date 12/24/2013. (Attachments: # 1 (p.41) Proposed Order)(Freeman, Daniel) (Entered: 12/03/2013) |
| 12/04/2013 | 104 (p.1243) | Letter from Robert M Allensworth re: 2nd ballot, filed.(lcayce, 2) (Entered: 12/04/2013) |
| 12/05/2013 | 105 (p.1245) | CONSENT PROTECTIVE ORDER - Granting 103 (p.1230) Unopposed MOTION for Protective Order.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(sscotch, 2) (Entered: 12/05/2013) |
| 12/05/2013 | 106 (p.1253) | AO 435 TRANSCRIPT ORDER FORM by John Scott. This is to order a transcript of Hearing held on November 22, 2013 before Judge Nelva Gonzales Ramos (original). Court Reporter/Transcriber: Exceptional Reporting, filed. (grogan, 2)Electronically forwarded to Exceptional Reporting on 12-6-13. Modified on 12/6/2013 (grogan, 2). (Entered: 12/06/2013) |
| 12/05/2013 | 107 (p.1254) | Letter re: 2nd ballot and MOTION for Copies of Documents by Robert M Allensworth, filed. Motion Docket Date 12/26/2013. (lcayce, 2) (Entered: 12/06/2013) |
| 12/06/2013 | 108 (p.1270) | REPLY in Support of 52 (p.552) MOTION to Dismiss 30 (p.370) Intervenor Complaint, 1 (p.41) Complaint, 4 (p.122) Amended Complaint/Counterclaim/Crossclaim etc., , filed by Steve McCraw, Steve McGraw, Rick Perry, State Of Texas, State Of Texas, John Steen. (Mitchell, Jonathan) (Entered: 12/06/2013) |
| 12/06/2013 | 109 (p.1300) | Second AMENDED Complaint against Rick Perry, John Steen filed by Penny Pope, Jane Hamilton, Marc Veasey, John Mellor-Crumley, JANE DOE, Michael Montez, Sergio DeLeon, Dallas County, Texas, League Of United Latin American Citizens, Oscar Ortiz, Floyd Carrier, JOHN DOE, Koby Ozias, Anna Burns.(Hebert, J |

| | | |
|---|---|---|
| | | (Entered: 12/06/2013) |
| 12/10/2013 | 110 (p.1334) | Unopposed MOTION for Leave to File attached motions to dismiss by Steve McCraw, Steve McGraw, Rick Perry, State Of Texas, State Of Texas, John Steen, filed. Motion Docket Date 12/31/2013. (Attachments: # 1 (p.41) Exhibit Motion to dismiss Hispanic Judges, # 2 (p.111) Exhibit Motion to dismiss TLYVEF)(Mitchell, Jonathan) (Entered: 12/10/2013) |
| 12/11/2013 | 111 (p.1355) | PROPOSED ORDER re: 110 (p.1334) Unopposed MOTION for Leave to File attached motions to dismiss, filed.(Mitchell, Jonathan) (Entered: 12/11/2013) |
| 12/11/2013 | 112 (p.5790) | TRANSCRIPT re: CIVIL INITIAL CONFERENCE (TELEPHONIC) held on 11/15/13 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party FARIZA IBRAHIM Release of Transcript Restriction set for 3/11/2014., filed. (thudson, ) (Entered: 12/11/2013) |
| 12/11/2013 | 113 (p.1357) | ORDER denying Intervention of True the Vote re 38 (p.462) .(Signed by Judge Nelva Gonzales Ramos) Parties notified.(amireles, 2) (Entered: 12/11/2013) |
| 12/11/2013 | 114 (p.1359) | ORDER ON DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE TWO OUT-OF-TIME MOTIONS TO DISMISS granting 110 (p.1334) Motion for Leave to File.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 12/11/2013) |
| 12/11/2013 | 115 (p.1361) | MOTION to Dismiss 74 (p.911) Intervenor Complaint by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. Motion Docket Date 1/2/2014. (mserpa, 2) (Entered: 12/11/2013) |
| 12/11/2013 | 116 (p.1368) | MOTION to Dismiss 73 (p.819) Amended Intervenor Complaint by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. Motion Docket Date 1/2/2014. (mserpa, 2) Modified on 12/11/2013 (mserpa, 2). (Entered: 12/11/2013) |
| 12/12/2013 | 117 (p.1375) | Notice of Filing of Official Transcript as to 112 (p.5790) Transcript,. Party notified, filed. (dterrell, 2) (Entered: 12/12/2013) |
| 12/12/2013 | 118 (p.1376) | PROPOSED ORDER re: 115 (p.1361) MOTION to Dismiss 74 (p.911) Intervenor Complaint, filed.(Mitchell, Jonathan) (Entered: 12/12/2013) |
| 12/12/2013 | 119 (p.1378) | PROPOSED ORDER re: 116 (p.1368) MOTION to Dismiss 73 (p.819) Amended Intervenor Complaint, filed.(Mitchell, Jonathan) Modified on 12/12/2013 (mserpa, 2). (Entered: 12/12/2013) |
| 12/13/2013 | 120 (p.1380) | NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit re: 113 (p.1357) Order on Motion to Intervene by True the Vote (Filing fee $ 505, receipt number 0541-12483281), filed.(Nixon, Joseph) Modified on 12/30/2013 (mserpa, 2). CLERK'S NOTE: Notice of Appeal withdrawn - see DE 128 (p.1444) ). (Entered: 12/13/2013) |
| 12/13/2013 | 121 (p.1383) | DOCUMENT by Robert M Allensworth, filed.(mserpa, 2) (Entered: 12/13/2013) |
| 12/16/2013 | 124 (p.1441) | MOTION for Lynn Eisenberg to Appear Pro Hac Vice by Texas League of Young Voters , et al, filed. Motion Docket Date 1/6/2014. (amireles, 2) (Entered: 12/18/2013) |
| 12/16/2013 | 125 (p.1442) | MOTION for Richard F. Shordt to Appear Pro Hac Vice by Texas League of Young Voters, et al, filed. Motion Docket Date 1/6/2014. (amireles, 2) (Entered: |

| | | 12/18/2013) |
|---|---|---|
| 12/17/2013 | 122 (p.1397) | RESPONSE in Opposition to 115 (p.1361) MOTION to Dismiss 74 (p.911) Intervenor Complaint, filed by Maria Longoria Benavides, Texas Association of Hispanic County Judges and County Commissioners. (Rios, Rolando) (Entered: 12/17/2013) |
| 12/17/2013 | 123 (p.1402) | Notice of the Filing of an Appeal. DKT13 transcript order form was mailed to appellant (5 copies). Fee status: Paid. The following Notice of Appeal and related motions are pending in the District Court: 120 (p.1380) Notice of Appeal, filed.(vrios, 2) (Entered: 12/17/2013) |
| 12/18/2013 | 126 (p.5870) | TRANSCRIPT re: TELEPHONIC STATUS HEARING held on 11/22/13 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party DANIEL FREEMAN Release of Transcript Restriction set for 3/18/2014., filed. (thudson, ) (Entered: 12/18/2013) |
| 12/19/2013 | 127 (p.1443) | Notice of Filing of Official Transcript as to 126 (p.5870) Transcript. Party notified, filed. (dterrell, 2) (Entered: 12/19/2013) |
| 12/20/2013 | 128 (p.1444) | NOTICE Withdrawing Notice of Appeal re: 120 (p.1380) Notice of Appeal by True the Vote, filed. (Nixon, Joseph) (Entered: 12/20/2013) |
| 12/20/2013 | 129 (p.1447) | NOTICE OF APPEAL to US Court of Appeals for the Fifth Circuit re: 113 (p.1357) Order on Motion to Intervene by True the Vote (Filing fee $ 505, receipt number 0541-12515354), filed.(Nixon, Joseph) (Entered: 12/20/2013) |
| 12/20/2013 | 130 (p.1450) | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. Motion Docket Date 1/10/2014. (Attachments: # 1 (p.41) Exhibit Letter from J. Scott to C. Dunn, # 2 (p.111) Proposed Order)(Scott, John) (Entered: 12/20/2013) |
| 12/20/2013 | 131 (p.5830) | TRANSCRIPT re: AMENDED TRANSCRIPT / CIVIL INITIAL CONFERENCE (TELEPHONIC) held on 11/15/13 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party KELLY LEONARD Release of Transcript Restriction set for 3/20/2014., filed. (thudson, ) (Entered: 12/20/2013) |
| 12/23/2013 | 132 (p.1461) | Notice of Filing of Official Transcript as to 131 (p.5830) Transcript,. Party notified, filed. (vrios, 2) (Entered: 12/23/2013) |
| 12/23/2013 | 133 (p.1462) | Notice of the Filing of an Appeal. DKT13 transcript order form was mailed to appellant (5 copies). Fee status: Paid. The following Notice of Appeal and related motions are pending in the District Court: 129 (p.1447) Notice of Appeal, filed.(vrios, 2) (Entered: 12/23/2013) |
| 12/30/2013 | 134 (p.1502) | RESPONSE in Opposition to 116 (p.1368) MOTION to Dismiss 30 (p.370) Intervenor Complaint, filed by Michelle Bessiake, Imani Clark, Crystal Owens, Texas League of Young Voters Eduction Fund, Aurica Washington. (Attachments: # 1 (p.41) Proposed Order)(Haygood, Ryan) (Entered: 12/30/2013) |
| 12/30/2013 | 135 (p.1532) | Document re: 2nd ballot by Robert M Allensworth, filed.(lcayce, 2) (Entered: 12/30/2013) |
| 12/30/2013 | 136 (p.1537) | Letter from Robert M. Allensworth re: Limiting Voting on 2nd Ballot, filed. (dnoriega, 1) (Entered: 12/31/2013) |

| | | |
|---|---|---|
| 12/30/2013 | 137 (p.1539) | MOTION for Copy of Transcript by Robert M Allensworth, filed. Motion Docket Date 1/21/2014. (lcayce, 2) (Entered: 12/31/2013) |
| 12/31/2013 | 138 (p.1542) | ORDER granting 124 (p.1441) Motion to Appear Pro Hac Vice. Lynn Eisenberg granted leave to appear for Plaintiff-Intervenor Texas League of Young Voters, et al.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 12/31/2013) |
| 12/31/2013 | 139 (p.1543) | ORDER granting 125 (p.1442) Motion to Appear Pro Hac Vice. Richard F. Shordt granted leave to appear for Plaintiff-Intervenor Texas League of Young Voters, et al.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 12/31/2013) |
| 12/31/2013 | | ***Per Robert Allensworth's request on page 4 of D.E. 135 - a copy expense was mailed indicating cost of requested copies, filed. (lcayce, 2) (Entered: 12/31/2013) |
| 01/02/2014 | 141 (p.1545) | Notice of Assignment of USCA No. 14-40003 re: 120 (p.1380) Notice of Appeal,, filed.(lcayce, 2) (Entered: 01/03/2014) |
| 01/03/2014 | 140 (p.1544) | DKT-13 TRANSCRIPT ORDER FORM by Kelly Hunsaker Leonard. Transcript is already on file in Clerks office.. This order form relates to the following: 129 (p.1447) Notice of Appeal, 126 (p.5870) Transcript, 131 (p.5830) Transcript, 112 (p.5790) Transcript,, filed.(grogan, 2) (Entered: 01/03/2014) |
| 01/07/2014 | 146 (p.1571) | Letter from Robert M. Allensworth re: request for transcript estimate, filed. (avleal, 1) (Entered: 01/13/2014) |
| 01/10/2014 | 142 (p.1551) | ORDER TO CONSOLIDATE CASES: Lead Case No. 2:13cv193 and Member Case Nos. 2:13cv263, 2:13cv291, and 2:13cv348 (Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 01/10/2014) |
| 01/10/2014 | 143 (p.1553) | RESPONSE in Opposition to 130 (p.1450) MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , filed by Anna Burns, Floyd Carrier, JANE DOE, JOHN DOE, Dallas County, Texas, Sergio DeLeon, Jane Hamilton, League Of United Latin American Citizens, John Mellor-Crumley, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Marc Veasey. (Attachments: # 1 (p.41) Proposed Order Denying Defendants' Motion to Dismiss)(Hebert, J) (Entered: 01/10/2014) |
| 01/10/2014 | 144 (p.1565) | Unopposed MOTION for Leave to File Second Amended Complaint by Anna Burns, Floyd Carrier, JANE DOE, JOHN DOE, Dallas County, Texas, Sergio DeLeon, Jane Hamilton, League Of United Latin American Citizens, John Mellor-Crumley, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Marc Veasey, filed. Motion Docket Date 1/31/2014. (Attachments: # 1 (p.41) Proposed Order Granting Unopposed Motion for Leave to File Second Amended Complaint)(Hebert, J) (Entered: 01/10/2014) |
| 01/13/2014 | 145 (p.1570) | ORDER granting 144 (p.1565) Motion for Leave to File Second Amended Complaint.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 01/13/2014) |
| 01/21/2014 | 147 (p.1573) | MOTION for Copy of November 22, 2013 Hearing Transcript by Robert M Allensworth, filed. Motion Docket Date 2/11/2014. (lcayce, 2) (Entered: 01/21/2014) |
| 01/22/2014 | 148 (p.1575) | ORDER striking 107 (p.1254) Motion; striking 137 (p.1539) Motion; striking 147 (p.1573) Motion. Order mailed to Mr. Allensworth at last known address(Signed by Judge Nelva Gonzales Ramos) Parties notified.(lrivera, 2) (Entered: 01/22/2014) |

