# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

May 02, 2014

Mr. Noel Terry Adams Jr.
Beirne, Maynard & Parsons, L.L.P.
1300 Post Oak Boulevard
Suite 2500
Houston, TX 77056

No. 14-40003    Marc Veasey, et al v. Rick Perry
                USDC No. 2:13-CV-193
                USDC No. 2:13-CV-263

Dear Mr. Adams,

The following pertains to your record excerpts electronically filed on 4/30/2014.

You must submit the four (4) paper copies of your record excerpts required by 5TH CIR. R. 30.1.2 within five (5) days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

Failure to timely provide the appropriate number of copies may result in the dismissal of your appeal pursuant to 5TH CIR. R. 42.3.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Christina A. Gardner, Deputy Clerk
504-310-7684

cc:  Ms. Anna Baldwin
     Mr. Chad Wilson Dunn
     Ms. Diana Katherine Flynn
     Ms. Erin Helene Flynn
     Mr. Ryan Paul Haygood
     Ms. Natasha M. Korgaonkar
     Ms. Kelly Hunsaker Leonard
     Mr. Joseph M. Nixon
     Mr. Rolando Leo Rios I
     Mr. John Albert Smith III
     Mr. James Edwin Trainor III