# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

June 03, 2014

Ms. Erin Helene Flynn
U.S. Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Avenue, N.W.
RFK Room 3742
Washington, DC 20530-0001

     No. 14-40003   Marc Veasey, et al v. Rick Perry
                      USDC No. 2:13-CV-193
                      USDC No. 2:13-CV-263

Dear Ms. Flynn,

The following pertains to your appellee brief electronically filed
on 6/2/14 for USA.

You must submit the seven (7) paper copies of your brief required
by 5TH CIR. R. 31.1 within five (5) days of the date of this notice
pursuant to 5th Cir. ECF Filing Standard E.1.

                      Sincerely,

                      LYLE W. CAYCE, Clerk

                      By: _____
                      James deMontluzin, Deputy Clerk
                      504-310-7679

cc:
     Mr. Noel Terry Adams Jr.
     Ms. Leah Camille Aden
     Ms. Anna Baldwin
     Mr. Chad Wilson Dunn
     Ms. Diana Katherine Flynn
     Mr. Ryan Paul Haygood
     Mr. J. Gerald Hebert
     Mr. Robert Acheson Koch
     Ms. Natasha M. Korgaonkar

Ms. Kelly Hunsaker Leonard
Mr. Joseph M. Nixon
Mr. Rolando Leo Rios I
Mr. John Albert Smith III
Ms. Christina Swarns
Mr. James Edwin Trainor III