

215 E Street, NE, Washington, DC 20002
tel: 202-736-2200    fax: 202-736-2222

June 2, 2014

Lyle W. Cayce, Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130-3408

    Re: *Veasey v. Perry* and *True the Vote v. United States, et al.,* No. 14-40003

Dear Mr. Cayce:

    Plaintiffs-Appellees Marc Veasey, Jane Hamilton, Sergio DeLeon, Floyd Carrier, Anna Burns, Michael Montez, Penny Pope, Oscar Ortiz, Koby Ozias, John Mellor-Crummey, League of United Latin American Citizens (LULAC), and Dallas County, Texas, (collectively, the "Veasey-LULAC Plaintiffs-Appellees"), in order to avoid duplication of briefs and arguments in this Court, support and adopt the arguments made by the United States in its brief filed earlier today, as well as its position on oral argument.

                                         Respectfully submitted,

                                         /s/ J. Gerald Hebert

CHAD W. DUNN                              J. GERALD HEBERT
Brazil & Dunn                                    Campaign Legal Center
4201 Cypress Creek Pkwy, Suit 530      215 E Street NE
Houston, TX 77068                            Washington, DC 20002
Telephone: (281) 580-6310              Telephone: (202) 736-2200
Facsimile: (281) 580-6362               Facsimile: (202) 736-2222

*Counsel for the Veasey-LULAC Plaintiffs-Appellees*