# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

June 05, 2014

Mr. Ryan Paul Haygood
Ms. Natasha M. Korgaonkar
Ms. Leah Camille Aden
NAACP
Legal Defense & Educational Fund, Inc.
40 Rector Street
5th Floor
New York, NY 10006

Mr. Rolando Leo Rios I
Law Office of Rolando L. Rios
115 E. Travis Street
Suite 1645
San Antonio, TX 78205-0000

    No. 14-40003    Marc Veasey, et al v. Rick Perry
                       USDC No. 2:13-CV-193
                       USDC No. 2:13-CV-263

Dear Ms. Aden, Mr. Haygood, Ms. Korgaonkar, and Mr. Rios,

Your 30 days to file the appellee's brief expired on 06/02/2014, see FED R. APP. P. 31(a)(1). If you wish to file a brief, we should receive it along with a motion to file the brief out of time within 10 days from this date. If we receive no response to this letter, we will continue with the briefing schedule and submit the case to the court on the record and briefs on file.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Christina A. Gardner, Deputy Clerk
                                      504-310-7684

cc:  Mr. Noel Terry Adams Jr.
     Mr. Chad Wilson Dunn
     Ms. Diana Katherine Flynn
     Ms. Erin Helene Flynn
     Mr. J. Gerald Hebert
     Mr. Robert Acheson Koch
     Ms. Kelly Hunsaker Leonard
     Mr. Joseph M. Nixon
     Mr. John Albert Smith III
     Mr. James Edwin Trainor III