## United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE**  
**NEW ORLEANS, LA 70130**

June 05, 2014

Mr. Ryan Paul Haygood  
Ms. Natasha M. Korgaonkar  
Ms. Leah Camille Aden  
NAACP  
Legal Defense & Educational Fund, Inc.  
40 Rector Street  
5th Floor  
New York, NY 10006

Mr. Rolando Leo Rios I  
Law Office of Rolando L. Rios  
115 E. Travis Street  
Suite 1645  
San Antonio, TX 78205-0000

    No. 14-40003   Marc Veasey, et al v. Rick Perry  
                     USDC No. 2:13-CV-193  
                     USDC No. 2:13-CV-263

Dear Ms. Aden, Mr. Haygood, Ms. Korgaonkar, and Mr. Rios,

Your 30 days to file the appellee's brief expired on 06/02/2014, see FED R. APP. P. 31(a)(1). If you wish to file a brief, we should receive it along with a motion to file the brief out of time within 10 days from this date. If we receive no response to this letter, we will continue with the briefing schedule and submit the case to the court on the record and briefs on file.

                                 Sincerely,

                                 LYLE W. CAYCE, Clerk

                                 /s/ Christina Gardner  
                                 By: _____  
                                 Christina A. Gardner, Deputy Clerk  
                                 504-310-7684

cc:  Mr. Noel Terry Adams Jr.  
     Mr. Chad Wilson Dunn  
     Ms. Diana Katherine Flynn  
     Ms. Erin Helene Flynn  
     Mr. J. Gerald Hebert  
     Mr. Robert Acheson Koch  
     Ms. Kelly Hunsaker Leonard  
     Mr. Joseph M. Nixon  
     Mr. John Albert Smith III  
     Mr. James Edwin Trainor III