# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

July 08, 2014

Mr. Noel Terry Adams Jr.
Beirne, Maynard & Parsons, L.L.P.
1300 Post Oak Boulevard
Houston, TX 77056

    No. 14-40003    Marc Veasey, et al v. Rick Perry
                       USDC No. 2:13-CV-193
                       USDC No. 2:13-CV-263

Dear Mr. Adams,

The following pertains to your reply brief electronically filed on 7/7/14.

You must submit the seven (7) paper copies of your brief required by 5TH CIR. R. 31.1 within five (5) days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              James deMontluzin, Deputy Clerk
                              504-310-7679

cc:
    Ms. Leah Camille Aden
    Ms. Anna Baldwin
    Mr. Chad Wilson Dunn
    Ms. Diana Katherine Flynn
    Ms. Erin Helene Flynn
    Mr. Ryan Paul Haygood
    Mr. J. Gerald Hebert
    Mr. Robert Acheson Koch
    Ms. Natasha M. Korgaonkar
    Ms. Kelly Hunsaker Leonard
    Mr. Joseph M. Nixon

Mr. Rolando Leo Rios I
Mr. John Albert Smith III
Ms. Christina Swarns
Mr. James Edwin Trainor III