

July 11, 2014

Lyle W. Cayce, Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130-3408

     **Re:** *Veasey v. Perry* **and** *True the Vote v. United States, et al.,* **No. 14-40003**

Dear Mr. Cayce:

     Intervenor Plaintiffs-Appellees the Texas League of Young Voters Education Fund, Imani Clark, and Michelle Bessiake, in order to avoid duplication of briefs and arguments before this Court, support and adopt the arguments made by the United States in its brief filed on June 2, 2014, as well as its position on oral argument.

                      Respectfully submitted,

                      s/ Natasha M. Korgaonkar
                      Natasha M. Korgaonkar