# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

July 21, 2014

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 14-40003   Marc Veasey, et al v. Rick Perry
                 USDC No. 2:13-CV-193
                 USDC No. 2:13-CV-263

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Angelique D. Batiste, Deputy Clerk
504-310-7715

Mr. David J. Bradley
Mr. Noel Terry Adams Jr.
Ms. Leah Camille Aden
Mr. Chad Wilson Dunn
Ms. Diana Katherine Flynn
Ms. Erin Helene Flynn
Mr. Ryan Paul Haygood
Mr. J. Gerald Hebert
Mr. Robert Acheson Koch
Ms. Natasha M. Korgaonkar
Ms. Kelly Hunsaker Leonard
Mr. Joseph M. Nixon
Mr. Rolando Leo Rios I
Mr. John Albert Smith III
Mr. James Edwin Trainor III