IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 14-40003
_____

MARC VEASEY; JANE HAMILTON; SERGIO DELEON; FLOYD CARRIER; ANNA BURNS; MICHAEL MONTEZ; PENNY POPE; OSCAR ORTIZ; KOBY OZIAS; LEAGUE OF UNITED LATIN AMERICAN CITIZENS; JOHN MELLOR-CRUMLEY; DALLAS COUNTY, TEXAS,

       Plaintiffs - Appellees

v.

RICK PERRY, in his Official Capacity as Governor of Texas; ET AL,

       Defendants

_____

UNITED STATES OF AMERICA,

       Plaintiff - Appellee

TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND; IMANI CLARK; TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS; AURICA WASHINGTON; CRYSTAL OWENS; MICHELLE BESSIAKE; MARIA LONGORIA BENAVIDES,

       Intervenor Plaintiffs - Appellees

v.

STATE OF TEXAS; ET AL,

       Defendants

TRUE THE VOTE,

       Movant - Appellant

———————————

Appeal from the United States District Court for the
Southern District of Texas, Corpus Christi

———————————

Before JONES, CLEMENT, and PRADO, Circuit Judges.

PER CURIAM:

IT IS ORDERED that Appellant's motion to expedite the appeal is DENIED.

IT IS FURTHER ORDERED that Appellant's alternative motion for stay of the U.S. District Court proceedings pending appeal is DENIED.