# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

July 21, 2014

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 14-40003   Marc Veasey, et al v. Rick Perry
                 USDC No. 2:13-CV-193
                 USDC No. 2:13-CV-263

Enclosed is a revised order entered in this case.

The court has tentatively scheduled oral argument for the week of **August 04, 2014.**  Further information regarding oral argument will be sent under separate cover.

                           Sincerely,

                           LYLE W. CAYCE, Clerk

                           By: _____
                           Angelique D. Batiste, Deputy Clerk
                           504-310-7715

Mr. Noel Terry Adams Jr.
Ms. Leah Camille Aden
Mr. Chad Wilson Dunn
Ms. Diana Katherine Flynn
Ms. Erin Helene Flynn
Mr. Ryan Paul Haygood
Mr. J. Gerald Hebert
Mr. Robert Acheson Koch
Ms. Natasha M. Korgaonkar
Ms. Kelly Hunsaker Leonard
Mr. Joseph M. Nixon
Mr. Rolando Leo Rios I
Mr. John Albert Smith III
Mr. James Edwin Trainor III