IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

REVISED

No. 14-40003

_____

MARC VEASEY; JANE HAMILTON; SERGIO DELEON; FLOYD CARRIER; ANNA BURNS; MICHAEL MONTEZ; PENNY POPE; OSCAR ORTIZ; KOBY OZIAS; LEAGUE OF UNITED LATIN AMERICAN CITIZENS; JOHN MELLOR-CRUMLEY;  DALLAS COUNTY, TEXAS,

      Plaintiffs - Appellees

v.

RICK PERRY, in his Official Capacity as Governor of Texas; ET AL,

      Defendants

_____

UNITED STATES OF AMERICA,

      Plaintiff - Appellee

TEXAS LEAGUE OF YOUNG VOTERS EDUCATION FUND; IMANI CLARK; TEXAS ASSOCIATION OF HISPANIC COUNTY JUDGES AND COUNTY COMMISSIONERS; AURICA WASHINGTON; CRYSTAL OWENS; MICHELLE BESSIAKE; MARIA LONGORIA BENAVIDES,

      Intervenor Plaintiffs - Appellees

v.

STATE OF TEXAS; ET AL,

      Defendants

TRUE THE VOTE,

      Movant - Appellant

_____

Appeal from the United States District Court for the
Southern District of Texas, Corpus Christi

_____

Before JONES, CLEMENT, and PRADO, Circuit Judges.

PER CURIAM:

IT IS ORDERED that Appellant's motion to expedite the appeal is GRANTED.

IT IS FURTHER ORDERED that Appellant's alternative motion for stay of the U.S. District Court proceedings pending appeal is DENIED.