# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

July 22, 2014

**N O T I C E**

You are scheduled to appear before this court during the week of August 04, 2014. The attached calendar shows where and when you are to appear.

You **MUST** complete and return the attached form to us **BY Friday, July 25, 2014.**

**ONLY ATTORNEYS PRESENTING ARGUMENT NEED TO COMPLETE THE BOTTOM PORTION OF THE FORM. THE COURT WILL NOT ALLOW ANY CHANGES TO THE INFORMATION SUBMITTED, EXCEPT IN EMERGENCY SITUATIONS, THEREFORE ACCURACY IS CRITICAL. PLEASE CONFER WITH ALL COUNSEL ON YOUR SIDE REGARDING THE ORDER AND DIVISION OF TIME BEFORE RETURNING THE BOTTOM PORTION OF THE FORM.**

To insure that we can provide all pertinent materials to the court before argument, except for emergencies, we must receive any additional filings in this office by noon on the workday immediately preceding your argument.

If you have any questions, please contact me at the number listed below.

Sincerely,

LYLE W. CAYCE, Clerk

By: /s/ Pam Trice
Pamela F. Trice, Calendar Clerk
504-310-7633

Enclosure(s)
Mr. Noel Terry Adams Jr.
Ms. Leah Camille Aden
Mr. Chad Wilson Dunn
Ms. Diana Katherine Flynn
Ms. Erin Helene Flynn
Mr. Ryan Paul Haygood
Mr. J. Gerald Hebert
Mr. Robert Acheson Koch
Ms. Natasha M. Korgaonkar
Ms. Kelly Hunsaker Leonard
Mr. Joseph M. Nixon
Mr. James Edwin Trainor III