**R E V I S E D   07/22/14**

**UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT
NEW ORLEANS, LOUISIANA
EN BANC COURTROOM**

The Court has scheduled the following cases for oral argument in Room 209 of the John Minor Wisdom United States Court of Appeals Building, 600 Camp Street, NEW ORLEANS, LOUISIANA on the days shown:

COUNSEL FOR EACH PARTY MUST PRESENT ARGUMENT UNLESS EXCUSED BY THE COURT. CASES MARKED * ARE LIMITED TO 20 MINUTES PER SIDE; CASES WITH NO * ARE LIMITED TO 30 MINUTES PER SIDE UNLESS PREVIOUSLY GRANTED ADDITIONAL TIME. "SIDE" REFERS TO PARTIES IN THEIR POSITION ON APPEAL. IF IN DOUBT, CONSULT THE CLERK'S OFFICE.

**MONDAY, AUGUST 4, 2014 – *COURT CONVENES AT 9:00 A.M.***
*No. 12-41194.  United States of America vs. Francisco Vasquez, aka Francisco Vazquez; Juan Echeverria, Appellants.
*No. 13-41050.  Flooring Systems, Inc., Appellant vs. Michelle Chow.
*No. 14-40003.  Marc Veasey, Et Al.; United States of America; TX League of Young Voters Education Fund, Et Al. vs. True the Vote, Appellant.

**TUESDAY, AUGUST 5, 2014 – *COURT CONVENES AT 10:00 A.M.***
*No. 13-40884.  United States of America vs. Rogelio Teran-Salas, aka Armando Teran-Salas, Appellant.

**WEDNESDAY, AUGUST 6, 2014 – *COURT CONVENES AT 9:00 A.M.***
 No. 13-60286.  Acadia Insurance Co. vs. Hinds County School District, Appellant. (Cons.w/No. 13-60481, Hinds County School District, Appellant vs. ACE American Insurance Co. (and related case). **30 MINUTES PER SIDE**
*No. 13-10869.  Sullo & Bobbitt, P.L.L.C, Et Al., Appellants vs. Stewart Milner, Etc., Et Al.
*No. 13-41148.  Graham Mortgage Corp. vs. Tommy L. Goff, Appellant.

**THURSDAY, AUGUST 7, 2014 – *COURT CONVENES AT 9:00 A.M.***
*No. 13-60904.  Till S. Derr, Et Al., Appellants vs. Thomas L. Swarek, Et Al.
*No. 13-30887.  Chemtech Royalty Associates, L.P., Etc., Appellant-Appellee vs. USA (and related cases).

LYLE W. CAYCE
CLERK OF COURT

NEW ORLEANS, LA 06/20/14 – 03

**IMPORTANT NOTES**

1. All oral arguments are recorded. Oral argument recordings generally are available late in the day argument is held. Listeners using "Windows Media" software can search for an argument by case number, date, case title or attorney's name. PERSONAL RECORDERS ARE NOT PERMITTED IN THE COURTROOM. With advance approval however, counsel may contract for an official court reporter to be present and transcribe the argument.

2. Upon request, the clerk will telephone counsel when an opinion is issued.

3. ***THE COURTHOUSE OPENS AT 8:00 A.M.  PLEASE DO NOT ARRIVE BEFORE THEN.*** COUNSEL PRESENTING ORAL ARGUMENT MUST REPORT IN PERSON TO **ROOM 105, 600 CAMP STREET, NEW ORLEANS, LA,** BEFORE 8:30 A.M. ON THE DAY OF ARGUMENT.

PLEASE VISIT OUR WEBSITE AT WWW.CA5.USCOURTS.GOV. FOR UPDATES TO THE CALENDARS AND TO OBTAIN THE NAMES OF THE PANEL JUDGES, WHICH WILL BE POSTED ON THE CALENDARS ONE WEEK BEFORE THE BEGINNING OF THE COURT WEEK.