**NOTE TO COUNSEL:   COMPLETE (PLEASE PRINT),  SIGN AND RETURN TO THE E-MAIL ADDRESS BELOW**

The top portion of this form acknowledges the parties' receipt of this calendar.

ALL recipients of the form must promptly return it via e-mail (even if they are not arguing the case)

## TO: Pam_Trice@ca5.uscourts.gov

**PLEASE NOTE: This is a fillable form and a typed signature is acceptable**

**Dear Clerk:**

**I acknowledge receiving a copy of the printed calendar showing that Case No.**_____,

_____ **vs.** _____

**is scheduled for oral argument at** _____ **on**_____**in the** >c\ b ̇A ]bcf ̇K ]gXca

*I b]hYX ̇GhUhYg ̇7 ci fh ̇cZ5 ddYU g ̇6 i ]`X]b[ ̇ž \* $$ ̇7 Ua d ̇GhfYYh ž BYk ̀ Cf`YUbgž @5.*

**Typed Signature:  /s/**_____    **Attorney for:**_____

**Date:** _____            _____

**IF YOU ARE PRESENTING ARGUMENT, PLEASE COMPLETE THE INFORMATION BELOW.**

-------------------------------------------------------------------------------------------------------------------------------------------------

**ARGUING ATTORNEY'S NAME**_____**79 @@BI A69F**_____

**LIST ALL PARTIES YOU REPRESENT**_____

_____

**(PLEASE SELECT ONE)**
    **APPELLANT     APPELLEE     CROSS-APPELLANT     CROSS-APPELLEE     AMICUS     INTERVENOR**

**According to this court's rules, a cross or separate appeal will be argued with the initial appeal during the same argument, unless the court directs otherwise.  If a case involves a cross appeal, the party who first files a notice of appeal is considered the appellant unless the parties otherwise agree or the court directs otherwise.  If separate appellants support the same argument, they are to avoid duplication of argument.**

**THE ORDER OF PRESENTATION AND DIVISION OF ORAL ARGUMENT TIME WILL BE AS FOLLOWS:**

| APPELLANT(s) | NAME | OPENING TIME | REBUTTAL TIME | (FOR APPELLANTS ONLY, THE COURT PREFERS NO MORE THAN 5 MINUTES FOR REBUTTAL) |
|---|---|---|---|---|
| COUNSEL #1 | _____ | _____ | _____ | |
| COUNSEL #2 | _____ | _____ | _____ | |
| COUNSEL #3 | _____ | _____ | _____ | |
| COUNSEL #4 | _____ | _____ | _____ | |

| APPELLEE(s) | NAME | TIME |
|---|---|---|
| COUNSEL #1 | _____ | _____ |
| COUNSEL #2 | _____ | _____ |
| COUNSEL #3 | _____ | _____ |
| COUNSEL #4 | _____ | _____ |

| AMICUS/INTERVENOR(s) | NAME | TIME |
|---|---|---|
| COUNSEL #1 | _____ | _____ |
| COUNSEL #2 | _____ | _____ |

for internal use only:

**SESSION #**