

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

September 29, 2014

Mr. David J. Bradley
Southern District of Texas, Corpus Christi
United States District Court
1133 N. Shoreline Boulevard
Corpus Christi, TX 78401-0000

    No. 14-40003   Marc Veasey, et al v. Rick Perry
                     USDC No. 2:13-CV-193
                     USDC No. 2:13-CV-263

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate.

                                       Sincerely,

                                       LYLE W. CAYCE, Clerk

                                       By: _____
                                       Christina A. Gardner, Deputy Clerk
                                       504-310-7684

cc w/encl:
    Mr. Noel Terry Adams Jr.
    Ms. Leah Camille Aden
    Ms. Anna Baldwin
    Mr. Chad Wilson Dunn
    Ms. Diana Katherine Flynn
    Ms. Erin Helene Flynn
    Mr. Ryan Paul Haygood
    Mr. J. Gerald Hebert
    Mr. Robert Acheson Koch
    Ms. Natasha M. Korgaonkar
    Ms. Kelly Hunsaker Leonard
    Mr. Joseph M. Nixon
    Honorable Nelva Gonzales Ramos
    Mr. Rolando Leo Rios I
    Mr. John Albert Smith III
    Ms. Christina Swarns
    Mr. James Edwin Trainor III

P.S. to Judge Ramos:  A copy of the opinion was sent to your office via email the day it was filed.