# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

April 02, 2015

Texas Civil Rights Project
2006 Wheeler
Houston, TX  77004

    No. 14-40003    Marc Veasey, et al v. Rick Perry
                           USDC No. 2:13-CV-193
                           USDC No. 2:13-CV-263

To Whomever It May Concern:

We received your letter of March 30, 2015 filed with reference to the above case.  We are taking no action on this document because 1). this case was closed on September 29, 2014, 2).there is no signature on the document 3). Texas Civil Rights Project is not a party to this closed appeal.

The mandate has issued in this case and therefore we will not acknowledge nor respond to any future documents sent in this case.

                           Sincerely,

                           LYLE W. CAYCE, Clerk

                           By: _____
                           Angelique D. Batiste, Deputy Clerk
                           504-310-7715

cc:
    Mr. Noel Terry Adams Jr.
    Ms. Leah Camille Aden
    Mr. Chad Wilson Dunn
    Ms. Diana Katherine Flynn
    Ms. Erin Helene Flynn
    Mr. Ryan Paul Haygood
    Mr. J. Gerald Hebert
    Mr. Robert Acheson Koch
    Ms. Natasha M. Korgaonkar

```
Ms. Kelly Hunsaker Leonard
Mr. Joseph M. Nixon
Mr. Rolando Leo Rios I
Mr. John Albert Smith III
Ms. Christina A. Swarns
Mr. James Edwin Trainor III
```