| 01/27/2014 | 149 (p.1576) | Letter by Robert M Allensworth, filed.(lcayce, 2) (Entered: 01/27/2014) |
|---|---|---|
| 02/03/2014 | 150 (p.1584) | Amended INTERVENOR COMPLAINT against All Defendants filed by Texas Association of Hispanic County Judges and County Commissioners, Maria Longoria Benavides. (Attachments: # 1 (p.41) Proposed Order, # 2 (p.111) Complaint)(Rios, Rolando) Modified on 2/4/2014 (mserpa, 2). (Entered: 02/03/2014) |
| 02/03/2014 | 151 (p.1606) | MOTION for Deuel Ross to Appear Pro Hac Vice by IMANI CLARK, TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, Texas League of Young Voters Eduction Fund, filed. Motion Docket Date 2/24/2014. (sscotch, 2) (Entered: 02/03/2014) |
| 02/04/2014 | 152 (p.1607) | ORDER granting 150 (p.1584) Motion for Leave to File.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 02/04/2014) |
| 02/04/2014 | 153 (p.1608) | FIRST AMENDED Complaint in Intervention against Steve McGraw, Rick Perry, John Steen filed by Texas Association of Hispanic County Judges and County Commissioners, Maria Longoria Benavides, Hidalgo County.(mserpa, 2) (Entered: 02/04/2014) |
| 02/04/2014 | 154 (p.1627) | ORDER REGARDING AMENDED PLEADINGS. (Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 02/04/2014) |
| 02/04/2014 | 155 (p.1628) | ORDER granting 151 (p.1606) Motion to Appear Pro Hac Vice. Deuel Ross granted leave to appear for TX League of Young Voters Educ. Fund, and Imani Clark.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 02/04/2014) |
| 02/05/2014 | 156 (p.1629) | MOTION for Avner Shapiro to Appear Pro Hac Vice by United States Of America, filed. Motion Docket Date 2/26/2014. (Maranzano, Jennifer) (Entered: 02/05/2014) |
| 02/07/2014 | 157 (p.1630) | Unopposed AMENDED Intervenor Complaint against All Defendants filed by Texas Association of Hispanic County Judges and County Commissioners, Hidalgo County, Maria Longoria Benavides.(Rios, Rolando) (Entered: 02/07/2014) |
| 02/10/2014 | 158 (p.1649) | ORDER granting 156 (p.1629) Motion for Avner Shapiro to Appear Pro Hac Vice.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(amireles, 2) (Entered: 02/10/2014) |
| 02/10/2014 | 159 (p.1650) | Letter from Robert M. Allensworth, filed. (amireles, 2) (Entered: 02/11/2014) |
| 02/11/2014 | 160 (p.1660) | Joint MOTION for Discovery Order and Supplemental Protective Order by United States Of America, filed. Motion Docket Date 3/4/2014. (Attachments: # 1 (p.41) Proposed Order)(Maranzano, Jennifer) (Entered: 02/11/2014) |
| 02/11/2014 | 161 (p.1679) | Joint RESPONSE in Opposition to 160 (p.1660) Joint MOTION for Discovery Order and Supplemental Protective Order, filed by Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Texas Association of Hispanic County Judges and County Commissioners, Marc Veasey. (Attachments: # 1 (p.41) Proposed Order Clean Not Redlined, # 2 (p.111) Proposed Order Redlined Version for Court's Convenience, # 3 (p.119) Proposed Order Separating out agreed and unagreed portions of proposed orders for court's convenience)(Hebert, J) (Entered: 02/11/2014) |
| 02/11/2014 | 162 (p.1728) | MOTION to Compel the Production of Legislative Documents by United States Of America, filed. Motion Docket Date 3/4/2014. (Attachments: # 1 (p.41) Proposed |

| | | |
|---|---|---|
| | | Order, # 2 (p.111) Exhibit 1, # 3 (p.119) Exhibit 2, # 4 (p.122) Exhibit 3 pt. I, # 5 (p.147) Exhibit 3 pt. II, # 6 (p.148) Exhibit 4, # 7 (p.149) Exhibit 5, # 8 (p.150) Exhibit 6, # 9 (p.151) Exhibit 7, # 10 (p.152) Exhibit 8, # 11 (p.155) Exhibit 9, # 12 (p.158) Exhibit 10, # 13 (p.164) Exhibit 11, # 14 (p.165) Exhibit 12)(Freeman, Daniel) (Entered: 02/11/2014) |
| 02/11/2014 | 163 (p.5127) | MOTION to Amend 86 (p.1024) Scheduling Order,, by United States Of America, filed. Motion Docket Date 3/4/2014. (Attachments: # 1 (p.41) Proposed Order, # 2 (p.111) Exhibit 1, # 3 (p.119) Exhibit 2, # 4 (p.122) Exhibit 3, # 5 (p.147) Exhibit 4)(Freeman, Daniel) (Entered: 02/11/2014) |
| 02/12/2014 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. STATUS CONFERENCE held on 2/12/2014. Discussion held regarding status of case. Responses to 162 (p.1728) Motion to Compel due within 10 days. Replies due within 3 days after filing of responses. Court will review DE 163 (p.5127) Motion to Modify Scheduling Order. Court does not make a ruling on motion at this time. Court will address motion at Friday's hearing. Hearing set for 2/14/2014 at 10:30 AM before Judge Nelva Gonzales Ramos to address if an agreed order can be entered regarding DE 161 (p.1679) Motion to Enter Discovery Order, Exhibit 3. Hearing set for 2/26/2014 at 10:30 AM before Judge Nelva Gonzales Ramos to address database issues. Motion Hearing on DE 162 (p.1728) Motion to Compel set for 3/5/2014 at 09:30 AM before Judge Nelva Gonzales Ramos. Appearances:Emma Simpson, Gary Bledsoe, Rolando L Rios, Chad W Dunn, Kembel Scott Brazil, Neil G Baron, J Gerald Hebert, Armand Derfner, Natasha Korgaonkar, Ryan Haygood, Deuel Ross, Jose Garza, Robert W Doggett, Marinda Van Dalen, Preston Edward Henrichson, John Barret Scott, Stephen Ronald Keister, Amy L Rudd, Ezra D Rosenberg, Richard F. Shordt, Elizabeth S Westfall, John Albert Smith, III, Anna Baldwin, Robert S Berman, Daniel J Freeman.(Digital # 9:00-9:45)(ERO:G. Rogan), filed.(bcortez, 2) (Entered: 02/12/2014) |
| 02/13/2014 | 164 (p.5253) | AO 435 TRANSCRIPT ORDER FORM by Elizabeth Westfall. This is to order a transcript of Hearing held on February 12, 2014 before Judge Nelva Gonzales Ramos (original). Court Reporter/Transcriber: Exceptional Reporting, filed. (grogan, 2) Electronically forwarded to Exceptional Reporting on 2-13-14. Modified on 2/13/2014 (grogan, 2). (Entered: 02/13/2014) |
| 02/13/2014 | 165 (p.5254) | NOTICE : *Response to the Court* by United States Of America, filed. (Attachments: # 1 (p.41) Exhibit)(Freeman, Daniel) (Entered: 02/13/2014) |
| 02/13/2014 | 166 (p.5269) | RESPONSE *to the Court*, filed by Steve McGraw, Rick Perry, State Of Texas, John Steen. (Attachments: # 1 (p.41) Exhibit)(Clay, John) (Entered: 02/13/2014) |
| 02/14/2014 | 167 (p.5278) | NOTICE of ERRATA re: 166 (p.5269) Response by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed. (Attachments: # 1 (p.41) Exhibit Defendants' Response to the Court, # 2 (p.111) Exhibit Exhibit 1)(Clay, John) (Entered: 02/14/2014) |
| 02/14/2014 | 168 (p.5889) | TRANSCRIPT re: STATUS CONFERENCE held on 2/12/14 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party ELIZABETH WESTFALL Release of Transcript Restriction set for 5/15/2014., filed. (thudson, ) (Entered: 02/14/2014) |
| 02/14/2014 | 169 (p.5291) | *AO 435 TRANSCRIPT ORDER FORM for Transcript of Hearing held on February 12, 2014 before Judge Nelva Gonzales Ramos* by Steve McGraw, Rick Perry, State Of Texas, John Steen, filed.(Scott, John) (Entered: 02/14/2014) |

| | | |
|---|---|---|
| 02/14/2014 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. MISCELLANEOUS HEARING held on 2/14/2014. Arguments heard re: DE 161-3. Parties to work on agreed order. Court will reconvene at 3:00pm. Appearances:Emma Simpson. Rolando L Rios, Chad W Dunn, Neil G Baron, J Gerald Hebert, Armand Derfner, Natasha Korgaonkar, Ryan Haygood, Jonathan E Paikin, Sonya Lebsack, Jose Garza, Robert W Doggett, Marinda Van Dalen, Preston Edward Henrichson, John Barret Scott, Stephen Ronald Keister, Jennifer Clark, Vishal Agraharkar, Ezra D Rosenberg, M Hasan Ali, Richard F. Shordt, Erandi Zamora, Sonia Kaur Gill, Bruce I Gear, Meredith Bell-Platts, John Albert Smith, III, Anna Baldwin, Robert S Berman, Daniel J Freeman.(Digital # 10:36-10:57)(ERO:G. Rogan), filed.(bcortez, 2) (Entered: 02/14/2014) |
| 02/14/2014 | | *** Hearing set for 2/14/14 at 3:00pm has been terminated. Parties to upload an agreed order., filed. (bcortez, 2) (Entered: 02/14/2014) |
| 02/14/2014 | 170 (p.5292) | ORDER denying 163 (p.5127) Motion to Amend.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(lcayce, 2) (Entered: 02/14/2014) |
| 02/14/2014 | 171 (p.5293) | NOTICE *Concerning Agreement Regarding Discovery Order* by United States Of America, filed. (Attachments: # 1 (p.41) Proposed Order)(Freeman, Daniel) (Entered: 02/14/2014) |
| 02/18/2014 | 172 (p.5310) | Notice of Filing of Official Transcript as to 168 (p.5889) Transcript. Party notified, filed. (dterrell, 2) (Entered: 02/18/2014) |
| 02/18/2014 | 173 (p.5311) | AO 435 TRANSCRIPT ORDER FORM by Elizabeth Westfall. This is to order a transcript of Hearing held on February 14, 2014 before Judge Nelva Gonzales Ramos (original). Court Reporter/Transcriber: Exceptional Reporting, filed. (grogan, 2)Electronically forwarded to Exceptional on 2-18-14. Modified on 2/18/2014 (grogan, 2). (Entered: 02/18/2014) |
| 02/18/2014 | 174 (p.5312) | DISCOVERY ORDER AND SUPPLEMENTAL PROTECTIVE ORDER.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(bcortez, 2) (Entered: 02/18/2014) |
| 02/18/2014 | 175 (p.5324) | MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Steve McGraw, Rick Perry, State Of Texas, filed. Motion Docket Date 3/11/2014. (Attachments: # 1 (p.41) Proposed Order)(Scott, John) (Entered: 02/18/2014) |
| 02/18/2014 | 177 (p.5333) | Letter from Robert Allensworth, filed. (vrios, 2) (Entered: 02/19/2014) |
| 02/19/2014 | 176 (p.5931) | TRANSCRIPT re: HEARING held on 2/14/14 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party ELIZABETH WESTFALL Release of Transcript Restriction set for 5/20/2014., filed. (thudson, 2) (Entered: 02/19/2014) |
| 02/20/2014 | 178 (p.5340) | Notice of Filing of Official Transcript as to 176 (p.5931) Transcript. Party notified, filed. (dterrell, 2) (Entered: 02/20/2014) |
| 02/21/2014 | 179 (p.5341) | NOTICE of Resetting. Parties notified. Miscellaneous Hearing set for 3/5/2014 at 09:30 AM before Judge Nelva Gonzales Ramos, filed. (bcortez, 2) (Entered: 02/21/2014) |
| 02/21/2014 | 180 (p.5342) | Opposed MOTION for Protective Order by United States Of America, filed. Motion Docket Date 3/14/2014. (Attachments: # 1 (p.41) Proposed Order, # 2 (p.111) Exhibit Defs 1st RFP, # 3 (p.119) Exhibit 12/20/13 letter from counsel for |

| | | |
|---|---|---|
| | | Defendants to counsel for the United States, # 4 (p.122) Exhibit Defs 2d RFP, # 5 (p.147) Exhibit Decl. of Gary Wong)(Shapiro, Avner) (Entered: 02/21/2014) |
| 02/24/2014 | 181 (p.5395) | MOTION for Emma Simson to Appear Pro Hac Vice by Anna Burns, Floyd Carrier, Dallas County, Texas, Sergio DeLeon, Jane Hamilton, League Of United Latin American Citizens, John Mellor-Crumley, Oscar Ortiz, Koby Ozias, Penny Pope, Marc Veasey, filed. Motion Docket Date 3/17/2014. (Hebert, J) (Entered: 02/24/2014) |
| 02/24/2014 | 182 (p.5396) | Joint SUPPLEMENT to 162 (p.1728) MOTION to Compel the Production of Legislative Documents by Maria Longoria Benavides, Michelle Bessiake, Anna Burns, IMANI CLARK, Floyd Carrier, JANE DOE, JOHN DOE, Dallas County, Texas, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Jane Hamilton, Roxanne Hernandez, Hidalgo County, La Union Del Pueblo Entero, Inc., Lydia Lara, Margarito Martinez Lara, Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crumley, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Belinda Ortiz, Oscar Ortiz, Crystal Owens, Koby Ozias, Penny Pope, TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, Lenard Taylor, Texas Association of Hispanic County Judges and County Commissioners, Texas League of Young Voters Eduction Fund, Texas State Conference of NAACP Branches, Marc Veasey, Aurica Washington, filed. (Attachments: # 1 (p.41) Exhibit Exhibit 1, # 2 (p.111) Exhibit Exhibit 2, # 3 (p.119) Exhibit Exhibit 3, # 4 (p.122) Exhibit Exhibit 4, # 5 (p.147) Exhibit Exhibit 5, # 6 (p.148) Exhibit Exhibit 6, # 7 (p.149) Exhibit Exhibit 7, # 8 (p.150) Exhibit Exhibit 8, # 9 (p.151) Exhibit Exhibit 9)(Rudd, Amy) (Entered: 02/24/2014) |
| 02/24/2014 | 183 (p.5506) | RESPONSE in Opposition to 162 (p.1728) MOTION to Compel the Production of Legislative Documents, filed by Steve McGraw, Rick Perry, State Of Texas, John Steen. (Attachments: # 1 (p.41) Exhibit 1 - Declaration of Jon Heining, # 2 (p.111) Exhibit 2 - Declaration of Deborah Fulton)(Scott, John) (Entered: 02/24/2014) |
| 02/25/2014 | 184 (p.5543) | PROPOSED ORDER re: 183 (p.5506) Response in Opposition to Motion,, filed.(Scott, John) (Entered: 02/25/2014) |
| 02/26/2014 | 185 (p.5546) | ORDER granting 181 (p.5395) Motion to Appear Pro Hac Vice. Emma P. Simson granted leave to appear for Plaintiffs Marc Veasey, et al.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 02/26/2014) |
| 02/27/2014 | 186 (p.5547) | Unopposed MOTION to Add Party Hidalgo County by Hidalgo County, filed. Motion Docket Date 3/20/2014. (Attachments: # 1 (p.41) Proposed Order Granting Hidalgo County Leave to be Added as Party)(Henrichson, Preston) (Entered: 02/27/2014) |
| 02/27/2014 | 187 (p.5552) | RESPONSE to 175 (p.5324) MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM filed by Hidalgo County. (Attachments: # 1 (p.41) Proposed Order Denying Defendants' Motion to Dismiss)(Henrichson, Preston) (Entered: 02/27/2014) |
| 02/27/2014 | 188 (p.5560) | ORDER GRANTING HIDALGO COUNTY LEAVE TO BE ADDED AS PARTY granting 186 (p.5547) Motion to Add Party.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(mserpa, 2) (Entered: 02/27/2014) |
| 02/28/2014 | 189 (p.5561) | REPLY in Support of 162 (p.1728) MOTION to Compel the Production of Legislative Documents, filed by United States Of America. (Attachments: # 1 (p.41) Exhibit 1, # 2 (p.111) Exhibit 2, # 3 (p.119) Exhibit 3, # 4 (p.122) Exhibit 4)(Freeman, Daniel) (Entered: 02/28/2014) |

| 02/28/2014 | 190 (p.5613) | RESPONSE in Opposition to 162 (p.1728) MOTION to Compel the Production of Legislative Documents, filed by Steve McGraw, Rick Perry, State Of Texas, John Steen. (Attachments: # 1 (p.41) Exhibit 1-Declaration of Stacey Napier, # 2 (p.111) Proposed Order)(Scott, John) (Entered: 02/28/2014) |
|---|---|---|
| 03/05/2014 | 191 (p.5637) | AO 435 TRANSCRIPT ORDER FORM by Elizabeth Westfall. This is to order a transcript of Hearing held on March 5, 2014 before Judge Nelva Gonzales Ramos (original). Court Reporter/Transcriber: Exceptional Reporting, filed. (grogan, 2) Electronically forwarded to Exceptional Reporting on 3-5-14. Modified on 3/5/2014 (grogan, 2). (Entered: 03/05/2014) |
| 03/05/2014 | | Minute Entry for proceedings held before Judge Nelva Gonzales Ramos. MOTION HEARING held on 3/5/2014. Arguments heard re: 162 (p.1728) Motion to Compel. Court does not make a ruling at this time. Status Conference set for 3/24/14 at 8:30 a.m. Appearances:Person: Chad Dunn, Armand Derfner, Neil Baron, Teresa Snelson, Anna Baldwin, John Smith, Daniel Freeman, Ezra Rosenberg, Daniel Covich, Jose Garza, Natasha Korgaonkar, Ryan Haygood, Kelly Dunbar, Rolando Rios, John Scott, Reid Clay, David Whitley.(Digital # 9:28-11:16)(ERO:G. Rogan), filed.(bcortez, 2) (Entered: 03/06/2014) |
| 03/06/2014 | | ***Set Hearings: Status Conference set for 3/24/2014 at 08:30 AM before Judge Nelva Gonzales Ramos (bcortez, 2) (Entered: 03/06/2014) |
| 03/06/2014 | 192 (p.5638) | Letter from Robert M. Allensworth re: suggestion of 2nd ballot, filed. (amireles, 2) (Entered: 03/07/2014) |
| 03/10/2014 | 193 (p.5954) | TRANSCRIPT re: MOTION HEARING held on 03/05/14 before Judge Nelva Gonzales Ramos. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party ELIZABETH WESTFALL Release of Transcript Restriction set for 6/9/2014., filed. (gwintrow, ) (Entered: 03/10/2014) |
| 03/11/2014 | 194 (p.5644) | Notice of Filing of Official Transcript as to 193 (p.5954) Transcript. Party notified, filed. (dterrell, 2) (Entered: 03/11/2014) |
| 03/13/2014 | 195 (p.5645) | RESPONSE to 162 (p.1728) MOTION to Compel the Production of Legislative Documents, 182 (p.5396) Supplement,,,, , filed by Anna Burns, Floyd Carrier, Dallas County, Texas, Sergio DeLeon, Jane Hamilton, League Of United Latin American Citizens, John Mellor-Crumley, Michael Montez, Oscar Ortiz, Koby Ozias, Penny Pope, Marc Veasey. (Attachments: # 1 (p.41) Exhibit A, # 2 (p.111) Exhibit B, # 3 (p.119) Exhibit C, # 4 (p.122) Exhibit D)(Hebert, J) (Entered: 03/13/2014) |
| 03/13/2014 | 196 (p.5675) | Joint MOTION to Modify as to 86 (p.1024) Scheduling Order,,, by United States Of America, filed. Motion Docket Date 4/3/2014. (Attachments: # 1 (p.41) Exhibit 1, # 2 (p.111) Proposed Order)(Westfall, Elizabeth) (Entered: 03/13/2014) |
| 03/13/2014 | 197 (p.5693) | Joint SUPPLEMENT to 162 (p.1728) MOTION to Compel the Production of Legislative Documents by Maria Longoria Benavides, Michelle Bessiake, Anna Burns, IMANI CLARK, Floyd Carrier, JANE DOE, JOHN DOE, Dallas County, Texas, Sergio DeLeon, Estela Garcia Espinosa, Lionel Estrada, Jane Hamilton, Roxanne Hernandez, Hidalgo County, La Union Del Pueblo Entero, Inc., Lydia Lara, Margarito Martinez Lara, Maximina Martinez Lara, League Of United Latin American Citizens, John Mellor-Crumley, Eulalio Mendez, Jr, Mexican American Legislative Caucus, Texas House of Representatives, Michael Montez, Belinda Ortiz, Oscar Ortiz, Crystal Owens, Koby Ozias, Penny Pope, TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, Lenard Taylor, Texas Association of Hispanic County Judges and County Commissioners, Texas League of Young Voters |

| | | |
|---|---|---|
| | | Eduction Fund, Texas State Conference of NAACP Branches, Marc Veasey, Aurica Washington, filed.(Rudd, Amy) (Entered: 03/13/2014) |
| 03/13/2014 | <u>198</u> (p.5707) | SUPPLEMENT to <u>162 (p.1728)</u> MOTION to Compel the Production of Legislative Documents by United States Of America, filed. (Attachments: # <u>1 (p.41)</u> Exhibit, # <u>2</u> (p.111) Exhibit, # <u>3 (p.119)</u> Exhibit, # <u>4 (p.122)</u> Exhibit, # <u>5 (p.147)</u> Exhibit)(Baldwin, Anna) (Entered: 03/13/2014) |
| 03/13/2014 | <u>199</u> (p.5741) | Supplemental BRIEF by Steve McCraw, Steve McGraw, Rick Perry, State Of Texas, State Of Texas, John Steen, filed.(Scott, John) (Entered: 03/13/2014) |
| 03/17/2014 | <u>200</u> (p.5761) | RESPONSE to <u>180 (p.5342)</u> Opposed MOTION for Protective Order filed by Steve McGraw, Rick Perry, State Of Texas, John Steen. (Attachments: # <u>1 (p.41)</u> Exhibit 1, # <u>2 (p.111)</u> Exhibit 2, # <u>3 (p.119)</u> Exhibit 3, # <u>4 (p.122)</u> Proposed Order)(Scott, John) (Entered: 03/17/2014) |
| 03/17/2014 | <u>201</u> (p.5786) | NOTICE of Resetting. Parties notified. Miscellaneous Conference set for 3/26/2014 at 10:00 AM before Judge Nelva Gonzales Ramos, filed. (bcortez, 2) (Entered: 03/17/2014) |
| 03/17/2014 | <u>202</u> (p.5787) | Letter from Robert Allensworth re: suggesting a 2nd ballot by limited voting for the Texas State House with candidates paying a filing deposit, filed. (amireles, 2) (Entered: 03/18/2014) |

# RECORD EXCERPT 2

MEMBER

# U.S. District Court
# SOUTHERN DISTRICT OF TEXAS (Corpus Christi)
# CIVIL DOCKET FOR CASE #: 2:13-cv-00263
# Internal Use Only

UNITED STATES OF AMERICA v. State of Texas et al **DO NOT DOCKET IN . CASE IS CONSOLIDATED UNDER 2:13cv193.**
Assigned to: Judge Nelva Gonzales Ramos
Lead case: 2:13-cv-00193
Member case: (View Member Case)
Cause: 42:1973 Voting Rights Act

Date Filed: 08/22/2013
Jury Demand: None
Nature of Suit: 441 Civil Rights: Voting
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**

**UNITED STATES OF AMERICA**    represented by    **Anna Baldwin**
U.S. Dept. of Justice
950 Pennsylvania Ave NW
NWB 7273
Washington, DC 20530
202-305-4278
Email: anna.baldwin@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth S Westfall**
US Department of Justice
950 Pennsylvania Ave
NW NWB Rm 7125
Washington, DC 20530
202-305-7766
Email: elizabeth.westfall@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Avner Michael Shapiro**
U.S. Justice Department, Civil RIghts
Division
950 Pennsylvania Ave., NW
(NWB-7200--Voting Section)
Washington, DC 20530
202-305-1840
Email: avner.shapiro@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Bruce I Gear**
Department of Justice
1800 G St NW
Washington, DC 20006
202-353-0419
Email: bruce.gear@usdoj.gov
*ATTORNEY TO BE NOTICED*

14-40003.6050

**Daniel J Freeman**
US Department of Justice
950 Pennsylvania Ave NW
NWB 7123
Washington, DC 20009
202-305-4355
Fax: 202-307-3961
Email: daniel.freeman@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Daniel David Hu**
Office of the US Attorneys Office
1000 Louisiana
Ste 2300
Houston, TX 77002
713-567-9518
Fax: 713-718-3303
Email: daniel.hu@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Jennifer L Maranzano**
US Department of Justice
Civil Rights Division - Voting Section
950 Pennsylvania Ave, NW - NWB
Washington, DC 20530
800-253-3931
Email: jennifer.maranzano@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Meredith Bell-Platts**
US Department of Justice
Voting Section - Civil Rights Division
950 Pennsylvania Ave, NW
NWB 7259
Washington, DC 20530
202-305-8051
Email: meredith.bell-platts@usdoj.gov
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**State of Texas**

**Defendant**

**John Steen**
*In His Official Capacity as Texas Secretary
of State*

**Defendant**

**Steve McCraw**
*In His Official Capacity as Director of the*
*Texas Department of Public Safety*

**Movant**

| | | |
|---|---|---|
| **TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND** | represented by | **Christina A Swarns**<br>NAACP Legal Defense Fund<br>40 Rector Street, 5th Floor<br>New York, NY 10006<br>212-965-2200<br>Fax: 212-229-7592<br>Email: cswarns@naacpldf.org<br>*ATTORNEY TO BE NOTICED* |

**Movant**

| | | |
|---|---|---|
| **IMANI CLARK** | represented by | **Christina A Swarns**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/22/2013 | 1 (p.6055) | COMPLAINT against All Defendants filed by UNITED STATES OF AMERICA. (Attachments: # 1 (p.6055) Exhibit, # 2 (p.6079) Civil Cover Sheet)(Hu, Daniel) (Entered: 08/22/2013) |
| 08/22/2013 | 2 (p.6079) | Request for Issuance of Summons as to State of Texas, filed.(Hu, Daniel) (Entered: 08/22/2013) |
| 08/22/2013 | 3 (p.6081) | Request for Issuance of Summons as to State of Texas, filed.(Hu, Daniel) (Entered: 08/22/2013) |
| 08/22/2013 | 4 (p.6083) | Request for Issuance of Summons as to State of Texas, filed.(Hu, Daniel) (Entered: 08/22/2013) |
| 08/22/2013 | 5 (p.6085) | Request for Issuance of Summons as to John Steen, filed.(Hu, Daniel) (Entered: 08/22/2013) |
| 08/22/2013 | 6 (p.6087) | Request for Issuance of Summons as to Steve McCraw, filed.(Hu, Daniel) (Entered: 08/22/2013) |
| 08/22/2013 | | Summons Issued as to Steve McCraw, State of Texas, John Steen, filed.(smurdock, ) (Entered: 08/22/2013) |
| 08/23/2013 | | Fee waived re: 1 (p.6055) Complaint, filed. (dterrell, ) (Entered: 08/23/2013) |
| 08/23/2013 | 7 (p.6089) | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 11/22/2013 at 09:00 AM before Judge Nelva Gonzales Ramos Parties notified.(dterrell, ) (Entered: 08/23/2013) |
| 08/23/2013 | 8 (p.6097) | MOTION for Bruce I. Gear to Appear Pro Hac Vice by UNITED STATES OF AMERICA, filed. Motion Docket Date 9/13/2013. (Hu, Daniel) (Entered: 08/23/2013) |

| | | |
|---|---|---|
| 08/23/2013 | 9 (p.6098) | MOTION for Daniel J. Freeman to Appear Pro Hac Vice by UNITED STATES OF AMERICA, filed. Motion Docket Date 9/13/2013. (Hu, Daniel) (Entered: 08/23/2013) |
| 08/23/2013 | 10 (p.6099) | MOTION for Elizabeth S. Westfall to Appear Pro Hac Vice by UNITED STATES OF AMERICA, filed. Motion Docket Date 9/13/2013. (Hu, Daniel) (Entered: 08/23/2013) |
| 08/23/2013 | 11 (p.6100) | MOTION for Jennifer L. Maranzano to Appear Pro Hac Vice by UNITED STATES OF AMERICA, filed. Motion Docket Date 9/13/2013. (Hu, Daniel) (Entered: 08/23/2013) |
| 08/23/2013 | 12 (p.6101) | MOTION for Meredith Bell-Platts to Appear Pro Hac Vice by UNITED STATES OF AMERICA, filed. Motion Docket Date 9/13/2013. (Hu, Daniel) (Entered: 08/23/2013) |
| 08/26/2013 | 13 (p.6102) | MOTION to Intervene by TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, IMANI CLARK, filed. Motion Docket Date 9/16/2013. (Attachments: # 1 (p.6055) Memorandum of Law in Support of Motion to Intervene, # 2 (p.6079) Complaint, # 3 (p.6081) Exhibit A to Complaint, # 4 (p.6083) Exhibit B to Complaint, # 5 (p.6085) Corporate Disclosure Statement, # 6 (p.6087) Proposed Order, # 7 (p.6089) Certificate of Service)(Swarns, Christina) (Entered: 08/26/2013) |
| 08/26/2013 | 14 (p.6229) | MOTION for Christina A. Swarns to Appear Pro Hac Vice by IMANI CLARK, TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, filed. Motion Docket Date 9/16/2013. (Swarns, Christina) (Entered: 08/26/2013) |
| 08/26/2013 | 15 (p.6230) | ORDER granting 8 (p.6097) Motion for Bruce I. Gear to Appear Pro Hac Vice.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(amireles, ) (Entered: 08/27/2013) |
| 08/26/2013 | 16 (p.6231) | ORDER granting 9 (p.6098) Motion for Daniel J. Freeman to Appear Pro Hac Vice.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(amireles, ) (Entered: 08/27/2013) |
| 08/26/2013 | 17 (p.6232) | ORDER granting 10 (p.6099) Motion for Elizabeth S. Westfall to Appear Pro Hac Vice.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(amireles, ) (Entered: 08/27/2013) |
| 08/26/2013 | 18 (p.6233) | ORDER granting 11 (p.6100) Motion for Jennifer L. Maranzano to Appear Pro Hac Vice.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(amireles, ) (Entered: 08/27/2013) |
| 08/26/2013 | 19 (p.6234) | ORDER granting 12 (p.6101) Motion for Meredith Bell-Platts to Appear Pro Hac Vice.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(amireles, ) (Entered: 08/27/2013) |
| 08/27/2013 | 20 (p.6235) | MOTION for Danielle Conley to Appear Pro Hac Vice by IMANI CLARK, TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, filed. Motion Docket Date 9/17/2013. (amireles, ) (Entered: 08/28/2013) |
| 08/27/2013 | 21 (p.6236) | MOTION for Kelly P. Dunbar to Appear Pro Hac Vice by IMANI |

| | | |
|---|---|---|
| | | CLARK, TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, filed. Motion Docket Date 9/17/2013. (amireles, ) (Entered: 08/28/2013) |
| 08/27/2013 | 22 (p.6237) | MOTION for Sonya L. Lebsack to Appear Pro Hac Vice by IMANI CLARK, TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, filed. Motion Docket Date 9/17/2013. (amireles, ) (Entered: 08/28/2013) |
| 08/27/2013 | 23 (p.6238) | MOTION for Jonathan E. Paikin to Appear Pro Hac Vice by IMANI CLARK, TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, filed. Motion Docket Date 9/17/2013. (amireles, ) (Entered: 08/28/2013) |
| 08/27/2013 | 24 (p.6239) | MOTION for Ryan P. Haygood to Appear Pro Hac Vice by IMANI CLARK, TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, filed. Motion Docket Date 9/17/2013. (amireles, ) (Entered: 08/28/2013) |
| 08/27/2013 | 25 (p.6240) | MOTION for Christina A. Swarns to Appear Pro Hac Vice by IMANI CLARK, TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, filed. Motion Docket Date 9/17/2013. (amireles, ) (Entered: 08/28/2013) |
| 08/27/2013 | 26 (p.6241) | MOTION for Natasha M. Korgaonkar to Appear Pro Hac Vice by IMANI CLARK, TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, filed. Motion Docket Date 9/17/2013. (amireles, ) (Entered: 08/28/2013) |
| 08/27/2013 | 27 (p.6242) | MOTION for Leah C. Aden to Appear Pro Hac Vice by IMANI CLARK, TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, filed. Motion Docket Date 9/17/2013. (amireles, ) (Entered: 08/28/2013) |
| 08/29/2013 | 30 (p.6253) | ORDER granting 25 (p.6240) Motion to Appear Pro Hac Vice.(Signed by Judge Nelva Gonzales Ramos) Parties notified.(lcayce, ) (Entered: 08/30/2013) |
| 08/30/2013 | 28 (p.6243) | DESIGNATION of Elizabeth S. Westfall as attorney in charge of UNITED STATES OF AMERICA, filed.(Freeman, Daniel) (Entered: 08/30/2013) |
| 08/30/2013 | 29 (p.6246) | RETURN of Service of SUMMONS Executed as to All Defendants, filed.(Freeman, Daniel) (Entered: 08/30/2013) |

# RECORD EXCERPT 3

Case 2:13-cv-00193    Document 120-1    Filed in TXSD on 12/18/13    Page 1 of 3

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

_____ )
                                         )
MARC VEASEY, ET AL.                      )
                                         )
            *Plaintiff,*                 )
                                         )
        v.                               )     Case No. 2:13-CV-00193
                                         )
RICK PERRY, ET AL.                       )
                                         )
            *Defendants.*                )
_____ )

## <u>TRUE THE VOTE'S NOTICE OF APPEAL</u>

TO THE HONORABLE COURT:

Please take notice that True the Vote, proposed intervenor in the above named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Court's December 11, 2013 Order Denying Intervention of True to Vote. (Doc. 113). *See City of Houston v. Am. Traffic Solutions, Inc.*, 668 F.3d 291, 293 (5th Cir. 2012) (permitting appeal of order denying intervention); *Edwards v. Houston,* 78 F.3d 983, 992 (5th Cir.1996) (en banc) (same).   Along with this Notice of Appeal, True the Vote tenders to the district court all required fees for docketing its appeal.

1

Respectfully submitted,

*/s/ Joseph M. Nixon*
Joseph M. Nixon – attorney-in-charge
  State Bar No. 15244899
  jnixon@bmpllp.com
James E. ("Trey") Trainor, III
  State Bar No. 24042052
  ttrainor@bmpllp.com
N. Terry Adams, Jr.
  State Bar No. 00874010
  tadams@bmpllp.com
Kelly H. Leonard
  State Bar No. 24078703
  kleonard@bmpllp.com
**BEIRNE, MAYNARD & PARSONS, L.L.P.**
1300 Post Oak Boulevard, Suite 2500
Houston, TX 77056
Telephone: (713) 623-0887
Facsimile: (713) 960-1527


J. Christian Adams
South Carolina Bar No. 7136
**ELECTION LAW CENTER, PLLC**
300 N. Washington Street
Suite 405
Alexandria, Virginia 22314
Telephone: (703) 963-8611
Email: adams@electionlawcenter.com
(*Pro Hac Vice application to be filed*)

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I did serve a copy of this Notice of Appeal on all counsel who have made appearance in this case and consented to service by electronic means through the Electronic Case Filing system on this 13th day of December 2013.

/s/ *Kelly H. Leonard*
Kelly H. Leonard

# RECORD EXCERPT 4

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | |
|---|---|
| Mark Veasey, Jane Hamilton, Segio DeLeon, Floyd Carrier, Anna Burns, Michael Montez, Penny Pope, Oscar Ortiz, Koby Ozias, John Mellor-Crumley, Jane Doe, John Doe, League of United Latin American Citizens and Dallas County, Texas,<br>        *Plaintiffs*<br><br>v.<br><br>Rick Perry, In his Official Capacity as Governor of Texas, John Steen, In his Official Capacity as Texas Secretary of State,<br>        *Defendants* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Consolidated Action<br>) No 2:13-CV-00193<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF TRUE THE VOTE'S NOTICE OF APPEAL DATED DECEMBER 13, 2013

TO THE HONORABLE COURT:

Without prejudice to its appellate rights, True the Vote, proposed intervenor in member cause number 2:13-CV-00263, styled *United States et al v. Texas et al*, hereby withdraws its Notice of Appeal dated December 13, 2013. (Doc. 120).

1

Respectfully submitted,

*/s/ Joseph M. Nixon*
Joseph M. Nixon – attorney-in-charge
  State Bar No. 15244899
  jnixon@bmpllp.com
James E. ("Trey") Trainor, III
  State Bar No. 24042052
  ttrainor@bmpllp.com
N. Terry Adams, Jr.
  State Bar No. 00874010
  tadams@bmpllp.com
Kelly H. Leonard
  State Bar No. 24078703
  kleonard@bmpllp.com
**BEIRNE, MAYNARD & PARSONS, L.L.P.**
1300 Post Oak Boulevard, Suite 2500
Houston, Texas  77056
Telephone: (713) 623-0887
Facsimile: (713) 960-1527


J. Christian Adams
South Carolina Bar No. 7136
**ELECTION LAW CENTER, PLLC**
300 N. Washington Street
Suite 405
Alexandria, Virginia 22314
Telephone: (703) 963-8611
Email: adams@electionlawcenter.com
(*Pro Hac Vice application to be filed*)

2

Case 2:13-cv-00193   Document 126   Filed in TXSD on 12/20/13   Page 3 of 3

## CERTIFICATE OF SERVICE

I hereby certify that I did serve a copy of this Withdrawal Notice on all counsel who have made appearance in this case and consented to service by electronic means through the Electronic Case Filing system on this 20th day of December 2013.

/s/ *Kelly H. Leonard*
Kelly H. Leonard

14-40003.1446

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | |
|---|---|
| Mark Veasey, Jane Hamilton, Segio DeLeon, Floyd Carrier, Anna Burns, Michael Montez, Penny Pope, Oscar Ortiz, Koby Ozias, John Mellor-Crumley, Jane Doe, John Doe, League of United Latin American Citizens and Dallas County, Texas,<br>    *Plaintiffs*<br><br>v.<br><br>Rick Perry, In his Official Capacity as Governor of Texas, John Steen, In his Official Capacity as Texas Secretary of State,<br>    *Defendants* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Consolidated Action<br>) No 2:13-CV-00193<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### TRUE THE VOTE'S NOTICE OF APPEAL

TO THE HONORABLE COURT:

Please take notice that True the Vote, proposed intervenor in member case 2:13-CV-00263, *United States et al v. Texas et al*, hereby appeals to the United States Court of Appeals for the Fifth Circuit from this Court's December 11, 2013 Order Denying Intervention of True the Vote. (Doc. 113). *See City of Houston v. Am. Traffic Solutions, Inc.*, 668 F.3d 291, 293 (5th Cir. 2012) (permitting appeal of order denying intervention); *Edwards v. Houston,* 78 F.3d 983, 992 (5th Cir.1996) (en banc) (same).

1

True the Vote moved to intervene as a defendant in case number 2:13-CV-00263, *United States et al v. Texas et al*, one of three cases in the consolidated action reflecting *Veasey v. Perry*, No 2:13-CV-00193 as lead case. (Doc. 38).   The Court's December 11, 2013 Order Denying Intervention of True the Vote bears the case-style and cause number of the lead case, *Veasey v. Perry*. (Doc. 113).   This is because all of the filings in the three consolidated cases are collected under the lead case of *Veasey v. Perry.*

Accordingly, this Notice of Appeal by True the Vote from the December 11, 2013 Order Denying Intervention of True the Vote (Doc. 113) pertains to case number 2:13-CV-00263, *United States et al v. Texas et al.*   True the Vote has tendered to the district court all required fees for docketing its appeal.

<div style="margin-left:40%">

Respectfully submitted,

*/s/ Joseph M. Nixon*

Joseph M. Nixon – attorney-in-charge
  State Bar No. 15244899
  jnixon@bmpllp.com
James E. ("Trey") Trainor, III
  State Bar No. 24042052
  ttrainor@bmpllp.com
N. Terry Adams, Jr.
  State Bar No. 00874010
  tadams@bmpllp.com
Kelly H. Leonard
  State Bar No. 24078703
  kleonard@bmpllp.com
**BEIRNE, MAYNARD & PARSONS, L.L.P.**
1300 Post Oak Boulevard, Suite 2500
Houston, Texas 77056
Telephone: (713) 623-0887

</div>

2

Facsimile: (713) 960-1527

-and-

J. Christian Adams
South Carolina Bar No. 7136
**ELECTION LAW CENTER, PLLC**
300 N. Washington Street
Suite 405
Alexandria, Virginia 22314
Telephone: (703) 963-8611
Email: adams@electionlawcenter.com
(*Pro Hac Vice application to be filed*)

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I did serve a copy of this Notice of Appeal on all counsel who have made appearance in this case and consented to service by electronic means through the Electronic Case Filing system on this 20th day of December 2013.

<div align="right">

/s/ *Kelly H. Leonard*
Kelly H. Leonard

</div>

14-40003.1449

# RECORD EXCERPT 5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

MARC VEASEY, *et al*,           §
                               §
     Plaintiffs,             §
VS.                            §   CIVIL ACTION NO. 2:13-CV-00193
                               §
RICK PERRY, *et al*,            §
                               §
     Defendants.             §

**ORDER DENYING INTERVENTION OF TRUE THE VOTE**

Before the Court is the "Motion for Intervention of True the Vote" (D.E. 38). After reviewing the documents on file and hearing arguments of counsel on November 15, 2013, the Court DENIES the Motion.

The burden of proof on a request to intervene as of right under FED. R. CIV. P. 24(a)(2) is on the party seeking intervention, True the Vote. *See generally, Ordnance Container Corp. v. Sperry Rand Corp*., 478 F.2d 844, 845 (5th Cir. 1973). Three of the four requirements for intervention as of right under Rule 24(a)(2) require a particularized interest that the litigation threatens and that no existing party to the suit adequately represents. *See generally, Haspel & Davis Milling & Planting Co*., 493 F.3d 570, 578 (5th Cir. 2007) (listing the four requirements). The Court agrees with the opinion in *United States v. Florida*, No. 4:12-cv-285, Slip. Op. at 3-4 (N.D. Fla. Nov. 6, 2012) (D.E. 59-1), concluding that True the Vote's interests are generalized and are adequately represented by the State Defendants.

1 / 2

Permissive intervention under Fed. R. Civ. P. 24(a)(1) is a matter entrusted to the Court's discretion. *New Orleans Public Service, Inc. v. United Gas Pipe Line Co*., 732 F.2d 452, 470-71 (5th Cir. 1984) (en banc). True the Vote does not claim a conditional right to intervene by federal statute, so the question for the Court is whether it "has a claim or defense that shares with the main action a common question of law or fact." FED. R. CIV. P. 24(b)(1). The Court finds that True the Vote's intended contribution to this case may be accomplished without the necessity of, or burden incident to, making it a party. The Court, instead, will duly consider any motion for leave to file briefing as *amicus curiae* that True the Vote may feel compelled to file.

For the reasons set out above, the Court DENIES the Motion for Intervention of True the Vote (D.E. 38) in its entirety.

ORDERED this 11th day of December, 2013.

NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE

2 / 2

14-40003.1358

# RECORD EXCERPT 6

Case 14-40003 Document 461-1 Page 69 Date Filed: 04/30/2014
Case 4:12-cv-00285-RH-CAS Document 59 Filed 10/15/12 Page 1 of 8

Page 1 of 7

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

THE UNITED STATES OF AMERICA,

       Plaintiff,

v.                                 CASE NO.  4:12cv285-RH/CAS

STATE OF FLORIDA and KEN DETZNER,
Secretary of State, in his official capacity,

       Defendants.

_____/

## ORDER DENYING LEAVE TO INTERVENE

This case arises under the National Voter Registration Act.  In the run up to the 2012 primary and general elections, the State of Florida embarked on a program to remove noncitizens from the voter-registration rolls.  The United States asserted that the NVRA prohibited such a program within 90 days before a federal primary or general election.  On June 12, 2012, the United States filed this action against the State of Florida and its Secretary of State (collectively "the State") and moved for a temporary restraining order or preliminary injunction requiring the State to discontinue the program until after the 2012 general election.

Case 14-40003 Document 461-1 Page 70 Date Filed 04/30/2014
Case 4:12-cv-00285 Document 59 Filed 07/03/12 Document 512-1 Page 3 of 8

Page 2 of 7

At an oral argument on the motion on June 27, 2012, the State said that it had voluntarily abandoned the program. In a ruling announced on the record of the oral argument and confirmed in a written order on June 28, 2012, the motion for a temporary restraining order or preliminary injunction was denied, based on this circuit's voluntary-cessation doctrine as applied to public defendants.

At the parties' request, by an order entered on October 10, 2012, further proceedings were stayed until after the election. But the order explicitly did not stay proceedings on two motions to intervene as defendants. The motions were filed before the June 27 oral argument. This order now denies the motions.

## I

Four individuals have moved for permissive intervention under Federal Rule of Civil Procedure 24(b). Two organizations—Judicial Watch, Inc., and True the Vote—have moved to intervene either as of right under Rule 24(a) or permissively under Rule 24(b). The four individuals were allowed to present oral argument as *amici* at the June 27 hearing—not to intervene—when the State agreed to yield some of its time.

The State has consented to the motions to intervene. The United States did not object to the individuals' participation in the oral argument as *amici* and does not object to their further participation—or the other proposed intervenors'

Case: 14-40003   Document: 46-1   Page: 74   Date Filed: 04/30/2014
Case 4:12-cv-00285 Document 59 Filed 04/17/14 on FLSD Docket Page 3 of 8

Page 3 of 7

participation—as *amici* in further proceedings.  But the United States objects to intervention.

<div align="center">II</div>

None of the proposed intervenors has a *direct* interest in the State's voter-registration activities.  The four individuals say that if people are improperly registered to vote, it will dilute the votes of properly registered voters, including the four individuals.  The assertion of course is true; an improper vote dilutes a proper one.  Judicial Watch makes a similar assertion on behalf of its members who are Florida registered voters and says their confidence in the election process will suffer if accurate voting rolls are not maintained.

These asserted interests are the same for the proposed intervenors—and for Judicial Watch's members—as for every other registered voter in the state. Generalized interests of this kind plainly do not afford a voter—or an organization with members who are voters—a *right* to intervene under Rule 24(a).  And when, as here, the interest in avoiding vote dilution of this kind is adequately represented by existing defendants with a much more direct and substantial stake in the dispute, the better course is to deny permissive intervention as well.  The State of Florida has recently—repeatedly—shown its willingness to litigate vigorously against the United States, including in this case and on other matters of this kind.

Case 14-40003   Document 611   Page 72   Date Filed 04/30/2014
Case 4:12-cv-00285   Document 59   Filed in TXSD on 03/08/13   Page 4 of 8

Page 4 of 7

The State can be relied upon to adequately represent the same interests the
intervenors propose to advocate.

True the Vote asserts an additional interest.  It says one of its primary
missions is to ensure that states and counties properly maintain voter-registration
lists as required under federal law.  To that end, True the Vote monitors the list-
maintenance activities of states and counties, including in Florida.  True the Vote
sent a letter to the State of Florida in February 2012—long before this lawsuit was
filed—inquiring about the State's list-maintenance activities.

This interest differentiates True the Vote from voters generally.  But neither
the United States nor the State proposes to interfere in any way with True the
Vote's monitoring activities.  And to the extent True the Vote may assert that the
State is or may be doing too *little* to monitor its voting lists, that is a different issue
altogether; it is not an issue that has been raised by the parties in this case.  True
the Vote's interest in the maintenance of accurate voting lists—to the extent those
interests are implicated by this litigation at all—will be adequately represented by
the State.

True the Vote plainly is not entitled to intervene as of right.  I conclude, as a
matter of discretion, that True the Vote also should not be granted permissive
intervention.  True the Vote may indeed bring a useful perspective, and perhaps a

Case 14-40003 Document 461-1 Page 73 Date Filed: 04/30/2014
Case 4:12-cv-00285-RH-CAS Document 591 Filed 04/17/2014 Page 5 of 8

Page 5 of 7

level of legal expertise, to the litigation. But to the extent that is so, the perspective and expertise can be provided through *amicus* participation.

This is not a case like *Johnson v. Mortham*, 915 F. Supp. 1529, 1538-39 (N.D. Fla. 1995), in which the proposed intervenor, the NAACP, not only had a unique perspective but also participated in the event that led to the litigation—the creation of the challenged voting district. True the Vote has not alleged that it was involved in the State's creation of its voter-list-monitoring program.

The motions to intervene thus will be denied. A long line of decisions supports the ruling. Citing or discussing them all would serve no purpose. Relevant decisions include *Federal Savings & Loan Insurance Corp. v. Falls Chase Special Taxing District*, 983 F.2d 211, 215 (11th Cir. 1993) ("This court will presume that a proposed intervenor's interest is adequately represented when an existing party pursues the same ultimate objective as the party seeking intervention." (citations omitted)); *Worlds v. Department of Health & Rehabilitative Services*, 929 F.2d 591, 595 (11th Cir. 1991) (noting the breadth of a district court's discretion to grant or deny permissive intervention); and *Chiles v. Thornburgh*, 865 F.2d 1197, 1215 (11th Cir. 1989) (upholding a district court's denial of permissive intervention by parties whose interests were identical to those of a governmental defendant). *See also Dillard v. Chilton Cnty. Comm'n*, 495 F.3d 1324, 1330 (11th Cir. 2007) (addressing an intervenor's need for standing).

Case 14-40003 Document 461-1 Page 74 Date Filed 04/30/2014
Case 4:12-cv-00285 Document 59 Filed in TXSD on 01/21/14 Page 6 of 8

Page 6 of 7

In reaching this decision, I have not overlooked *Meek v. Metropolitan Dade County, Florida*, 985 F.2d 1471 (11th Cir. 1993), *abrogated on other grounds by Dillard*, 495 F.3d 1324. *Meek* was a challenge to at-large voting for a county commission. The Eleventh Circuit held that the district court should have allowed individuals to intervene for the purpose of appealing a judgment sustaining the challenge. The individuals' own voting rights were at stake; their claim was that the district court's decision would deny the individuals' own rights. The Eleventh Circuit said the county was not an adequate advocate for the at-large system and held that the individuals should have been allowed to intervene to protect their own rights. Here, in contrast, the proposed intervenors' own rights are not directly at stake as in *Meek*, and the State can be relied on to adequately represent their interests. Just because a governmental entity is not *always* an adequate representative of a position does not mean a governmental entity is *never* an adequate representative.

## III

The denial of intervention does not mean that these proposed intervenors cannot be fully heard on the issues that this case presents. Any of these proposed intervenors will ordinarily be granted leave to file a legal memorandum as *amicus curiae* on legal issues that arise as the case progresses. A motion for leave may be brief, especially if consented. And a proposed memorandum may be submitted

with the motion for leave.  An *amicus* memorandum should be filed by the

deadline for the State's memorandum on the same issue, absent good cause for a

later filing.

<div align="center">IV</div>

For these reasons,

IT IS ORDERED:

The motions to intervene, ECF Nos. 18 and 28, are DENIED.

SO ORDERED on November 6, 2012.

s/Robert L. Hinkle
United States District Judge

# RECORD EXCERPT 7

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| STATE OF TEXAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ERIC H. HOLDER, JR., in his official capacity as Attorney General of the United States, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| ERIC KENNIE, *et al.*, | ) | |
| | ) | |
| Defendant-Intervenors, | ) | |
| | ) | |
| TEXAS STATE CONFERENCE OF NAACP BRANCHES, *et al.*, | ) | CASE NO. 1:12-CV-00128 (RMC-DST-RLW) |
| | ) | Three-Judge Court |
| Defendant-Intervenors, | ) | |
| | ) | |
| TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND, *et al.*, | ) | |
| | ) | |
| Defendant-Intervenors. | ) | |
| | ) | |
| TEXAS LEGISLATIVE BLACK CAUCUS, *et al.*, | ) | |
| | ) | |
| Defendant-Intervenors, | ) | |
| | ) | |
| VICTORIA RODRIGUEZ, *et al.*, | ) | |
| | ) | |
| Defendant-Intervenors. | ) | |
| | ) | |

## THE ATTORNEY GENERAL'S PROPOSED

## FINDINGS OF FACT AND CONCLUSIONS OF LAW

## TABLE OF CONTENTS

PRELIMINARY STATEMENT ................................................................................. 1

I.   The Benchmark ID Requirements Place a Minimal Burden on Voters. .............................. 1

II.  SB 14 Imposes Additional Burdens on Voters Seeking to Cast a Ballot in Person. ........ 2

III. SB 14 Will Have a Retrogressive Effect on Minority Voters. ......................................... 4

   A.   SB 14 Imposes a Substantial Burden on Voters. ............................................. 4

   B.   Social Science Supports Estimates that SB 14 Will Suppress Minority Turnout. ....... 9

   C.   Actual Evidence from the State of Texas Establishes a Substantial Racial Disparity in

   the Possession of Identification Required by SB 14. ............................................ 11

      1.   Hispanic and Black Voters Are Nearly Twice as Likely as Anglo Voters to Lack ID

      Needed to Cast a Ballot. ...................................................................... 11

      2.   Dr. Sager's Match Fails to Identify Hundreds of Thousands of Voters Lacking State

      Issued PVID Under SB 14. ...................................................................... 14

      3.   Dr. Shaw's Surveys Based on the January Match Are Critically Flawed. ................. 15

      4.   Dr. Shaw's Surveys Based on Dr. Ansolabehere's Study Are Also Flawed. ............. 18

      5.   Data-Matching Is a Superior Method to Identify the Effect of SB 14 on Voters in

      Texas. ...................................................................................... 20

   D.   SB 14 Will Abridge the Right of Minority Voters to Cast a Ballot and Will

   Disproportionately Impact Minority Voters. ...................................................... 23

IV.  Texas's Stated Purposes Cloak a Discriminatory Purpose. ........................................... 24

   A.   The Texas Legislature Has Advanced a Pretextual Justification Related to In-Person

   Voter Identification. ...................................................................................... 24

1.  There Is Almost No In-Person Voter Impersonation in Texas. ................................... 24

2.  Registration List Maintenance Does Not Justify SB 14. ........................................... 27

3.  The Possibility of Non-Citizen Voting Does Not Justify SB 14. .............................. 28

4.  Speculation Concerning Unobserved Fraud Does Not Justify SB 14. ...................... 30

B.  Concerns Regarding Voter Confidence Do Not Justify SB 14. ................................ 31

C.  Public Support Does Not Establish a Statutory Purpose. ........................................... 32

D.  SB 14 Was Enacted With Discriminatory Purpose .................................................... 34

V.  Abundant Circumstantial Evidence Establishes that Senate Bill 14 Was Enacted with a

Discriminatory Purpose. ................................................................................................. 34

A.  The 2005 and 2007 Legislative Sessions: HB 1706 and HB 218. ............................. 34

B.  The 2009 Legislative Session: SB 362 ...................................................................... 36

C.  The 2011 Legislative Session: SB 14 ....................................................................... 40

Proposed Conclusions of Law ................................................................................................. 48

I.  Texas Has Failed to Prove that Senate Bill 14 Does Not Have a Retrogressive Effect. .. 49

A.  The Effect Prong of Section 5 Bars All Retrogressive Voting Changes. ................... 50

B.  The Benchmark Permits Voters to Cast a Ballot Regardless of Whether They Possess

Unexpired Photographic Identification Named in SB 14. .................................................... 52

C.  SB 14 Will Banish Hundreds of Thousands of Texans from the Voting Booth on

Election Day ....................................................................................................................... 53

D.  SB 14 Will Have a Disproportionate Impact on Minority Voters. ............................. 55

II.  Texas Has Failed to Prove that Senate Bill 14 Lacks Any Discriminatory Purpose. ....... 58

A.      Section 5 Bars Voting Changes With Any Discriminatory Purpose. ......................... 58

B.      *Arlington Heights* Guides Analysis of Discriminatory Purpose................................. 60

C.      SB 14 Was Enacted with a Discriminatory Purpose. .................................................. 63

    1. Discriminatory Impact .................................................................................... 64

    2.  Historical Background and Sequence of Events ........................................... 65

    3. Procedural Deviations .................................................................................... 67

    4. Substantive Deviations.................................................................................... 68

    5. Contemporaneous Statements ....................................................................... 69

III.    Conclusion................................................................................................................. 71

election fraud occurs via mail-in ballots, voter registration, and vote brokers, not in-person voter impersonation. *Id.* at 2, 7-8, 12.

**81B**. In the 82nd Legislature, the HCE interim report noted that "Texas and other states appear to have had very infrequent prosecution of in-person voter fraud." Ex. 378 at 8.

**81C**. SB 14's Bill Analysis and Conference Committee Report contained no analysis of evidence of voter impersonation. Straus Dep. 195:19-198:10; Ex. 2; Ex. 508; Ex. 509.

**82**. FF 82 is incomplete and misleading. Major Mitchell is unaware of cases of voter impersonation that have not been prosecuted that should have been. Mitchell Dep. 233:2-235:3. Rep. Veasey testified that a signature match is an adequate means to detect in-person voter impersonation. Veasey Dep. 126:13-18.

**83**. FF 83 is misleading and incomplete. Evidence before the legislature indicates that in-person voter fraud is rare. Ex. 378 at 8; *see also infra* ¶ 83A.

**83A**. Not all of the information relied upon by Major Mitchell during his deposition was available for consideration by the legislature during the legislative session on SB 14. Mitchell Dep. 99:15-104:23.

**84**. FF 84 is misleading. Rep. Veasey referenced a newspaper article, but he had no personal knowledge of voter impersonation in Tarrant County. Veasey Dep. 122:4-16.

**84A**. Allegations of election code violations referred to the OAG are often unsubstantiated. Mitchell Dep. 71:18-72:2, 133:13-24, 140:5-14; Ingram Dep. 86:20-23.

**85**. Oppose as misleading. The referenced testimony related anecdotal, unsupported and barely plausible accounts that went unchallenged during the hearing. JA 1682-84

(claiming that voters arriving at polls whose names had been voted "occurred regularly and frequently throughout the day"); JA 1761-62 (claiming that a man "with a distinctive facial scar" and "very limited use of one arm" voted under two names in one day).

**85A**. In a 2011 hearing before the House Select Committee a supporter of SB 14 nevertheless testified that "voter impersonation is a miniscule problem." JA 1504.

**85B**. At a June 14, 2010 hearing before the HCE, the State Elections Director noted that out of 24 elections code violations referred to the TX OAG between January 2009 and June 2010, only two were for voter impersonation. JA 3175, 3193; *supra* ¶ 81B.

**86**. FF 86 is incomplete and misleading. *Infra* ¶¶ 86A-86B.

**86A**. A supervisor in the OAG unit that investigates voter fraud, Major Forrest Mitchell, knows of only 5 impersonation investigations. Mitchell Dep. 173:16-20.

**86B**. Mail ballot fraud is not addressed by SB 14. Mitchell Dep. 86:8-13.

**87-88**. FF 87-88 are vague, incomplete, misleading, and improper insofar as they imply a conclusion concerning the appropriate legal standard in this case, *infra* ¶ 80, and conflate in-person voter impersonation with all other election crimes, *infra* ¶¶ 82-84A.

## 2. Registration List Maintenance Does Not Justify SB 14.

**89**. FF 89 is incomplete, misleading, and improper. *Supra* ¶ 80.

**90**. FF 90 mischaracterizes the NVRA. 42 U.S.C. § 1973gg-6(d) speaks for itself.

**91**. FF 91 is unsupported. Texas's former ED testified that the ED removes deceased voters from the rolls based on records from the TBVS and local information. JA 3186-87; *see also* Tex. Elec. Code §§ 16.001-.036.

27

# RECORD EXCERPT 8

Case 1:12-cv-00128-RMC-DST-RLW   Document 208-2   Filed 06/20/12   Page 1 of 196

**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

STATE OF TEXAS,

*Plaintiff*

vs.                                          Case No. 1:12-CV-00128

ERIC H. HOLDER, JR.,                         (RMC, DST, RLW)
in His Official Capacity as Attorney General of   Three-Judge Court
    the United States,

*Defendant*.

## STATE OF TEXAS' JOINT APPENDIX

# ATTACHMENT 2

CONSIDERATION OF SENATE BILL 14 1/25/2011

505

1           I'm here to talk about SB 14 in the
2 context of provisional ballots.  But I want to be
3 certain you know that we believe that Texas is overdue
4 for an overhaul of its election law, and we would
5 certainly support a comprehensive look at that.
6           More than two years ago, Attorney General
7 Abbott pledged to root out what he called an epidemic of
8 voter fraud in Texas.  He established a special unit in
9 his office.  He tapped $1.4 million in federal crime-
10 fighting grant money and dispatched legislators --
11 "legislators" -- yes, maybe that, too -- investigators.
12 In '08, the last time we heard about this, General
13 Abbott had prosecuted 26 cases, all involving blacks or
14 Hispanics.  All were committed by absentee ballot, not
15 in-person voting.  So how would photo voter ID have
16 addressed those lives?  SB 14 is still as it was in '09.
17 It is still a solution in search of a problem.
18           Provisional ballots are one of the
19 legislative priorities of the ACLU of Texas this
20 session.  We believe that these ballots were developed
21 to give the opportunities to voters to cast a
22 provisional ballot.  They were envisioned as fail-safe
23 voting protection for the voter to remedy faulty voter
24 lists.  What we're discovered in researching those in
25 Texas is that we have an extremely high rate of ballot

506

1 rejections.  The average rate of rejection nationally is
2 20 percent; yet, in Texas, it's nearly 80 percent of the
3 provisional ballots cast, as least in the '08 election.
4 In other words, 42,000 Texas voters who cast provisional
5 ballots in 2008 saw most of those were not accepted.
6 9,400 were counted.
7           If passed, SB 14 will no doubt increase
8 the number of provisional ballots that are cast at the
9 polls and also will increase the number of votes that
10 are rejected, due to new identification requirements.
11 This bill would cost more Texas voters their legitimate
12 right to vote.  32,000 Texas voters were rejected in
13 2008.  That so many were rejected is a threat to our
14 representative democracy.  Texas ranked, as you've
15 heard, 50th in registered voter turnout for 2010.  We
16 cannot continue placing undue burdens on eligible voters
17 and keep a healthy democracy.
18           Thank you for your attention and thank you
19 for what you're doing for the State of Texas.
20           CHAIRMAN DUNCAN:  Thank you, Ms. Burke?
21      Are there any questions for Ms. Burke?
22           Okay.  The Chair hears none.  We
23 appreciate your appearance here today.
24           All right.  The next group of persons who
25 will need to be called into the chamber are Alfredo

507

1 Esparza, Marcelo Tafoya, Barbara Baxter, Hector M.
2 Flores and Sergio Castillo.
3           All right.  Our next witness is Catherine
4 Engelbrecht.
5           Ms. Engelbrecht, state your name and who
6 you represent.
7      TESTIMONY BY CATHERINE ENGELBRECHT
8           MS. ENGELBRECHT:  Hi.  My name is
9 Catherine Engelbrecht.  I'm with King Street Patriots
10 and True the Vote.  Thank you-all, senators, for the
11 privilege of being able to speak with you this evening.
12           I stand before you today to testify in
13 support of Senate Bill 14.  I'm President of King Street
14 Patriots, and I said earlier True the Vote, two
15 non-profit groups, both based out of Houston.  King
16 Street Patriots is a volunteer organization of concerned
17 citizens, and True the Vote is a citizen-led initiative
18 to protect the right to vote and the integrity of the
19 election process.
20           True the Vote volunteers work to educate
21 citizens and train other citizen volunteers to be poll
22 workers and poll watchers for their party, candidate or
23 issue.  Now, the reason that that is important is
24 because in the last election cycle, we put out trained
25 volunteers over 1,000 volunteers.  And through the

508

1 course of the election cycle, they turned back in over
2 700 what we call incident reports.  Those incident
3 reports categorically were indications of election laws
4 being broken.  But many of the abuses stemmed from the
5 lax and ambiguous forms of identification currently
6 accepted at our polls.
7           These types of abuses would have been
8 mitigated had we had benefit of legislation like SB 14.
9 We witnessed numerous instances in which voters were in
10 possession of more than one registration card.  For
11 example, a voter came in with a registration card and
12 turned it over to the election judge, who looked at the
13 poll book and said, "Oh, I'm sorry.  You're already
14 voted."  And he reached into his other pocket and said,
15 "Oh, well, how about this card?"
16           "That's a good card.  You can vote that
17 one."
18           Another instance where a woman came in to
19 vote and was told she had already voted.  And she said,
20 "Well, that's not the case.  I haven't."  And she looked
21 at the poll book and then was staring back at her a
22 signature that she did not recognize.
23           Without photo identification, there is no
24 way to verify that a person is who they say they are, if
25 they are that person on the registration card, a utility

CONSIDERATION OF SENATE BILL 14 1/25/2011

509

1 bill or the check.  These examples are clearly
2 violations of election code law, but there is no
3 realtime recourse for a poll worker.  Poll workers are
4 obliged to allow these individuals to vote, to cast a
5 regular ballot, because the system does not prevent it.
6           Without photo identification, the evidence
7 of impropriety is limited only to a signature
8 comparison, which is typically considered insufficient
9 to warrant any further review.  And so when we often
10 ask, "Well, where are the prosecutions?" it's because
11 more often than not, they end with the signature
12 comparisons, and that's all we have.
13           So as these scenes play out in polling
14 places across our communities over and over again,
15 election cycle after election cycle, the message
16 communicated to both poll workers and to voters is:  The
17 rules don't really matter.  And if the rules don't
18 really matter, then how do we know that our election
19 results are right?  We are on a very slippery slope.
20 And the surest way to regain our footing is to restore
21 common sense to our election code.
22           CHAIRMAN DUNCAN:  Thank you,
23 Ms. Engelbrecht.
24           MS. ENGELBRECHT:  Thank you so much.
25           CHAIRMAN DUNCAN:  Senator Williams, do you

510

1 have a question?
2           QUESTIONS FROM SENATE FLOOR
3           SEN. WILLIAMS:  No.  I just wanted to
4 thank her for being here and for all the effort that her
5 group put into the last election cycle.  I really
6 appreciate what you guys are doing.
7           MS. ENGELBRECHT:  Thank you.
8           CHAIRMAN DUNCAN:  Thank you.
9           Any other questions?
10           Senator Patrick.
11           SEN. PATRICK:  Yes.  Thank you,
12 Mr. Chairman.
13           Catherine, thank you.  Senator Williams
14 said you did what so many people really wanted to have
15 done, and that was to put eyes on the election.  You
16 trained poll workers.  They stood there -- poll
17 watchers -- they identified; they reported.  You-all
18 stood up as citizens, fair and unbiased, and we
19 appreciate your work and your effort.
20           I met you just about a year ago, and you
21 were just a citizen, just a mom who, with your husband,
22 own your own business, that said, "I want to make a
23 difference," and I appreciate you and all the work that
24 those unheralded volunteers did.  Thank you very much.
25           MS. ENGELBRECHT:  Thank you.  Thanks to

511

1 all of you.
2           CHAIRMAN DUNCAN:  Hold on a minute.  We've
3 got another questions.
4           Senator Van de Putte, did you have a
5 question?
6           SEN. VAN de PUTTE:  I sure did.  Thank
7 you, Mr. Chairman.
8           Thank you very much for coming and
9 especially for waiting so long.  But I wanted to
10 understand, because I'm from Bexar County and not from
11 Harris County where --
12           MS. ENGELBRECHT:  Sure.
13           SEN. VAN de PUTTE:  -- we love the people
14 to be involved.  But on the reports that we had from --
15 at least from the press, the group that you represent,
16 the King Street Patriots, it was an article about voter
17 intimidation.  And so I wanted to ask you, were the
18 districts, were the voting polling places that your
19 group believed were having the numerous amount of fraud,
20 where you were accusing several places of having voter
21 intimidation, mainly occur in minority district that
22 have been directed at Latinos and African- Americans, as
23 reported in the press?
24           MS. ENGELBRECHT:  That is all
25 unequivocally incorrect.

512

1           SEN. VAN de PUTTE:  And so there --
2           MS. ENGELBRECHT:  May I?  I'll explain
3 very quickly.  When we started the early election,
4 within just a few hours of the polls opening, we were
5 informed that a conference call, a press conference call
6 had been called by the Texas Democrat party, already
7 charging that there were 14 counts of voter
8 intimidation, with no backing whatsoever.  Well, the
9 press ran with that, and it was all over the place.
10           The county attorney later said -- and,
11 unfortunately, that didn't make it out to the press --
12 that there was, in fact, no voter intimidation.  And our
13 efforts were equally served over all 37 of the early
14 election polling places, so we did not single out any
15 community.
16           SEN. VAN de PUTTE:  So this was at all --
17 you had groups at all of the early voting places, it
18 wasn't just in the places that had minority, mainly
19 Latino or African-American?
20           MS. ENGELBRECHT:  That's correct.  We
21 had --
22           SEN. VAN de PUTTE:  Thank you for the
23 clarification.
24           MS. ENGELBRECHT:  Thank you.
25           CHAIRMAN DUNCAN:  Thank you, Senator Van

## CONSIDERATION OF SENATE BILL 14 1/25/2011

513

1 de Putte.

2          Are there any other questions of the

3 witness?

4          All right. Ms. Engelbrecht, thank you for

5 your testimony today.

6          The Chair calls Carol Kitson.

7          Ms. Kitson, please state your name and who

8 you represent.

9          TESTIMONY BY CAROL KITSON

10         MS. KITSON:  My name is Carol Kitson, and

11 I basically represent myself and, quite frankly, my

12 daughter.

13         This past November election, I was

14 appointed as an alternate judge in Harris County

15 precinct.  And we had the presiding judge, two clerks.

16 We did have two poll watchers at that location, and a

17 translator.

18         In the late afternoon, the presiding

19 judge's husband, who was acting as election clerk and

20 responsible for giving each voter a numerical code, to

21 allow activation of a voting machine, commented to the

22 poll watcher that the voter he had just given this code

23 to had voted earlier in the day at our location.  The

24 poll watcher agreed with this.

25         And I, too, had noted this same particular

514

1 gentleman, because he had some very distinguishing

2 characteristics.  He had a very distinctive scar and

3 limited use of one arm.  I remembered seeing him earlier

4 in the day as a voter.  Of course, I don't remember what

5 name or what voter card he used.  And because we could

6 not possibly identify him -- we're not allowed to ask

7 for a photo ID -- he was able to vote for a second time.

8          This man was recognizable, but most people

9 would not be.  We would have no way of knowing during a

10 busy election how many people were coming back through.

11 It's absolutely impossible.

12         Requiring all voters to present a photo ID

13 would prevent individuals from voting more than once.

14 This is important because even a few votes per precinct

15 passed fraudulent can affect the outcome in an election.

16 In Falls County where there's 9,392 registered voters,

17 they had a 42 percent turnout.  In the Governor's race,

18 the difference was only 86 votes.

19         In Val Verde County, where they have

20 27,801 registered voters, they had a 26 percent turnout,

21 and the difference was only 377 votes.

22         And in Bexar County, a very large county,

23 registered voters of 905,859, they have 622 precincts,

24 and they had a 34 percent turnout.  The difference was

25 1,671 votes between the two candidates for Governor.

515

1 That's less than three votes per precinct.

2          Each fraudulent votes cast diminishes all

3 of the valid votes cast.  Every legal voter in Texas

4 deserves to know that his or her vote was counted

5 correctly, and we need to know that the winner of our

6 elections is truly the winner and not elected because

7 some voters used illegal means to get their candidate

8 elected.  We owe this to ourselves and to the future

9 generations of Texans.

10         Thank you very much for letting me be here

11 today.

12         CHAIRMAN DUNCAN:  Thank you, Ms. Kitson.

13         Are there any questions for Ms. Kitson?

14         All right.  The Chair hears none.

15         You're excused.  Thank you very much.

16         The Chair calls Placido Salazar.

17         Thank you, Mr. Salazar.  You have three

18 minutes.  State your name and who you represent, please.

19         TESTIMONY BY PLACIDO SALAZAR

20         MR. SALAZAR:  Yes, sir.  Good evening,

21 first of all, to all of you and thank you for serving

22 our state.  My name is Placido Salazar.  I'm a Vietnam

23 veteran, 20-year man, and I'm the Civil Rights chair for

24 the Dr. Hector P. Garcia American GI Forum Organization

25 of Texas.

516

1          And I would like to say that this whole

2 thing about voter ID as well as other measures currently

3 trying to be pushed through the state and federal

4 legislation is xenophobia at its worst, fearing that

5 immigrants will vote.  And I'm also a present chair in

6 Universal City, and we have enough trouble getting even

7 the registered U.S. citizen voters to the polls.  Last

8 election, out of a city of almost 20,000, and mostly

9 veterans who you would think would appreciate the

10 privilege to vote, like myself, we had 60 Democrats and

11 75 Republicans, and we are worried about illegal

12 immigrants coming to vote.  That's ludicrous.

13         The Dr. Hector P. Garcia American GI Forum

14 Organization of Texas, let it be known for the record

15 that we are totally opposed to the artificial emergency

16 grandstanding by Governor Rick Perry regarding the

17 non-issue of the Texas voter ID and other conveniently

18 selected self-promoting legislation.  This senseless and

19 costly voter ID legislation will not just affect

20 Hispanics but also students, seniors and others who are

21 unable to get around; people living in nursing homes,

22 for example.

23         This is nowhere nearly as important nor

24 affecting every citizen of our Great State of Texas as

25 the ballooning budget deficit of up to $27 billion and

TX_00000185

# RECORD EXCERPT 9

## THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

STATE OF TEXAS,

*Plaintiff*

vs.                                          Case No. 1:12-CV-00128

ERIC H. HOLDER, JR.,                         (RMC, DST, RLW)
in His Official Capacity as Attorney General of   Three-Judge Court
     the United States,

*Defendant*.

## STATE OF TEXAS' JOINT APPENDIX

# ATTACHMENT 10

Case 1:14-40003 Document: 41-1 Page: 90 Date Filed: 04/30/2014
Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 98 of 223
Voter Fraud Hearing - Volume 2                              March 1, 2011

181

 1    are and why they should be able to have the

 2    privilege to cast a ballot in that election.  Thank

 3    you.

 4                    CHAIRMAN BONNEN:  Questions, Members?

 5    Thank you.  Appreciate your being here.

 6                    Alan Vera here testifying on behalf of

 7    himself for the Committee Substitute Senate Bill 14.

 8                    ALAN VERA:  My name is Alan Vera.  I

 9    represent myself and probably a half dozen other

10    old, cranky Vietnam vets.  I'm here to speak for the

11    Committee Substitute voter I.D. photo bill.

12                    Last November, I volunteered to serve as

13    an alternate judge for the general election.  My

14    presiding judge assigned me to work the voter

15    registration booth to sign in voters for precinct.

16    There were three incidents in my assigned precinct

17    that I think you should know about.

18                    The first was fairly benign.  I had a

19    voter approach me and hold out three voter

20    registration cards made out to her name in various

21    forms.  She asked me which one she should use.  She

22    was not trying to commit voter fraud.  She simply

23    needed guidance, because she had received three

24    separate voter cards.

25                    The other two incidents were far more



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028337

Case 1:12-cv-00128-RMC-DST-RLW Document 208-2 Filed 06/20/12 Page 99 of 223
Voter Fraud Hearing - Volume 2                    March 1, 2011

182

```
 1       serious.  I'm very meticulous, almost to the point
 2       of being anal.  I took the job very seriously my
 3       first time working the polls, took all the courses,
 4       read all the books, even went through the Texas
 5       Election Code, all thousand pages of it.  By law, I
 6       was accepting all forms of I.D. allowed by the
 7       Election Code, putting aside my personal opinions,
 8       including utility bills, expired out-of-state
 9       driver's licenses, et cetera.
10            Around noon, I had a voter present me a
11       valid voter I.D. card.  When I went to find her name
12       in the book, I found she had already voted that day,
13       or, rather, someone else had voted in her name.  And
14       I was the one who let that person vote, using some
15       other form of I.D.  I informed her of the problem.
16       She was understandably annoyed and irritated.  She
17       offered her driver's license to prove she was the
18       person she claimed to be.  I called the presiding
19       judge, who reviewed the situation, called the County
20       for a ruling, and we allowed that woman to vote
21       provisionally, but she was told her vote probably
22       would not count.  We had disenfranchised a Texas
23       voter in a minority area.
24            It happened again at 4:00 p.m. under
25       identical circumstances.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

```
 1                  Later that evening, I met with other
 2        judges and poll watchers to compare notes, and my
 3        incident was not by any means isolated.  This
 4        occurred regularly and frequently throughout the
 5        day.
 6                  By allowing too wide a range of acceptable
 7        I.D. cards for voting, our current process is
 8        disenfranchising legitimate voters, perhaps not
 9        intentionally.  But at least, in my experience, two
10        voters were denied the right to vote.  Okay?
11                  I'm sure that we all have, in good
12        conscious, a desire to let everyone vote and vote
13        correctly.  But our current unstructured,
14        undisciplined form of voter I.D. is actually
15        contributing to disenfranchisement.
16                  In the spirit of full disclosure and
17        fairness, I will tell you that I worked those polls
18        under the guidance of True The Vote, which is
19        organized by King Street Patriots in Harris County.
20        It's a citizen-led initiative to educate citizens
21        and train them to be poll workers, poll watchers for
22        their party candidate or further issues.  And I was
23        one of the trainers involved, which is why I had to
24        read all thousand pages of the Texas Election Code.
25                  Thank you.
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

# RECORD EXCERPT 10

## THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

STATE OF TEXAS,

*Plaintiff*

vs.

ERIC H. HOLDER, JR.,
in His Official Capacity as Attorney General of
    the United States,

*Defendant*.

Case No. 1:12-CV-00128

(RMC, DST, RLW)
Three-Judge Court

## STATE OF TEXAS' JOINT APPENDIX

# ATTACHMENT 11

```
 1      SB-14 is just asking that every voter verify you --
 2      you are who say you are before you cast a vote.
 3              I appreciate your time and attention, and
 4      ask that we quickly and favorably vote SB-14 out of
 5      committee.  And I close.
 6              CHAIRMAN BONNEN:  Thank you.
 7      Representative Veasey.
 8              REPRESENTATIVE VEASEY:  Well, hold on
 9      a second.
10              CHAIRMAN BONNEN:  Yeah, he's going to
11      talk on the bill.  Go ahead.
12              REPRESENTATIVE VEASEY:  Is that okay?
13              CHAIRMAN BONNEN:  Yeah.  Absolutely.
14              REPRESENTATIVE VEASEY:  I wanted to
15      say that I think that every one of us, Democrat,
16      Republican, we want to make sure that we have fair
17      elections.  We want to make sure that only those who
18      go and vote in person -- we want to make sure that
19      it is the actual person who has the voter
20      registration card or whose name is on the bill or
21      whose photo is on the I.D. already, we want -- all
22      of us want to ensure that that -- that that actual
23      person is voting and not -- someone is not
24      committing voter impersonation and voting for them.
25              We also want to make sure that -- that we
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028515

Voter Fraud Hearing - Volume 2                    March 1, 2011

360

```
1      don't put hurdles in front of people.  And -- and,

2      you know, and we also want to make sure that before

3      we implement any new laws that there's actual proof

4      of what is being alleged that is going on.

5              And you know, once again, I know there

6      were all sort of excuses as to why voter

7      impersonation could not be proved, but over and over

8      and over again we asked people to offer up, you

9      know, evidence.  And there was never any.

10             I was really disturbed and I shared the

11     E-mail with you earlier about -- about the Tarrant

12     County Democrat -- Tarrant County Republican party

13     and then [sic] sent out an E-mail saying that

14     there's voter fraud going on in these Democratic

15     precincts and we need people to go over there, but

16     be careful because all those precincts are in bad

17     neighborhoods.

18             And then I saw this sign that a group

19     called the King Street Patriots put out, and that's

20     not a -- that's not a rap group.  That is some sort

21     of political organization.  And they actually -- you

22     can't see it from here, but they actually

23     photo-shopped a sign onto an African American woman

24     that said, "I only got to vote once."

25             Now, what I'll do -- and I was going to
```



ESQUIRE
DEPOSITION SOLUTIONS

Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

TX_00028516

Case 1:14-40003 Document: 41-1 Page: 97 Date Filed: 04/30/2014
Case 1:12-cv-00128-RMC-DST-RLW Document 208-3 Filed 06/20/12 Page 56 of 245
Voter Fraud Hearing - Volume 2                    March 1, 2011

361

1    show it at the end of committee, but I'm not going

2    to do it now.  But I'll -- I'll -- I'll invite

3    you -- I think that's the same thing.

4              UNIDENTIFIED REPRESENTATIVE:  Yeah.

5              REPRESENTATIVE VEASEY:  But I'll

6    invite you to come up afterwards.  I have a video

7    from a -- a picture that came -- that came out of

8    1915.  The picture is about to be 100 years old in a

9    few years.  The name of the movie is "Birth Of A

10   Nation".  And "Birth Of A Nation" was a very popular

11   film.  As matter of fact, the film was the top

12   grossing Hollywood film for over 20 years until Snow

13   White And The Seven Dwarfs displaced it and more and

14   more people started getting into talkies.  And

15   that's a term for movies with sound.  And the --

16   the -- the movie has several different themes to it

17   that -- and most of the things in there we would

18   find -- we would think that it was absolutely

19   ridiculous that people thought this way.  But just

20   like everyone has said that -- that -- who's in

21   support of the voter I.D. bill has said that

22   85 percent of the people in this country are for

23   voter -- some form of voter I.D.  85 percent of the

24   people thought all the things in this movie were

25   real about African Americans.  And one of the things



Toll Free: 800.211.DEPO
Facsimile: 512.328.8139

Suite 220
3101 Bee Caves Road
Austin, TX 78746
www.esquiresolutions.com

ESQUIRE
DEPOSITION SOLUTIONS

TX_00028517

# RECORD EXCERPT 11

**Attorney General Eric H. Holder, Jr. - Trial Exhibits**
**State of Texas v. Holder, 1:12-cv-128 (D.D.C. 2012)**

| Exhibit Number | First Appendix Page # | Last Appendix Page # | Original Bates Stamp Beginning | Original Bates Stamp End | Document Title |
|---|---|---|---|---|---|
| DE083 | DE-000550 | DE-000550 | TX_00022330 | TX_00022330 | Citizen Email to Perry 25 January 2011  Support Bill want it rushed |
| DE084 | DE-000551 | DE-000552 | TX_00024307 | TX_00024308 | Perry Press Release 31 August 2011 HB 14 Increases Peñalty and adds jail time |
| DE085 | DE-000553 | DE-000553 | TX_00024319 | TX_00024319 | 23 March 2011 Letter to Charles C. Butt, Chairman & CEO of HEB from Governor Rick Perry as to the Voter ID Law |
| DE086 | DE-000554 | DE-000677 | TX_00024334 | TX_00024457 | 31 August 2011 Texas Department of Public Safety News Release as to new Texas traffic, criminal laws |
| DE087 | DE-000678 | DE-000678 | TX_00024520 | TX_00024520 | Email 30 August 2011 from Buck to Hurst, Schofield as to SB-14 and it's implementation date |
| DE088 | DE-000679 | DE-000679 | TX_00024523 | TX_00024523 | Email 14 September 2011 from Tinsley to Castle as to a media request quote re National and local civil rights groups letters to the DOJ opposing  pre-clearance of the Voter ID law |
| DE089 | DE-000680 | DE-000681 | TX_00024527 | TX_00024528 | Email 14 October 2011 from Batheja to Castle re a response Castle made to a media question |
| DE090 | DE-000682 | DE-000682 | TX_00024533 | TX_00024533 | Email 17 October 2011 from Montgomery to Castle requesting the governor's position on border patrol for a news story |
| DE091 | DE-000683 | DE-000685 | TX_00024648 | TX_00024650 | Email 26 May 2010 from Garner to Garner as to a 26 May 2010 press release concerning Rep. Riddle's intention to file ballot security legislation to require PhotoID at TX ballots |
| DE092 | DE-000686 | DE-000687 | TX_00024651 | TX_00024652 | 6 May 2011 Letter from Deirdre Delisi, Chair of the Texas Transportation Commission, to Rafael Anchia, Texas House of Rep., Re SB-14 and its potential impact on Texas Mobility Fund (TMF) |
| DE093 | DE-000688 | DE-000713 | TX_00024656 | TX_00024681 | Interim Committee Charges to the 80th Legislature |
| DE094 | DE-000714 | DE-000714 | TX_00024887 | TX_00024887 | 31 January 2008 Press Release from TX AG as to  indicted individuals by Brooks County Grand Jury for voter fraud during 2006 Primary |
| DE095 | DE-000715 | DE-000716 | TX_00025138 | TX_00025139 | 3 March 2012 Press Release from Esperanza Andrade, SOS TX, as to the DOJ denying preclearance of SB-14 |
| DE096 | DE-000717 | DE-000760 | TX_00025289 | TX_00025332 | House Committee interim charges and positions on various topics in Texas |
| DE097 | DE-000761 | DE-000766 | TX_00025333 | TX_00025338 | King Street Patriots Recommendations for Legislation as to SB-14 |
| DE098 | DE-000767 | DE-000769 | TX_00025602 | TX_00025604 | Email 26 May 2010 from English to English as to Rep. Riddle's press release to file ballot security initiative |
| DE099 | DE-000770 | DE-000772 | TX_00025664 | TX_00025666 | TCCRI document titled "Voter ID: Supreme Court Gives State New Opportunity to Secure Elections" |
| DE100 | DE-000773 | DE-000773 | TX_00025670 | TX_00025670 | Email 21 May 2009 from Adams to Christman Re. Texas Eagle Forum alert as to SB-14 |
| DE101 | DE-000774 | DE-000775 | TX_00025671 | TX_00025672 | Email 29 March 2009 from Fredricks to Christman as to  supporting Voter Photo ID |
| DE102 | DE-000776 | DE-000799 | TX_00025804 | TX_00025827 | House Research Organization, Tx House of Representatives, Focus Report 26 November 2008 |

**Attorney General Eric H. Holder, Jr. - Trial Exhibits**
**State of Texas v. Holder, 1:12-cv-128 (D.D.C. 2012)**

| Exhibit Number | First Appendix Page # | Last Appendix Page # | Original Bates Stamp Beginning | Original Bates Stamp End | Document Title |
|---|---|---|---|---|---|
| DE387 | DE-003261 | DE-003261 | | | 28 January 2011 Email From rlkucera to Sen Troy Fraser |
| DE388 | DE-003262 | DE-003262 | | | 25 January 2011 Email From catherine@kingstreetpatriots.org to Sen Troy Fraser re Catherine Engelbrecht |
| DE389 | DE-003263 | DE-003265 | | | 30 September 2011 Article Major Issues of the 82nd Legislature Regular Session and First called Session |
| DE390 | DE-003266 | DE-003395 | | | 23 March 2011 House Journal Proceedings |
| DE391 | DE-003396 | DE-003397 | | | 21 October 2011 Letter: Richie to Gonzales re SB14 |
| DE392 | DE-003398 | DE-003404 | | | 1 May 2012 Notice of Deposition for Patricia Harless (Harless US 11) |
| DE393 | DE-003405 | DE-003406 | | | 9 February 2011 Press Release regarding Speaker Straus announcing House Committee assignments (Harless US 12) |
| DE394 | DE-003407 | DE-003407 | | | 10 May 2012 Texas Legislature Bills by Committee Voter Identification & Voter Fraud (Harless US 13) |
| DE395 | DE-003408 | DE-003415 | | | 8 April 2011 Population and Voter Data House Districts  PlanH100 (Harless US 14) |
| DE396 | DE-003416 | DE-003423 | | | 28 April 2011 Population And Voter Data House District PlanH283 (Harless US15) |
| DE397 | DE-003424 | DE-003426 | | | 27 May 2011 Press release  Gov Perry SB 14 takes a Major Step in securing the interity of the Electoral Process (Harless US16) |
| DE398 | DE-003427 | DE-003436 | | | 21 March 2011 House Journal Proceedings (Harless US17) |
| DE399 | DE-003437 | DE-003536 | | | 23 March 2011 House Floor Debate - Vol 1 Emergency Calendar (Harless US 18) |
| DE400 | DE-003537 | DE-003539 | | | 14 November 2011 News Article making the case for photo IDs at the polls (Harless US19) |
| DE401 | DE-003540 | DE-003541 | | | News Article 17 May 2011: Voter ID Will Likely Be Contested in State Courts (Harless US 20) |
| DE402 | DE-003542 | DE-003736 | | | Letter 9 May 2012 from Sweeten to Westfall and Rosenberg re No-Match List (Harless US 21) |
| DE403 | DE-003737 | DE-003747 | | | Republican Party of Texas 28 April 2009 Press Release re Statements of Principles on Voter ID (Harless US 22) |
| DE404 | DE-003748 | DE-003782 | | | Texas' Objections and Responses to AG's First Set of Interrogatories 30 March 2012 (Harless US 23) |
| DE405 | DE-003783 | DE-003977 | | | House Floor Debate 23 March 2011 (Harless US 24) |
| DE406 | DE-003978 | DE-003988 | | | Federal and State Recognized Tribes (Harless US 25) |
| DE407 | DE-003989 | DE-004130 | | | House Committee on Elections Vol. III 23 March 2011 (Harless US 26) |
| DE408 | DE-004131 | DE-004133 | | | Texas Response to Motion to Compel Exhibit 6:  Harless Declaration (Harless US 27) |
| DE409 | DE-004134 | DE-004134 | | | Voter ID and Voter Fraud Select Committee History (Harless US 13) |
| DE410 | DE-004135 | DE-004143 | | | SB 14 History (Harless US 8) |
| DE411 | DE-004144 | DE-004145 | | | Straus Committee Assignments Press Release 9 February 2011 (Harless US 74) |
| DE412 | DE-004146 | DE-004147 | | | HB 1706 History (Hebert US 74) |
| DE413 | DE-004148 | DE-004151 | | | HB 218 History (Hebert US 75) |

# RECORD EXCERPT 12



*82nd LEGISLATIVE SESSION*
*RECOMMENDATIONS FOR LEGISLATION*

**PHOTO VOTER ID**
**COMPREHENSIVE ELECTION CODE REFORM**

*KING STREET PATRIOTS | TRUE THE VOTE*

TX_00025333

**Defendant's Exhibit #**
097

DE-000761

# PHOTO VOTER ID AND COMPREHENSIVE ELECTION CODE REFORM
## *RECOMMENDATIONS FOR LEGISLATION*

**PHOTO VOTER ID**
1. Require Photo Identification to vote

**VOTER ROLL INTEGRITY**
2. Prohibit payment of Deputy Registrars based on quota or number of registration applications collected
3. Immediately terminate Deputy Registrars who submit incomplete or late registration applications
4. Immediately terminate Deputy Registrars who sign registration applications they did not complete
5. Increase penalties for forged or otherwise fraudulent registration applications
6. Allow Registration Challenges based on knowledge of discovery by the voter desiring to challenge the registration
7. Require mandatory training for Deputy Registrars
8. Require Deputy Registrars maintain residence in State 6 months prior to deputization
9. Require Deputy Registrars be registered to vote in the State in which they are collecting registration applications

**ELECTION PROCESS INTEGRITY**
10. Allow Internet Voting for active military personnel stationed overseas
11. Prohibit Same Day Registration
12. Increase penalties for Electioneering Distance violations
13. Require Election Officer complete Assistance Form each time assistance is provided to a voter
14. Require Secretary of State identify and purge voter registry of deceased and felons at standardized intervals
15. Require Courts provide Secretary of State with timely records of final felony convictions
16. Require each election day Election Officer pass a mandatory test
17. Allow recording devices inside the polling place, while still requiring confidentiality of voter and ballot
18. Require confidentiality of identity and personal information of a Poll Watcher; impose penalties on any election officer who discloses such
19. Require all counties adopt the TEAM system and support online operation
20. Require peace officers serving in polling places to be TCLEOSE certified
21. Require Presiding Judge obtain approval before ejecting an Alternate Judge from a polling place
22. Designate English as the official language of Texas and the only language used on ballots

TX_00025334

Defendant's Exhibit #
097

DE-000762

# PHOTO VOTER ID AND COMPREHENSIVE ELECTION CODE REFORM
## *RECOMMENDATIONS FOR LEGISLATION*

1. **Require Photo ID to vote**
   a. Intent: To prevent voter fraud and disenfranchisement of legitimate voters
      i. Define acceptable forms of ID as follows:
         1. Texas driver's license, even if expired
         2. ID card issued by the state of Texas or the federal government
         3. Free voter ID card issued by the state or county
         4. U.S. passport
         5. Valid employee ID card containing a photograph from any branch, department, agency, or entity of the U.S. Government, Texas, or any county, municipality, board, authority or other entity of this state
         6. Valid U.S. military identification card
         7. Valid tribal photo ID
      ii. If a voter does not have one of the acceptable forms of photo identification, they can still vote a provisional ballot. The voter will have up to two days after the election to present appropriate photo identification at the office of County Registrar or Election Administrator in order for the provisional ballot to be counted.

2. **Prohibit payment of Deputy Registrars based on quota or number of registration applications collected**
   a. Intent: Remove incentive to submit fraudulent applications
      i. Of the 812 Voter Registration Applications obtained by True the Vote, approximately 10% were duplicate applicants.
      ii. See Appendix A for examples*

3. **Immediately terminate Deputy Registrars who submit incomplete or late registration applications**
   a. Intent: Prevent disenfranchisement of applicants
      i. Change the word "may" to the word "shall" in Texas Election Code Sec. 13.036(b).
      ii. See Appendix C for examples*

4. **Immediately terminate Deputy Registrars who sign registration applications they did not complete**
   a. Intent: Prevent falsification of documents
      i. Increase penalty to Class A misdemeanor and automatic grounds for termination of both Deputy Registrars
      ii. Oral testimony from former Houston Votes employee suggests this is a frequent occurrence

5. **Increase penalties for forged or otherwise fraudulent applications**
   a. Intent: Prevent falsification of documents
      i. See Appendix C for examples*

* Available at http://www.kingstreetpatriots.org/legislation

**Defendant's Exhibit #**
097

DE-000763

# PHOTO VOTER ID AND COMPREHENSIVE ELECTION CODE REFORM
## *RECOMMENDATIONS FOR LEGISLATION*

6. **Allow Registration Challenge based on knowledge of discovery by the voter desiring to challenge the registration**
   a. Intent: Broaden the definition of "personal knowledge" as it is currently stated in Texas Election Code
      i. Pursuant to Sec. 16.092 of the Texas Election Code, the challenge to registration must be "based on the personal knowledge of the voter desiring to challenge the registration".
         1. Greatly reduces the efficacy of citizen challenges
         2. Makes it highly unlikely that a registration challenge would ever be brought

7. **Require mandatory training for Deputy Registrars**
   a. Intent: Ensure proper completion of voter registration applications
      i. See Appendix B for examples*

8. **Require Deputy Registrars maintain residence in State 6 months prior to deputization**
   a. Intent: Prevent abuse of system by organizations outside the community
      i. Oral testimony from former Houston Votes employee suggests that Deputy Registrars are "moved around the Country to where they are needed.

9. **Require Deputy Registrars to be registered to vote in the State in which they are collecting registration**
   a. Intent: Prevent abuse of system by organizations outside the community
      i. Remove the phrase "if any" from Texas Election Code Sec. 13.033(b.4)
      ii. Oral testimony from former Houston Votes employee suggests that Deputy Registrars are "moved around the Country to where they are needed."

10. **Allow for Internet Voting for active military personnel stationed overseas**
    a. Intent: Create a process to allow overseas military personnel to vote using all electronic means (i.e. - Internet voting, email ballots, or by facsimile)
       i. Allow for the electronic <u>transmission</u> and <u>return</u> of ballot for qualified voters pursuant to Sec. 105.001
       ii. Reduce costs and burden for county clerks and/or election administrators
       iii. Ensure overseas military personnel are not disenfranchised
       iv. Can be used in conjunction with in-place voting system

11. **Prohibit Same Day registration**
    a. Intent: Maintain current timeline for voter registration application submissions.
       i. There are no barriers to registration that warrant necessity of Same Day option

12. **Increase penalties for Electioneering Distance violations**
    a. Intent: Deter elected officials or candidates from unduly influencing the outcome of an election
       i. Current penalties are not an effective deterrent
       ii. Elected Officials and candidates on the ballot can have a huge impact on the election
       iii. See Incident Reports 23, 25, 64, 456 and 189 for examples*

* Available at http://www.kingstreetpatriots.org/legislation

TX_00025336

**Defendant's Exhibit #**
097

DE-000764

# PHOTO VOTER ID AND COMPREHENSIVE ELECTION CODE REFORM
## *RECOMMENDATIONS FOR LEGISLATION*

**13. Require Election Officer complete Assistance Form each time assistance is provided to a voter**
   a. Intent: To deter illegal assistance
      i.   Overwhelming majority of "assistance" offered was done so by aggressive Election Officers.
      ii.  Such action is in clear violation of Texas Election Code Sec. 64.032(b).
      iii. True the Vote trained poll watchers observed that most assistance provided by Election Officers was in violation of Sec. 64.036 which is a Class A Misdemeanor.
      iv.  See attached Incident Reports 53, 220, 283, 514, 229, 239 and 316 for examples and frequency of occurrences.*

**14. Require Secretary of State identify and purge voter registry of deceased and felons at standardized intervals**
   a. Intent: Ensure timely purger of voter registry

**15. Require Courts provide Secretary of State with records of final felony convictions**
   a. Intent: Ensure timely purger of voter registry

**16. Require each election day Election Officer pass a mandatory test**
   a. Intent: Ensure election integrity; improve efficiencies of early voting process.
      i.   A significant number of Election Officers are untrained and oblivious of proper voting procedures
      ii.  In a survey of True the Vote trained poll watchers, only 58% rated the Presiding Judge as competent.
      iii. The cost to equip 750 polling locations with 4 computer terminals and needed network equipment is estimated at a total of $1.5M

**17. Allow recording devices inside the polling place, while still requiring confidentiality of voter and ballot**
   a. Intent: Evidence collection
      i.   The state of Louisiana allows video cameras inside the polling place (See: Op.Atty.Gen. No. 94-455, Oct. 18, 1994).
      ii.  Several states (Massachusetts, Montana, Nebraska, North Dakota, Ohio, Oregon, Rhode Island, Tennessee, Vermont and Virginia) do not specifically prohibit video cameras

**18. Require confidentiality of identity and personal information of a Poll Watcher; impose penalties on any election officer who discloses such**
   a. Intent: To increase citizen participation and protect their interests

**19. Require all counties adopt the TEAM system and support online operation**
   a. Intent: HAVA compliance; to allow real-time voter registration updates to be propagated across involved counties in the cases when a voter moves, dies, or is convicted of a felony crime.
      i.   Roughly 218 counties are "online" with the state's TEAM (Texas Election Administration Management) System.
      ii.  TEAM online counties enter data and manage files directly into the official voter list on a real time basis

---

\* Available at http://www.kingstreetpatriots.org/legislation

**Defendant's Exhibit #**
097                                    DE-000765

# PHOTO VOTER ID AND COMPREHENSIVE ELECTION CODE REFORM
## *RECOMMENDATIONS FOR LEGISLATION*

20. **Require peace officer serving in polling places to be TCLEOSE Certified**
    a. Intent: Prevent untrained enforcement of Texas law
       i. See Texas Election Code Sec. 32.075(b)

21. **Require Presiding Judge obtain approval before ejecting an Alternate Judge from a polling place**
    a. Intent: Ensure the fairness and integrity of the electoral process
       i. There is a balance maintained at a polling place with the requirement that each election judge must be from the opposing party
       ii. A Presiding Judge ejected the Alternate Judge for insufficient grounds during the 2010 General Election
       iii. Require approval from the Presiding Judge's immediate superior of the community in maintaining the integrity of the election process

22. **Designate English as the official language of Texas and the only language used on ballots**
    a. Intent: Reduce costs and burden on Counties where multiple languages are supported
       i. Estimates show Harris County alone would save $1,000,000 per election if English was the sole language needed for registration and ballot requirements.
       ii. In 2007, the Missouri General Assembly approved HJR 7 to place on the ballot a proposed Constitutional Amendment designating English as the official language. Voters approved the measure with nearly 90% voting in favor.

\* Available at http://www.kingstreetpatriots.org/legislation

TX_00025338
Defendant's Exhibit #
097
DE-000766

# RECORD EXCERPT 13

**Janice McCoy**

| | |
|---|---|
| **From:** | catherine@kingstreetpatriots.org |
| **Sent:** | Tuesday, January 25, 2011 11:13 PM |
| **To:** | Alternate ID Sen. Troy Fraser |
| **Subject:** | INETMAIL: thank you |

```
Senate Website E-Mail for SD-24
----------------------
 Name: Catherine Engelbrecht
 Title: President
 Organization: King Street Patriots
 Phone: 281 341-5110
 Address: 708 Damascus Rd
 City: Rosenberg
 State: TX
 Zip: 77471
----------------------
Senator Fraser -

Senate Bill 14 thoughtfully outlines steps to simplify, clarify, and improve the
integrity of our elections.  On behalf of King Street Patriots, True the Vote, and all
the concerned citizens I had the honor of representing in my testimony tonight,  thank
you for your work on this bill.  With it, you have earned our full support.

If you ever have need of any of our incident reports to provide the empirical evidence I
heard requested so often today, please let me know.  We would be happy to provide you
with any of our documentation.

Again, our sincere thanks  -
Catherine Engelbrecht
King Street Patriots
True the Vote
----------------------
```

**EXHIBIT**

557

1

TX_00009579

**Defendant's Exhibit #**
388

DE-003262